## IN THE DISTRICT COURT OF WAGONER COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| GEORGE COLLINS AND ALRIKA COLLINS, | ) |
| | ) |
| Plaintiffs, | )  CJ-2022-5 |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY | ) |
| | ) |
| Defendant. | ) |

### LIMITED ENTRY OF APPEARANCE

COMES NOW, Amanda R. Blackwood, and enters her limited appearance on behalf of

Plaintiffs, George Collins and Alrika Collins, in the above styled case. Amanda R. Blackwood is

not counsel of record and represents Plaintiffs in limited scope only for the purpose of obtaining

an extension of time to serve Defendant.

Respectfully submitted,

*Amanda Blackwood*  6/29/2022
Amanda R. Blackwood, #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.232.6357 Telephone
405.378.4466 Facsimile
amanda@blackwoodlawfirm.com
**ATTORNEY FOR PLAINTIFFS
IN LIMITED SCOPE
NOT COUNSEL OF RECORD**

*George*  6/29/2022          *Alrika Collins* 6/29/2022
George Collins/Alrika Collins
1312 W. 60th Street North
Muskogee, OK 74403
*Plaintiffs*

**EXHIBIT
3**

1

**DocuSign**

## Certificate Of Completion

Envelope Id: 9177636FAE2542ABBCA738D4DCBC7E82                                    Status: Completed
Subject: 20220629_Limited Entry of Appearance - 1312 W 60th St N - Collins
Source Envelope:
Document Pages: 1                           Signatures: 3                          Envelope Originator:
Certificate Pages: 2                        Initials: 0                            Ian Rupert
AutoNav: Enabled                                                                   9450 SW Gemini Dr #39525
EnvelopeId Stamping: Enabled                                                       Beaverton, OR  97008
Time Zone: (UTC-06:00) Central Time (US & Canada)                                 ian@iansenterprise.com
                                                                                  IP Address: 70.184.156.37

## Record Tracking

Status: Original                            Holder: Ian Rupert                     Location: DocuSign
  6/29/2022 9:35:56 PM                        ian@iansenterprise.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amanda Blackwood<br>amanda@blackwoodlawfirm.com<br>Attorney at law<br>Blackwood Law Firm<br>Security Level: Email, Account Authentication (None) | *Amanda Blackwood*<br>ED7A9A4AAF9E47D... | Sent: 6/29/2022 9:37:54 PM<br>Viewed: 6/29/2022 9:41:27 PM<br>Signed: 6/29/2022 9:41:36 PM |
| | Signature Adoption: Pre-selected Style<br>Signed by link sent to<br>amanda@blackwoodlawfirm.com<br>Using IP Address: 136.228.105.229<br>Signed using mobile | |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |
| George Collins<br>gcgfiles021@gmail.com<br>Security Level: Email, Account Authentication (None) | *[signature]*<br>C910AF7B56E44E7... | Sent: 6/29/2022 9:41:37 PM<br>Viewed: 6/29/2022 9:52:16 PM<br>Signed: 6/29/2022 9:52:57 PM |
| | Signature Adoption: Drawn on Device<br>Signed by link sent to gcgfiles021@gmail.com<br>Using IP Address: 107.122.229.8<br>Signed using mobile | |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |
| Alrika Collins<br>alrikacollins@yahoo.com<br>Security Level: Email, Account Authentication (None) | *Alrika Collins*<br>AE4730280BDA4F8... | Sent: 6/29/2022 9:41:37 PM<br>Viewed: 6/29/2022 9:51:46 PM<br>Signed: 6/29/2022 9:52:15 PM |
| | Signature Adoption: Pre-selected Style<br>Signed by link sent to alrikacollins@yahoo.com<br>Using IP Address: 107.122.229.5<br>Signed using mobile | |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Box<br>upload.DocuSig.zhw3uf6hbt@u.box.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | _PIED | Sent: 6/29/2022 9:52:59 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/29/2022 9:37:54 PM |
| Certified Delivered | Security Checked | 6/29/2022 9:51:46 PM |
| Signing Complete | Security Checked | 6/29/2022 9:52:15 PM |
| Completed | Security Checked | 6/29/2022 9:52:59 PM |

| Payment Events | Status | Timestamps |
|---|---|---|