# IN THE DISTRICT COURT OF WAGONER COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| GEORGE COLLINS AND ALRIKA COLLINS, | ) |
| Plaintiffs, | ) CJ-2022-5 |
| v. | ) |
| STATE FARM FIRE AND CASUALTY COMPANY | ) |
| Defendant. | ) |

## PLAINTIFFS' APPLICATION TO EXTEND TIME TO SERVE DEFENDANT

COMES NOW, Plaintiffs, George Collins and Alrika Collins, and request the Court enter an order granting them an additional 180 days to obtain proper service upon Defendant, State Farm Fire And Casualty Company. In support, Plaintiffs state as follows:

1. On January 11, 2022, Plaintiffs filed a Petition in this case in order to preserve the statute of limitations.

2. No summons has been issued in this case as the claim is still being investigated.

3. Because the claim is still being investigated, Plaintiffs request the Court enter an Order granting them an additional 180 days to serve Defendant.

WHEREFORE, Plaintiffs pray this Court enter an Order Granting them an additional 180 days to serve Defendant, State Farm Fire And Casualty Company, and for such other relief as the Court deems equitable.


EXHIBIT 4

1

Respectfully submitted,

*Amanda Blackwood*  6/29/2022
Amanda R. Blackwood, #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.232.6357 Telephone
405.378.4466 Facsimile
amanda@blackwoodlawfirm.com
**ATTORNEY FOR PLAINTIFFS
IN LIMITED SCOPE
NOT COUNSEL OF RECORD**

6/29/2022   *Alrika Collins* 6/29/2022
George Collins and Alrika Collins
510 N 21st St
Muskogee, OK 74401-3033
c (918) 310-8084
gcgfiles021@gmail.com
alrikacollins@yahoo.com
Plaintiffs

2

**DocuSign**

## Certificate Of Completion

Envelope Id: 31F562A3A0204B289381B2622803FDDA                                          Status: Completed
Subject: 20220629_Plaintiffs Application to Extend Time to Serve Defendant - 1312 W 60th ST N - Collins
Source Envelope:
Document Pages: 2                          Signatures: 3                               Envelope Originator:
Certificate Pages: 2                       Initials: 0                                 Ian Rupert
AutoNav: Enabled                                                                       9450 SW Gemini Dr #39525
EnvelopeId Stamping: Enabled                                                           Beaverton, OR  97008
Time Zone: (UTC-06:00) Central Time (US & Canada)                                      ian@iansenterprise.com
                                                                                       IP Address: 70.184.156.37

## Record Tracking

Status: Original                           Holder: Ian Rupert                          Location: DocuSign
        6/29/2022 8:11:55 PM                       ian@iansenterprise.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amanda Blackwood<br>amanda@blackwoodlawfirm.com<br>Attorney at law<br>Blackwood Law Firm<br>Security Level: Email, Account Authentication (None) | *Amanda Blackwood*<br>—ED7A9A4AAF9E47D...<br><br>Signature Adoption: Pre-selected Style<br>Signed by link sent to amanda@blackwoodlawfirm.com<br>Using IP Address: 136.228.105.229<br>Signed using mobile | Sent: 6/29/2022 8:16:33 PM<br>Viewed: 6/29/2022 8:26:11 PM<br>Signed: 6/29/2022 8:26:33 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| George Collins<br>gcgfiles021@gmail.com<br>Security Level: Email, Account Authentication (None) | *[signature]*<br>—C910AF7B56E44E7...<br><br>Signature Adoption: Drawn on Device<br>Signed by link sent to gcgfiles021@gmail.com<br>Using IP Address: 107.122.229.8<br>Signed using mobile | Sent: 6/29/2022 8:26:34 PM<br>Viewed: 6/29/2022 9:14:53 PM<br>Signed: 6/29/2022 9:15:38 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Alrika Collins<br>alrikacollins@yahoo.com<br>Security Level: Email, Account Authentication (None) | *Alrika Collins*<br>—AE47302B08DA4F6...<br><br>Signature Adoption: Pre-selected Style<br>Signed by link sent to alrikacollins@yahoo.com<br>Using IP Address: 107.122.229.5<br>Signed using mobile | Sent: 6/29/2022 8:26:34 PM<br>Viewed: 6/29/2022 8:55:28 PM<br>Signed: 6/29/2022 9:32:16 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Box<br>upload.DocuSig.zhw3uf6hbt@u.box.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>　Not Offered via DocuSign | **COPIED** | Sent: 6/29/2022 9:32:16 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/29/2022 8:16:33 PM |
| Certified Delivered | Security Checked | 6/29/2022 8:55:28 PM |
| Signing Complete | Security Checked | 6/29/2022 9:32:16 PM |
| Completed | Security Checked | 6/29/2022 9:32:16 PM |

| Payment Events | Status | Timestamps |
|---|---|---|