## IN THE DISTRICT COURT OF WAGONER COUNTY
## STATE OF OKLAHOMA

WAGONER COUNTY, OKLA
FILED
IN DISTRICT COURT

2022 JUL -1  AM 11: 06

WAGONER COUNTY
JAMES E. HIGHT
COURT CLERK

| | |
|---|---|
| GEORGE COLLINS AND ALRIKA COLLINS, | ) |
| **Plaintiffs,** | ) |
| v. | ) CJ-2022-5 |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY | ) |
| Defendant. | ) |

### <u>ORDER GRANTING PLAINTIFFS' APPLICATION TO EXTEND TIME TO SERVE DEFENDANT</u>

COMES NOW before me, the undersigned Judge, *Plaintiffs' Application To Extend Time to Serve Defendant.* After reviewing the record and the pleadings herein, the *Application* is approved and the deadline for Plaintiffs to serve Defendant is extended. Plaintiffs shall have 180 days from the entry of this order to properly serve Defendant.

IT IS SO ORDERED.

Dated:  7 - 1 - 2022

JUDGE OF THE DISTRICT COURT

**APPROVED FOR ENTRY:**

Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
512 NW 12th Street
Oklahoma City, OK 73103
405.232.6357 Telephone
405.378.4466 Facsimile
amanda@blackwoodlawfirm.com - Email
**ATTORNEY FOR PETITIONERS**
**IN LIMITED SCOPE**
**NOT COUNSEL OF RECORD**


EXHIBIT
5