**IN THE DISTRICT COURT OF WAGONER COUNTY**
**STATE OF OKLAHOMA**

2022 OCT 13 PM 1:53

| | |
|---|---|
| GEORGE COLLINS and ALRIKA COLLINS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CJ-2022-5 Hon. Douglas Kirkley |
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT'S MOTION ~~TO STRIKE OR~~ ALTERNATIVELY MOTION TO CLARIFY DAMAGES

**NOW** on this **13** day of October, 2022, Defendant's Motion ~~to Strike or Alternatively~~ **OR** Motion to Clarify Damages is hereby granted.

**IT IS SO ORDERED!**

_____
DOUGLAS KIRKLEY
JUDGE OF THE DISTRICT COURT

SUBMITTED BY:

John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
1500 ParkCentre
525 South Main
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorneys for Defendants
Email: jgladd@abg-oklaw.com
Email: dbrown@abg-oklaw.com
*Attorneys for Defendant SFF&CC*
S:\Files\416\416\Order - MTS.docx

**EXHIBIT 8**