IN THE DISTRICT COURT OF WAGONER COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| GEORGE COLLINS and ALRIKA COLLINS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CJ-2022-5 ) Judge Douglas Kirkley |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

WAGONER COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

[date stamp]

JAMES E. HIGHT
COURT CLERK

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

We enter our appearance as counsel in this case for the Plaintiffs.

We certify that we are admitted to practice in this Court.

___10/18/2022___
DATE

_____
S. Alex Yaffe, OBA #21063
Terry M. McKeever, OBA #21751
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
tmm@fylaw.com

EXHIBIT 9

## CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the foregoing instrument was:

(✓) Mailed via U.S. Mail;
( ) Certified, with return receipt requested;
( ) Hand delivered;
( ) Transmitted via facsimile;
( ) E-mail;

this 18th day of October, 2022, to the following:

John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
ATKINSON, BRITTINGHAM,
  GLADD, FIASCO, EDMONDS
1500 ParkCentre
525 South Main Street
Tulsa, OK  74103-4524
Telephone: (918)582-8877
Facsimile: (918)585-8096
Email: jgladd@abg-oklaw.com
Email: dbrown@abg-oklaw.com
*Attorneys for Defendant State Farm Fire and Casualty Company*

Terry M. McKeever