
OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR WAGONER COUNTY, OKLAHOMA

GEORGE COLLINS SR V. STATE FARM FIRE & CASUALTY CO

**No. CJ-2022-00005**
**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**

Filed: 01/11/2022

Judge: KIRKLEY, DOUGLAS

## PARTIES

STATE FARM FIRE & CASUALTY CO, Defendant
COLLINS, GEORGE SR, Plaintiff

## ATTORNEYS

**Attorney**
FOSHEE & YAFFE
PO BOX 890420
OKLAHOMA CITY , OK 73189

**Represented Parties**

## EVENTS

None

## ISSUES

1. BAD FAITH INSURER LIABILITY

## DOCKET

**Date**   **Code**   **Description**


EXHIBIT 10

| | |
|---|---|
| PETITION ($10,001 OR MORE) Document Available (#CC22011200000436) TIFF  PDF | |
| (Entry with fee only) | $ 6.00 |
| (Entry with fee only) | $ 7.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $ 25.00 |
| LENGTHY TRIAL FUND FEE | $ 10.00 |
| OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| COURTHOUSE SECURITY FEE | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| COURT CLERK PRESERVATION FUND | $ 10.00 |

**07-01-2022** [ TEXT ]

LIMITED ENTRY OF APPEARANCE
Document Available (#CC22070100000096) TIFF  PDF

**07-01-2022** [ TEXT ]

PLAINTIFFS' APPLICATION TO EXTEND TIME TO SERVE
Document Available (#CC22070100000099) TIFF  PDF

DEFENDANT

**07-01-2022** [ TEXT ]

ORDER GRANTING PLAINTIFFS' APPLICATION TO EXTEND TIME
Document Available (#CC22070100000103) TIFF  PDF

TO SERVE DEFENDANT

**10-11-2022** [ TEXT ]

DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY'S,
Document Available (#CC22101100000446) TIFF  PDF

ANSWER TO PLAINTIFFS' PETITIONER

**10-11-2022** [ TEXT ]

DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION
Document Available (#CC22101100000451) TIFF  PDF

TO STRIKE OR ALTERNATIVELY MOTION TO CLARIFY DAMAGES

**10-13-2022** [ TEXT ]

ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY DAMAGES
Document Available (#CC22101300000565) TIFF  PDF

**10-20-2022** [ TEXT ]

ENTRY OF APPEARANCE
Document Available (#CC22102000000209) TIFF  PDF

AMENDED PETITION
Document Available (#CC22110400000487) 🗎TIFF  📄PDF