IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br>     CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 22-CV-00318-JAR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEMAND FOR JURY TRIAL**

**COMES NOW** the Defendant, State Farm Fire & Casualty Company, and demands that the above-captioned cause be tried before a jury.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD,
FIASCO & EDMONDS**
A PROFESSIONAL CORPORATION

\s\J. Andrew Brown
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096

**CERTIFICATE OF SERVICE**

I hereby certify that on __11th__ November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M, McKeever
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189                    \s\J. Andrew Brown