IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>  Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>    CASUALTY COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 22-CV-00318-JAR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF FILING NOTICE OF REMOVAL IN STATE COURT**

STATE OF OKLAHOMA   )
                    ) ss.
COUNTY OF TULSA     )

J. Andrew Brown, being first duly sworn, deposes and states that he is the attorney for Defendant, State Farm Fire and Casualty Company, and has this date filed in the United States District Court of the Eastern District of Oklahoma, the Notice of Removal, together with a copy of the Notice to Parties of Removal with the Clerk of the District Court in and for Wagoner County, Oklahoma. The Notice which was served on counsel for Plaintiff and upon the Clerk of the District Court of Wagoner County, State of Oklahoma, are attached.

  FURTHER AFFIANT SAITH NOT

\s\J. Andrew Brown

STATE OF OKLAHOMA   )
                    ) ss.
COUNTY OF TULSA     )

Subscribed and sworn to before me this 10th day of November, 2022.

_____
Notary Public

My Commission Expires:

[Notary Seal: Notary Public Oklahoma, OFFICIAL SEAL, Michelle A. Cook, Tulsa County, 01017798 Exp. 11-9-22]