IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS,<br>(2) ALRIKA COLLINS<br><br>  Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>  CASUALTY COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 22-CV-00318-JAR<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO PARTIES OF REMOVAL

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §1446 (1992), the Defendant, State Farm Fire and Casualty Company, has this date filed in the United States District Court for the Eastern District of Oklahoma, its Notice of Removal of the action pending in the District Court in and for Wagoner County, State of Oklahoma, under the style of *George Collins and Alrika Collins v. State Farm Fire and Casualty Company*, Case No. CJ-2022-5, and has caused a copy of said Notice of Removal to be filed with the Clerk of the District Court in and for Wagoner County, State of Oklahoma, and a copy of said Notice of Removal is hereto attached and made a part of this Notice.

You are further notified that said cause has been docketed in the United States District Court for the Eastern District of Oklahoma, under the number and style as set forth above.

               Respectfully submitted,

               **ATKINSON, BRITTINGHAM, GLADD,**
               **FIASCO & EDMONDS**
               A Professional Corporation

               \s\J. Andrew Brown
               J. Andrew Brown, OBA #22504
               1500 ParkCentre
               525 South Main
               Tulsa, OK 74103-4524

Telephone: (918) 582-8877
Facsimile: (918) 585-8096

## CERTIFICATE OF SERVICE

I hereby certify that on  11th   November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M, McKeever
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

\s\J. Andrew Brown