# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 22-cv-00318-JAR<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## ENTRY OF APPEARANCE

**COMES NOW** John S. Gladd of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby enters his appearance as attorney for Defendant State Farm Fire and Casualty Company.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ATKINSON, BRITTINGHAM, GLADD,**
　　　　　　　　　　　　　　　　　　　**FIASCO & EDMONDS**
　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　/s/ John S. Gladd
　　　　　　　　　　　　　　　　　　John S. Gladd, OBA #12307
　　　　　　　　　　　　　　　　　　1500 ParkCentre
　　　　　　　　　　　　　　　　　　525 South Main Street
　　　　　　　　　　　　　　　　　　Tulsa, OK 74103-4524
　　　　　　　　　　　　　　　　　　Telephone:  (918) 582-8877
　　　　　　　　　　　　　　　　　　Facsimile:  (918) 585-8096
　　　　　　　　　　　　　　　　　　Email:   jgladd@abg-oklaw.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant SFF&CC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

                                          / s/ John S. Gladd

S:\Files\416\416\EOA-JSG-cah.docx