AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

(1) GEORGE COLLINS and (2) ALRIKA COLLINS,
*Plaintiff*

v.  Case No. 22-CV-00318-JAR

(1) STATE FARM FIRE AND CASUALTY COMPANY,
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs George Collins and Alrika Collins.

Date: 11/11/2022

s/Terry M. McKeever
*Attorney's signature*

Terry M. McKeever, OBA #21751
*Printed name and bar number*
Foshee & Yaffe Law Firm
P.O. Box 890420
Oklahoma City, OK 73189

*Address*

tmm@fylaw.com
*E-mail address*

(405) 632-6668
*Telephone number*

(405) 632-3036
*FAX number*