## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and, <br> (2) ALRIKA COLLINS <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 22-CV-00318-JAR |

### CERTIFICATE OF RECEIPT OF
### NOTICE AND NOTICE OF REMOVAL

The undersigned Clerk of the District Court of Wagoner County, State of Oklahoma, hereby certifies that copies of the Notice of Removal and Affidavit of Filing Notice of Removal in State Court in the captioned matter (Case No. CJ-2022-5) in this county, have been received and filed by the Clerk of the District Court of Wagoner County, State of Oklahoma, and that proceedings herein shall not continue unless the cause is remanded by the United States District Court for the Eastern District of Oklahoma.

DATED this 14th day of November, 2022.

James E. Hight, COURT CLERK

By: Maggie Christy
    Deputy Court Clerk