# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-JAR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

State Farm Fire and Casualty Company
[name of party]

who is a (check one) ☐ PLAINTIFF    ☒ DEFENDANT   in this action, makes the following disclosure:

**1. Is party a publicly held corporation or other publicly held entity?**

(Check one) ☐ YES   ☒ NO

**2. Does party have any parent corporations?**

(Check one) ☐ YES   ☒ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

**3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

(Check one) ☐ YES   ☒ NO

If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one) ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one) ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED**: November 17, 2022

/s/ J, Andrew Brown
Signature
J. Andrew Brown                    22504
Printed Name                    Bar Number
Atkinson, Brittingham, Gladd, et al.
Firm Name
525 S. Main St., Suite 1500
Address
Tulsa                        OK   74103
City                        Stat   ZIP
918-582-8877         918-585-8096
Phone                       Fax
dbrown@abg-oklaw.com
Email Address

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

                                            / s/ J. Andrew Brown

S:\Files\416\416\Corporate Disclosure Statement-djs.docx