UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

GEORGE COLLINS & ALRIKA )
COLLINS, )
            Plaintiff, )
  )
vs. )      Case No.    CIV–22–318–JAR
  )
STATE FARM FIRE AND CASUALTY )
COMPANY, )
  )
  )
  )
         Defendant(s). )

**ORDER SETTING SCHEDULING CONFERENCE**
**AND REQUIRING JOINT STATUS REPORT**

      This case is set for Scheduling Conference on __12/14/2022 at 11:15 a.m.__ **.** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Room 425, Muskogee, Oklahoma.

      Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference.   The parties are directed to prepare and submit to the Court a Joint Status Report on or before __12/12/2022__ .   Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

      If the parties, in agreeance, have set forth a definitive date for completion of discovery in the Joint Status Report and all parties have submitted a completed consent to proceed before a Magistrate Judge form to Consents_OKED@oked.uscourts.gov, the Court will enter the Scheduling Order striking the Scheduling Conference. The trial will be set approximately ninety (90) days after the close of discovery.

      IT IS SO ORDERED this 7th day of December, 2022.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma