UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE COLLINS and <br> ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | Case No.   CIV–22–318–JAR |

## ORDER CONTINUING SCHEDULING CONFERENCE
## AND REQUIRING JOINT STATUS REPORT

Upon further consideration, the Scheduling Conference currently set for December 14, 2022 at 11:15 a.m. is hereby **CONTINUED** to **JANUARY 26, 2023 AT 10:45 A.M.** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Room 425, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference.   The parties are directed to prepare and submit to the Court a Joint Status Report on or before **JANUARY 19, 2023**.   Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

If the parties, in agreeance, have set forth a definitive date for completion of discovery in the Joint Status Report and all parties have submitted a completed consent to proceed before a Magistrate Judge form to Consents_OKED@oked.uscourts.gov, the Court will enter the Scheduling Order striking the Scheduling Conference. The trial will be set approximately ninety (90) days after the close of discovery.

IT IS SO ORDERED this 9th day of December, 2022.

_____
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma