UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| George and Alrika Collins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   CIV–22–318–RAW-JAR |
| | ) |
| State Farm Fire and Casualty Company, | ) |
| | ) |
| Defendant. | ) |

### ORDER SETTING SCHEDULING CONFERENCE
### AND REQUIRING JOINT STATUS REPORT

This case is set for Scheduling Conference on **FEBRUARY 23, 2023 AT 1:30 P.M.** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Room 425, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference. The parties are directed to prepare and submit to the Court a Joint Status Report on or before **FEBRUARY 16, 2023**. Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

This case has been referred to the undersigned by the presiding United States District Judge "for all pretrial and discovery matters, including dispositive motions, in accordance with 28 U.S.C., Section 636(b) and Fed. R. Civ. P. 72." As a result, the Scheduling Conference shall be conducted in person. If the parties, however, wish to consent to the United States Magistrate Judge to conduct all matters in this case, including trial, they may reflect that election by marking the appropriate line in the Joint Status Report. If the parties consent to the United States Magistrate Judge's jurisdiction, the case will be immediately consented, the Scheduling Conference will be stricken unless the parties request that it be conducted in the Joint Status Report, and a Scheduling Order will be entered based upon the dates provided by the parties.

IT IS SO ORDERED this 24th day of January, 2023.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma