IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 22-cv-00318-RAW-JAR<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

**DEFENDANT STATE FARM FIRE AND CASUALTY
COMPANY'S PRELIMINARY WITNESS LIST**

COMES NOW the Defendant, State Farm Fire and Casualty Company, by and through its attorneys of record, John S. Gladd and J. Andrew Brown, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby submits its Preliminary Witness List as follows:

**WITNESSES**

1. George Collins;

2. Alrika Collins;

3. State Farm Claim Representative(s);

4. State Farm Team Manager(s);

5. Plaintiffs' insurance agent;

6. Plaintiffs' prior and current tenants;

7. Records Custodian(s) if necessary; and

8. Witnesses identified by Plaintiff and Co-Defendants not objected to by this Defendant.

Discovery in this matter is ongoing. This Defendant reserves the right to add witnesses as discovery continues.

Respectfully submitted,

**ATKINSON, BRITTINGHAM,
GLADD, FIASCO & EDMONDS**
A Professional Corporation

/s/ J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Email: dbrown@abg-oklaw.com
*Attorney for Defendant SFF&CC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email: say@fylaw.com
Email: tmm@fylaw.com
*Attorneys for the Plaintiffs*

/ s/ J. Andrew Brown

S:\Files\416\416\Witness List - Preliminary.docx