## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-RAW-JAR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

### JOINT MOTION TO EXTEND EXPERT DEADLINES

**COME NOW** the Parties, by and through their attorneys of record, and for its Joint Motion to Extend Expert Deadlines, do hereby state and allege as follows:

1. This Court entered a Scheduling Order on February 17, 2023, setting deadlines for all matters in the instant case. That discovery is still pending in this matter.

2. The parties are in the process of exchanging written discovery, but have yet to secure an inspection of the subject property and secure necessary depositions to comply with the expert testimony deadlines.

3. The parties are working diligently in accordance with the established deadlines and only request an extension to the exert testimony deadlines.

4. The parties are not making any requests to extend any other deadlines currently.

5. This request is made in good faith and not for the purposes of delay or harassment.

**WHEREFORE,** premises considered, the parties requests the expert deadlines set forth in the Scheduling Order be extended sixty (60) days or such other dates set forth to provide time for discovery to be completed and other relevant pleadings to be timely filed.

Respectfully submitted,

**ATKINSON, BRITTINGHAM,
GLADD, FIASCO & EDMONDS**
A Professional Corporation

/s/ J. Andrew Brown
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Email: dbrown@abg-oklaw.com
*Attorney for Defendant SFF&CC*


/s/ Terry M. McKeever
S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email: say@fylaw.com
Email: tmm@fylaw.com
*Attorneys for the Plaintiffs*

S:\Files\416\416\Jt Motion to Extend Expert Deadlines.docx