UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| George and Alrika Collins, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. CIV-22-318-RAW-JAR |
| | ) | |
| v. | ) | Date: 05/22/2023 |
| | ) | |
| State Farm Fire and Casualty Company, | ) | Time: 2:02 p.m. – 2:09 p.m. |
| | ) | |
| Defendant(s). | ) | |

MINUTE SHEET
ZOOM STATUS CONFERENCE

| Jason A. Robertson, Judge | R. Keeling, Deputy Clerk | K. Anderson & A. Netherland, Law Clerk |

**Plaintiff's Counsel:** Terry M. McKeever
**Defendant's Counsel:** J. Andrew Brown

**MINUTES**

| | |
|---|---|
| 2:02 p.m. | Court calls case; |
| | Parties give update regarding the status of the case. |
| | Nothing further by parties. Amended Scheduling Order to follow. |
| 2:09 p.m. | Adjourn. |