# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY <br><br> Defendant. | Case No. 22-cv-00318-RAW-JAR |

### AMENDED SCHEDULING ORDER

Having discussed with counsel their need for additional discovery time, the complexity of the legal issues involved herein, and their caseloads, the court enters the following Amended Scheduling Order:

1. N/A — Joinder of **Additional Parties or Amendments** to the Pleadings

2. **Expert Reports** Filed: *See Rules 16 and 26 Federal Rules of Civil Procedure*
   - 06/14/23 — Plaintiff Expert Report(s)
   - 06/23/23 — Defendant Expert Report(s)
   - 07/12/23 — Any rebuttal Expert Report(s)

   Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.

3. Completed — Exchange and File **Preliminary Witness List and Exhibit List**

4. 09/29/23 — Exchange and File **Final Witness List and Exhibit List**

5. 10/31/23 — **Discovery** Completed

6. 11/17/23 — All **Dispositive Motions** Filed

7. 12/29/23 — **Motions in Limine** Filed

8. <u>12/15/23</u>   Exchange All **Trial Exhibits** including Demonstrative Exhibits and **Requested Jury Instructions**

9. <u>01/19/24</u>   **Agreed Pretrial Order** Submitted *(Judge White's form with instructions are available on the Court's website at www.oked.uscourts.gov. If the parties decide to consent for trial to the United States Magistrate Judge, Judge Robertson's form is also available on the website. )*

10. <u>01/12/24</u>   **Agreed Jury Instructions and Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law (Non-Jury), Disputed Jury Instructions (Included in Trial Brief) and Trial Briefs** Filed

11. <u>01/08/24</u>   **Deposition Designations. (See Local Civil Rule 30.1(c))**

12. <u>01/15/24</u>   **Counter-Designations and objections thereto (See Local Civil Rule 30.1(c))**

13. <u>02/15/24</u>   **PRETRIAL CONFERENCE AT <u>2:00 P.M.</u>**

14. <u>03/05/24</u>   **TRIAL DATE: [X] JURY at 9:00 a.m.     [ ] NON-JURY at 9:30 a.m.**

15. <u>3-4 days</u>   ESTIMATED TRIAL TIME.

16. Additionally Ordered <u>**A ZOOM STATUS CONFERENCE WILL BE CONDUCTED ON SEPTEMBER 28, 2023 AT 2:00 P.M.  THE COURT WILL SEND A LINK ON THE DAY OF THE HEARING.**</u>

**THE PARTIES SHALL FILE A SECOND JOINT STATUS DISCOVERY REPORT ON OR BEFORE <u>SEPTEMBER 22, 2023,</u> WITH THE FOLLOWING INFORMATION:**

1. The date written discovery was issued by each party;

2. The date written discovery was responded to by each party;

3. The number of documents provided in discovery by each party;

4. The names and dates of witnesses who have been deposed;

5. The names of all witnesses that remain to be deposed prior to the discovery cut off;

6. A list of any subpoenas issued by each party and the number of documents obtained as a result of that subpoena;

7. Any discovery issues that should be brought to the court's attention at this time.

**IT IS THE FURTHER ORDER OF THE COURT** that the parties comply with the disclosure requirement and attendant deadlines established by Federal Rule

2

Civil Procedure 26, unless otherwise modified by this order.

**IT IS THE FURTHER ORDER OF THE COURT** that all cases scheduled for jury trial will be set for a settlement conference before a District Judge or Magistrate Judge.

**IT IS THE FURTHER ORDER OF THE COURT** that all parties are bound by this order, that no date will be changed except by written order of this court for good cause shown, and sanctions will be imposed for failure to comply with the directives of this order.

**IT IS SO ORDERED** this 26th day of May, 2023.

_____
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma