

## Wagoner County Assessor

181264-000001-000000 -

COLLINS, GEORGE L: ALRIKA B
1312 W 60 ST N
-MUSKOGEE OK 74403-

Total Market Value
$162,140

### KEY INFORMATION

| Account | 730015478 | Land Size | 25.58 Acres |
|---|---|---|---|
| Class | **RURAL AGRICULTURAL** | School District | (RI1) Okay Rural |
| Millage Rate | **75.69** | 2022 Taxes | $1,188 |
| Homestead | $0 | Neighborhood | 33218.3 |
| Quarter | 4 | Section | 26 |
| Township | 16 | Range | 18 |
| Legal Description | 26-16-18 S2 NE SE :NE SE SE :S2 SE SE LESS 9.42AC TO TPA LESS S2 NE, SE TO MATTHEWS BK 1077 PG 662 | | |

### ASSESSMENT DETAILS

| Land Value | $6,092 |
|---|---|
| Improvement Value | $156,048 |
| Manufactured Home Value | $0 |
| Market Value | $162,140 |
| Taxable Value | $144,298 |
| Gross Assessed Value | $16,161 |
| Exemptions | $0 |
| Net Assessed Value | $16,161 |

### BUILDING DETAILS

#### RESIDENTIAL BUILDING (1)

| Type | **Single Family Residence** | Total Sq Ft | 2,740 sf |
|---|---|---|---|
| Style | **1 1/2 Story Finished** | Quality | 4 |
| Condition | **Average** | Year Built | 2016 |
| Exterior Walls | **Veneer, Masonry** | Roof Cover | **Composition Shingle** |
| Bedrooms | - | Bathrooms | - |
| HVAC | **Warmed & Cooled Air** | Half Baths | 0 |
| GarageType | **Attached Garage - Finished** | | |
| Total Improvement Value | $156,048 | | |

### MISC IMPROVEMENTS

| IMPROVEMENT TYPE | UNITS/SQ FT | EST YEAR BUILT | CONTRIBUTOR |
|---|---|---|---|
| Raised Slab Porch | 408 | 0 | $2,774 |
| Raised Slab Porch with Roof | 144 | 0 | $3,747 |
| Raised Slab Porch with Roof | 95 | 0 | $2,589 |

### YARD ITEMS

| DESCRIPTION | DIMENSIONS | TOTAL UNITS | YEAR BUILT | CONTRIBUTORY VALUE |
|---|---|---|---|---|
| No items to display | | | | |

## SALES

| SALE DATE | SALE PRICE | DEED BOOK | DEED PAGE | INSTRUMENT TYPE | GRANTOR |
|---|---|---|---|---|---|
| No items to display | | | | | |

## LAND

| SOIL CODE | DESCRIPTION | USE CODE | LPI | ACRES | AG USE VALUE |
|---|---|---|---|---|---|
| KFC | KAMIE FINE SANDY LOAM 1-5 | TMBR | 65 | 1.58 | $179 |
| KFC2 | KAMIE FINE SANDY LOAM 2-5 | NTV PST | 48 | 7.50 | $929 |
| KFC2 | KAMIE FINE SANDY LOAM 2-5 | TMBR | 48 | 10.00 | $835 |
| OAB | OKAY LOAM 1-3% SLOPE | NTV PST | 81 | 5.50 | $1,149 |

















