| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF OKLAHOMA** <br><br> GEORGE COLLINS – ALRIKA COLLINS <br> Plaintiff(s), <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY – IAN'S ENTERPRISE (MOVANT), <br><br> Defendant(s). | Case No.  CIV-22-318-RAW-JAR <br><br> Date:     9/28/2023 <br><br> Time:     2:00 pm – 2:10 pm |

**MINUTE SHEET**
**ZOOM STATUS CONFERENCE**

Jason A. Robertson, Judge       Joe Church, Deputy Clerk       K. Anderson & A. Netherland, Law Clerks

**Plaintiff's Counsel:**  S Alex Yaffe – Terry McKeever
**Defendant's Counsel:**  J. Andrew Brown – John S. Gladd – Amanda Rae Blackwood

**MINUTES**

| | |
|---|---|
| 2:00 pm | Court calls case; Court discusses scheduling matters/issues and possible consent with parties. |
| | Nothing further by parties. |
| 2:10 pm | Adjourn. |

2