IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) GEGEORGE COLLINS and )
(2) ALRIKA COLLINS, )
  )
      Plaintiffs, )
  )
v. ) Case No. 22-cv-00318-RAW-JAR
  )
(1) STATE FARM FIRE AND )
CASUALTY COMPANY, )
  ) JURY TRIAL DEMANDED
      Defendant. )
  )

**DEFENDANT STATE FARM FIRE AND
CASUALTY COMPANY'S FINAL EXHIBIT LIST**

    COMES NOW the Defendant, State Farm Fire and Casualty Company, by and through its attorneys of record, John S. Gladd and J. Andrew Brown, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby submits its Final Exhibit List as follows:

**EXHIBITS**

| NO. | EXHIBIT |
|---|---|
| 1. | Relevant non-privileged portions of State Farm Fire & Casualty Company's claim file as it existed at the time of filing of this litigation |
| 2. | Subject policy of insurance |
| 3. | Depositions with exhibits |
| 4. | Photographs of Plaintiffs' residence |
| 5. | Photographs of Plaintiffs' property |
| 6. | Plaintiffs' prior insurance claims and sworn testimony |
| 7. | Parties' discovery responses, including document production |
| 8. | Documents obtained via subpoena duces tecum |
| 9. | Expert report(s) |

| 10. | Plaintiffs' bankruptcy records |
|---|---|
| 11. | Demonstrative aids |
| 12. | All exhibits endorsed by Plaintiffs not specifically objected to by Defendant |
| 13. | Discovery in this matter is ongoing.  Defendant reserves the right to add exhibits as discovery continues. |

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A PROFESSIONAL CORPORATION

/s/ J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096
Email:  dbrown@abg-oklaw.com
*Attorney for Defendant SFF&CC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

/ s/ J. Andrew Brown

R:\416\416\Final Exhibit List.docx