IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 22-cv-00318-RAW-JAR<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

**DEFENDANT STATE FARM FIRE AND
CASUALTY COMPANY'S FINAL WITNESS LIST**

COMES NOW the Defendant, State Farm Fire and Casualty Company, by and through its attorneys of record, John S. Gladd and J. Andrew Brown, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby submits its Final Witness List as follows:

**WITNESSES**

| NO. | WITNESS | TESTIMONY |
|---|---|---|
| 1. | George Collins<br>c/o S. Alex Yaffe<br>Terry M. McKeever<br>FOSHEE & YAFFE<br>P.O. Box 890420<br>Oklahoma City, OK 73170 | Testimony is expected to concern the claims in this litigation. |
| 2. | Alrika Collins<br>c/o S. Alex Yaffe<br>Terry M. McKeever<br>FOSHEE & YAFFE<br>P.O. Box 890420<br>Oklahoma City, OK 73170 | Testimony is expected to concern the claims in this litigation. |
| 3. | State Farm Claim Representative(s)<br>c/o Atkinson, Brittingham, Gladd, Fiasco & Edmonds<br>525 S. Main Street, Suite 1500<br>Tulsa, OK  74103 | Testimony is expected to concern the claims in this litigation. |
| 4. | State Farm Team Manager(s) | Testimony is expected to concern the claims |

|     | | |
| --- | --- | --- |
|     | c/o Atkinson, Brittingham, Gladd, Fiasco & Edmonds<br>525 S. Main Street, Suite 1500<br>Tulsa, OK  74103 | in this litigation. |
| 5.  | Derek Vandorn<br>c/o Berryman Enterprises<br>426 N.W. 5th Street, Suite 200<br>Oklahoma City, OK  73102 | (To be deposed) Expert retained by State Farm expected to have testimony concerning estimates to repair damages to Plaintiffs' roof, condition of Plaintiffs' roof, repairs of Plaintiffs' roof and communication with other witnesses |
| 6.  | Records custodian(s) if necessary; | Expected to testify regarding authentication of documents |
| 7.  | Other witnesses identified in discovery | |
| 8.  | Any necessary rebuttal witnesses as needed | |
| 9.  | Any and all witnesses necessary to sponsor exhibits absent stipulation | |
| 10. | Witnesses identified by Plaintiff not objected to by Defendant | |
| 11. | Discovery in this matter is ongoing.  Defendant reserves the right to add witnesses as discovery continues. | |

        Respectfully submitted,

        **ATKINSON, BRITTINGHAM,**
        **GLADD, FIASCO & EDMONDS**
        A Professional Corporation

     /s/ J. Andrew Brown
        John S. Gladd, OBA #12307
        J. Andrew Brown, OBA #22504
        1500 ParkCentre
        525 South Main Street
        Tulsa, OK 74103-4524
        Telephone:  (918) 582-8877
        Facsimile:  (918) 585-8096
        Email:  dbrown@abg-oklaw.com
        *Attorney for Defendant SFF&CC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

/ s/ J. Andrew Brown

R:\416\416\Final Witness List.docx