IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| GEORGE COLLINS and ALRIKA COLLINS, | § § § | |
|---|---|---|
| *Plaintiffs*, | § § § | |
| v. | § § | CASE NO. 22-cv-00318-RAW-JAR |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § § | |
| *Defendant*. | § § | |

### PLAINTIFFS' FINAL WITNESS LIST

**COMES NOW** Plaintiffs, George Collins & Alrika Collins ("Plaintiffs"), and files Plaintiffs' Final Witness List and would respectfully show the Court the following witnesses:

| | WITNESSESES | DESCRIPTION |
|---|---|---|
| 1. | George Collins<br>By and through counsel of record,<br>Terry M. McKeever<br>OBA No. 21751<br>tmm@fylaw.com<br>S. Alex Yafe<br>OBA No. 21063<br>ay@fylaw.com<br>**FOSHEE & YAFFE**<br>P.O. Box 890420<br>Oklahoma City, Oklahoma 73189<br>Telephone:     (405) 378-3033 | Plaintiff and will have knowledge of Plaintiffs' claim and causes of action. |
| 2. | Alrika Collins<br>By and through counsel of record,<br>Terry M. McKeever<br>OBA No. 21751<br>tmm@fylaw.com<br>S. Alex Yafe | Plaintiff and will have knowledge of Plaintiffs' claim and causes of action. |

|   | | |
|---|---|---|
|   | OBA No. 21063<br>ay@fylaw.com<br>**FOSHEE & YAFFE**<br>P.O. Box 890420<br>Oklahoma City, Oklahoma 73189<br>Telephone:     (405) 378-3033 | |
| 3. | Ian Rupert<br>Ian's Enterprise<br>9450 SW Gemini Dr. #39525<br>Beaverton, Oregon 97008-7105<br>Telephone: (405) 622-8721 | Plaintiffs' public adjuster who inspected the Property and will have knowledge of Plaintiffs' insurance claim, the cause of damage to Plaintiffs' property, and the reasonable and necessary costs to return the Property back to its pre-loss condition. |
| 4. | Chad T. Williams, P.E.<br>Valor Forensic Engineering Services, LLC<br>P.O. Box 783<br>Jenks, Oklahoma 74037<br>Telephone: (855) 918-5111 | Mr. Williams was retained to evaluate the fire damage to the property and has knowledge about the damage to the Property and his inspection and report relied on by Plaintiffs and State Farm (during the pendency of the claim). |
| 5. | Kevin C. Dandridge<br>1 Life Safety<br>4605 E Chandler Blvd, Suite 110-163<br>Phoenix, Arizona 85048<br>Telephone: (602) 799-4800 | Mr. Dandridge was retained to determine the proper impact and costs to safely return the property back to its pre-loss condition and will testify to same. |
| 6. | Luke Hibbs<br>The Mold Consultation<br>726 Northwest 69th Street<br>Oklahoma City, Oklahoma 73116<br>Telephone: (405) 285-9100 | Mr. Hibbs was retained to inspect the property for suspect areas and conditions and has knowledge about the damage to the property. |
| 7. | Defendant's Corporate Representative<br>By and through counsel of record,<br>J. Andrew Brown<br>John S. Gladd<br>**ATKANSON, HASKINS, NELLIES, BRITTINGHAM, GLADD & FIASCO**<br>1500 ParkCentre Bldg.<br>525 S. Main Street<br>Tulsa, Oklahoma 74103<br>Telephone: (918) 582-887<br>Facsimile:  (918) 582-8096 | Defendant and will have knowledge of the handling of Plaintiffs' claim and Defendant's partial denial of the claim. |

| | | |
|---|---|---|
| 8. | Ed Young<br>Claim Specialist<br>P.O. Box 52257<br>Phoenix, Arizona 85072-2257<br>Telephone: (800) 331-1169 ext. 3099944715<br>Facsimile: (844) 236-3646 | Mr. Young served as a claim specialist in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiffs' claim and State Farm Fire and Casualty Company's partial denial of the claim. |
| 9. | Karla Tillberg<br>Claim Specialist<br>P.O. Box 106169<br>Atlanta, Georgia 30348-6169<br>Telephone: (844) 458-4300 ext. 3099944165<br>Facsimile: (844) 236-3646 | Ms. Tillberg served as a claim specialist in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiffs' claim and State Farm Fire and Casualty Company's partial denial of the claim. |
| 10. | Heather Stanley<br>State Farm Field Adjuster<br>P.O. Box 106169<br>Atlanta, Georgia 30348-6169<br>Telephone: (918) 935-5450 | Ms. Stanely served as field adjuster in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiffs' claim and State Farm Fire and Casualty Company's partial denial of the claim. |
| 11. | Cheryl Penisten-Wilbur<br>State Farm Claim Specialist<br>P.O. Box 106169<br>Atlanta, Georgia 30348-6169<br>Telephone: (309) 994-4181 | Ms. Penisten-Wilbur served as a claim specialist in this matter on behalf of Defendant and will have knowledge of the handling of Plaintiffs' claim and State Farm Fire and Casualty Company's partial denial of the claim |
| 12. | Carmen Richwine<br>Mgr. (BSNA)<br>Atlanta, Georgia 30348-6169<br>Telephone: (844) 458-4300 | Upon information and belief, Richwine served as a manager with supervisory responsibility for the Defendant and has knowledge of the handling of Plaintiffs' claim and State Farm Fire and Casualty Company's partial denial of the claim. |
| 13. | Derek VanDorn<br>Berryman Enterprises, Inc<br>426 NW 5th Street<br>Oklahoma City, Oklahoma 73702<br>Phone: (405)235-4646<br>Fax: (405)235-3311 | Mr. VanDorn was hired by State Farm to inspect the property and prepare a bid for restoration during the pendency of the claim. VanDorn then was designated in litigation as an expert and conducted a second inspection of the property and prepared an expert report on behalf of the Defendant. |

| 14. | Any witness needed to authenticate documents. | |
|---|---|---|
| 15. | Any witness listed by Defendant and not objected to by Plaintiffs. | |
| 16. | Plaintiffs retain the right to supplement this list as discovery is ongoing. | |

Respectfully submitted,

*/s/Terry M. McKeever*
Terry M. McKeever
OBA No. 21751
tmm@fylaw.com
S. Alex Yafe
OBA No. 21063
ay@fylaw.com

**FOSHEE & YAFFE**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:      (405) 378-3033

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE/EXCHANGE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on September 29, 2023, in the manner described below:

***Via ECF filing to:***
J. Andrew Brown
State Bar No. 22504
dbrown@abg-oklawfirm.com
John S. Gladd
State Bar No. 12307
jgladd@abg-oklaw.com

**ATKANSON, HASKINS, NELLIES,
BRITTINGHAM, GLADD & FIASCO**
1500 ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: (918) 582-887
Facsimile: (918) 582-8096

**ATTORNEYS FOR DEFENDANT**

*/s/Terry M. McKeever*
Terry M. McKeever
