## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 22-cv-00318-RAW-JAR<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### JOINT MOTION TO EXTEND DEADLINES

**COME NOW** the Parties, by and through their attorneys of record, and for their Joint Motion to Extend Deadlines, do hereby state and allege as follows:

1. This Court entered an Amended Scheduling Order on May 26, 2023, setting deadlines for all matters in the instant case. That discovery is still pending in this matter.

2. The parties now have consented to Magistrate Judge Robertson.

3. The parties have exchanged written discovery, but yet to obtain all the necessary depositions to comply with the deadlines.

4. The parties are working diligently in accordance with the established deadlines, but are unable to comply with same.

5. The parties request to be placed on a subsequent trial docket.

6. This request is made in good faith and not for the purposes of delay or harassment.

**WHEREFORE,** premises considered, the parties request the deadlines set forth in the Amended Scheduling Order be extended ninety (90) days or such other dates set forth to provide time for discovery to be completed and other relevant pleadings to be timely filed.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A Professional Corporation

/s/ J. Andrew Brown
J. Andrew Brown, OBA #22054
John S. Gladd, OBA #12307
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096
Email:  jgladd@abg-oklaw.com
Email:  dbrown@abg-oklaw.com
*Attorneys for Defendant SFF&CC*

/s/ Terry M. McKeever
S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

R:\416\416\Mot to Extend Deadlines.docx

2