Received 06/18/2021



## Inspection Report

### Project:

Collins
Claim #3615K535N
1312 W 60th St. N
Muskogee, OK 74430

**Project requested by:** Ian Rupert Enterprises
**Project date:** June 11th, 2021

### Inspection protocol dictated by:

### Luke Hibbs

IICRC Trained Remediator
Oklahoma Certified
Residential Mold Inspector
Commercial Mold Inspector
Asbestos Inspector

Office (405) 285-9100   Cell (405) 204-5756
Email Luke@themoldconsultant.com Website www.themoldconsultant.com

The inspection performed for client was a non-intrusive examination designed to identify suspect areas and conditions of the above-referenced primary building as it existed at the time of the inspection. Suspect conditions are those conditions defined by the Indoor Environmental Standards Organization (IESO) inspection standards having potential for mold contamination. The International Institute of Inspection, Cleaning and Restoration (IICRC) guidelines S520 are used to determine the appropriate condition of the building materials on site and the remediation strategy. The inspection was limited to those areas that were visually and physically accessible. The inspection was not a risk assessment, physical inspection of systems, structure, or components of the primary building and its primary parking structure being inspected, as it relates to their serviceability. The inspection was performed in accordance with the Standards of Practice of the IESO and the IICRC in effect at the time of this inspection.  This inspection is not intended to be technically exhaustive. The inspector has prepared this written report for the sole use and benefit of the client. The report shall identify, report, and make recommendation for future evaluation. Client agrees to read the entire report when received and shall promptly call the inspector with questions or concerns regarding the report.

## Areas of Inspection:
Entire home

Directly Affected Areas
Laundry Room
Garage
Kitchen
Hallway from garage
Upstairs bonus room (heaviest affected).  No pictures are available because the room is black and photos were all too dark.

Lightly Affected Areas
Remainder of the house

## Findings and Recommendations:
The areas directly affected by the fire naturally will need to be repaired. All of these affected areas need to have the drywall demo'd and replaced. The attic will need insulation removed and replaced.

However, the remaining areas in the house are only lightly affected.  There is no clear indication that smoke has made it behind the walls.  The majority of the house can likely be restored with cleaning, resealing, repainting, and deodorization. The HVAC system will also need to be thoroughly cleaned.

Personal property has also absorbed some soot from the fire, and contents should be cleaned.  This could likely be done on site and contents do not need to be taken from the customer location.  It is common to place a portable container on the property, place contents inside the container as they are cleaned, use the container as an ozone chamber, and then leave the contents in container until the restoration process is completed for the rest of the house.















COLLINS_000339



POL PKG Page 286 of 798
COLLINS_000340

















COLLINS_000348















































COLLINS_000371



COLLINS_000372



























POL PKG Page 331 of 788
COLLINS_000385