IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-JAR <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PRESTON JAMES DUGAS, III

Plaintiffs' counsel, Terry M. McKeever, hereby requests, pursuant to LCvR 83.3(b), that the Court allow Preston James Dugas, III to appear as co-counsel *pro hac vice* for the Plaintiffs in this case. See "Exhibit 1" Preston James Dugas, III Request for Admission *Pro Hac Vice* Form.

Terry M. McKeever declares:

I am an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (State Bar #21751). I am also admitted to practice law in this Court. I submit the attached Request for admission *pro hac vice* of Preston James Dugas, III, so that he may appear as co-counsel *pro hac vice* for the Plaintiffs.

Preston James Dugas, III is a member in good standing of the bar of the States of Texas and Louisiana. He is also admitted to practice before the Federal Court in the Eastern, Western, and Northern Districts of Texas. He is co-counsel for the Plaintiffs and his business address is 1701 River Run, Suite 703, Fort Worth, Texas 76107. His telephone number is (817) 945-3061 and his fax number is (682) 219-0761.

Mr. Dugas was previously admitted *pro hac vice* in this Court in *McKenzie et al v. The*

*Hanover Insurance Company* (Case 6:21-cv-00258-JWB, Dkt. No. 18).

WHEREFORE, I hereby request that the Court grant this Motion allowing Preston James Dugas, III to appear as co-counsel *pro hac vice* for the Plaintiffs in this case.

I declare under penalty and perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

Dated this 16th day of November 2023.

                              Respectfully Submitted,

                              */s/Terry M. McKeever*
                              TERRY M. MCKEEVER, OBA #21751
                              P.O. Box 890420
                              Oklahoma City, OK  73189
                              Telephone:  (405) 378-3033
                              Facsimile:  (405) 632-3036

                              **ATTORNEY FOR PLAINTIFFS**