IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE COLLINS and ALRIKA COLLINS, Plaintiff(s)<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br>Defendant. | Case Number: 6:22-cv-00318-JAR |

**REQUEST FOR ADMISSION PRO HAC VICE**
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Preston James Dugas, III

2. State bar membership number: Texas State Bar No. 24050189 and Louisiana State Bar No. 34917

3. Business address, telephone and fax numbers:  1701 River Run, Suite 703
   Fort Worth, Texas 76107
   Telephone: (817) 945-3061
   Facsimile: (682) 219-0761

List all state and federal courts or bar associations in which you are a member **"in** good standing" to practice law:
   Texas State Bar           Western District of Texas
   Louisiana State Bar       Northern District of Texas
   Eastern District of Texas Western District of Oklahoma
   District Court of Colorado

4. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes_____  No__X____

5. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____ No___X_____

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

6. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes____X__ No_____

7. Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____ No___X____

DATED this 13th day of November, 2023.

                                    /s/Preston J. Dugas, III
                                    Signature

**EXHIBIT 1**