AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| GEORGE COLLINS and ALRIKA COLLINS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   6:22-cv-00318-JAR |
| STATE FARM FIRE AND CASUALTY COMPANY ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, George Collins and Alrika Collins                              .

Date:   11/22/2023

/s/Preston J. Dugas III
*Attorney's signature*

Preston J. Dugas III, 24050189
*Printed name and bar number*

Dugas & Circelli, PLLC
1701 River Run, Suite 703
Fort Worth, Texas 76107

*Address*

pdugas@dcclawfirm.com
*E-mail address*

(817) 945-3061
*Telephone number*

(682) 219-0761
*FAX number*