IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | Case No. 6:22-cv-00318-RAW-JAR |

**PROPOSED ORDER**

ON THIS DAY came to be heard Defendant, State Farm Fire and Casualty Company's ("Defendant") Motion to Strike Expert Report of Duane Smith and Supplemental Report of Chad Williams. After considering Defendant's Motion and the applicable law, the Court finds that Defendant's Motion should and is hereby **DENIED**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Strike Expert Report of Duane Smith and Supplemental Report of Chad Williams is hereby **DENIED**.

SIGNED on this _____ day of _____, 2023.

_____
JUDGE PRESIDING