IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>        Defendant. | Case No. 22-cv-00318-RAW-JAR<br><br>JURY TRIAL DEMANDED |

## AMENDED THIRD JOINT STATUS DISCOVERY REPORT

**COME NOW** the parties, by and through their respective counsel of record, and for their Joint Status Discovery Report, do hereby state and allege as follows:

1. On October 10, 2023, the Court entered the parties' Second Amended Scheduling Order.

2. According to the current Scheduling Order, the parties are to file a Joint Status Discovery Report on or before December 15, 2023.

3. The following will serve as the parties' Joint Status Discovery Report:

   (1) Plaintiff issued written discovery on April 4, 2023. Defendant issued written discovery on April 11, 2023.

   (2) Defendant responded to Plaintiffs' written discovery on May 22, 2023 by agreement of the parties. Plaintiffs responded to Defendant's written discovery on May 30, 2023 by agreement of the parties.

   (3) Defendant produced 8,167 documents with its discovery. Plaintiffs produced 1,745 documents with their discovery and supplemental discovery responses. Plaintiff has received Chad Williams's documents related to Defendant's subpoena and will produce them December 15, 2023.

   (4) The name and dates of witnesses who have been deposed.
   Plaintiffs' Mold Representative, Luke Hibbs – 10/11/2023
   Plaintiffs' Public Adjuster, Ian Rupert – 10/12/2023

        Plaintiffs' Safety Representative, Kevin Dandridge – 10/30/2023
        Plaintiff, George Collins – 11/29/2023

(5)    Defendant's claim representatives, Karla Tillberg and Heather Stanley
        Defendant's expert Derek VanDorn
        Plaintiff, Alrika Collins
        Plaintiffs' Engineer, Chad Williams
        Plaintiffs' Public Adjuster Dwayne Smith

(6)    Defendant has issued subpoenas to the following:
        Plaintiffs' Engineer, Chad Williams – 0 pages.
        Plaintiffs' Public Adjuster, Ian Rupert – 1,852 pages.
        Plaintiffs' Mold Representative, Luke Hibbs – 0 pages
        Plaintiffs' Safety Representative, Kevin Dandridge – 63 pages

(7)    Defendant is attempting to follow up with counsel for Ian Rupert regarding documents that have been withheld/redacted on a claim for attorney-client/work product privilege.

        Respectfully submitted,

        **ATKINSON, BRITTINGHAM,**
        **GLADD, FIASCO & EDMONDS**
        A PROFESSIONAL CORPORATION

        /s/ J. Andrew Brown
          J. Andrew Brown, OBA #22504
          1500 ParkCentre
          525 South Main Street
          Tulsa, OK 74103-4524
          Telephone: (918) 582-8877
          Facsimile: (918) 585-8096
          Email: dbrown@abg-oklaw.com
        *Attorney for Defendant SFF&CC*

        /s/ Terry M. McKeever
          S. Alex Yaffe
          Terry M. McKeever
          FOSHEE & YAFFE
          P.O. Box 890420
          Oklahoma City, OK 73170
          Email: say@fylaw.com
          Email: tmm@fylaw.com
        *Attorneys for the Plaintiffs*