## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-RAW-JAR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

### DEFENDANT STATE FARM FIRE AND
### CASUALTY COMPANY'S FINAL EXHIBIT LIST

COMES NOW the Defendant, State Farm Fire and Casualty Company, by and through its attorneys of record, John S. Gladd, J. Andrew Brown and Andrew G. Wakeman, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby submits its Final Exhibit List as follows:

**EXHIBITS**

| NO. | EXHIBIT |
|---|---|
| 1. | Relevant non-privileged portions of State Farm Fire & Casualty Company's claim file as it existed at the time of filing of this litigation |
| 2. | Subject policy of insurance |
| 3. | Depositions with exhibits |
| 4. | Photographs of Plaintiffs' residence |
| 5. | Photographs of Plaintiffs' property |
| 6. | Plaintiffs' prior insurance claims and sworn testimony |
| 7. | Plaintiffs' police report filed in conjunction with subject fire loss. |
| 8. | Parties' discovery responses, including document production |

| 9.  | Documents obtained via subpoena duces tecum |
| --- | --- |
| 10. | Expert report(s) |
| 11. | Plaintiffs' bankruptcy records |
| 12. | Demonstrative aids |
| 13. | All exhibits endorsed by Plaintiffs not specifically objected to by Defendant |
| 14. | Discovery in this matter is ongoing.  Defendant reserves the right to add exhibits as discovery continues. |

    Respectfully submitted,

    **ATKINSON, BRITTINGHAM,**
    **GLADD, FIASCO & EDMONDS**
    A Professional Corporation

    /s/ J. Andrew Brown
    John S. Gladd, OBA #12307
    J. Andrew Brown, OBA #22504
    1500 ParkCentre
    525 South Main Street
    Tulsa, OK 74103-4524
    Telephone:  (918) 582-8877
    Facsimile:  (918) 585-8096
    Email:  dbrown@abg-oklaw.com
    *Attorney for Defendant SFF&CC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 5th day of January, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com

Preston J. Dugas, III
Dugas & Circelli, PLLC
1701 River Run, Suite 703
Fort Worth, TX  76107
*Attorneys for the Plaintiffs*

               / s/ J. Andrew Brown

R:\416\416\Final Exhibit List02.docx