IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-JAR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys of record, J. Andrew Brown and Andrew G. Wakeman, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds of Tulsa, Oklahoma, and hereby requests this Court grant leave to file an oversized motion for summary judgment and brief in support. In support of this application, State Farm states as follows:

1. Local Rule 7.1(c) places a page limit of twenty-five (25) pages on briefs unless prior permission to file an oversized brief is granted by the Court.

2. This case is fact-intensive involving an 8,000-page claim file and State Farm believes that to fully inform the Court of the undisputed facts and legal authorities supporting a grant of summary judgment, it will need to exceed the page limit set out in LCvR 7.1(c).

3. State Farm will endeavor to brief its Motion for Summary Judgment as concisely as possible, but may require as many as forty (40) pages to fully inform the Court of the facts and applicable arguments.

4. This Application is not made for the purpose of causing undue delay or burden.

5. Defendant's counsel has contacted Plaintiffs' counsel, and Plaintiffs' counsel does not object to this Application.

6. A proposed Order granting same is attached hereto.

**WHEREFORE**, premises considered, Defendant State Farm Fire & Casualty Company hereby respectfully requests that this Court enter an Order granting it leave to file an oversized Brief in Support of its Motion for Summary Judgment of up to forty (40) pages.

          Respectfully submitted,

          **ATKINSON, BRITTINGHAM,
GLADD, FIASCO & EDMONDS**
          A PROFESSIONAL CORPORATION

          /s/ J. Andrew Brown
          J. Andrew Brown, OBA #22504
          Andrew G. Wakeman, OBA #21393
          1500 ParkCentre
          525 South Main Street
          Tulsa, OK 74103-4524
          Telephone: (918) 582-8877
          Facsimile: (918) 585-8096
          Email: dbrown@abg-oklaw.com
          Email: awakeman@abg-oklaw.com
          *Attorneys for Defendant SFF&CC*

**CERTIFICATE OF MAILING**

      I hereby certify that on the 13th day of February, 2024, a true and correct copy of the aforementioned document was mailed to the following, with postage prepaid:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email: say@fylaw.com
Email: tmm@fylaw.com
*Attorneys for the Plaintiffs*

                                              /s/ J. Andrew Brown