

**RBZ000I5**
State Farm Fire and Casualty Company

# Fire Claim File Print
# General Information

Route To:

## BASIC CLAIM INFORMATION

**Claim Number:** 36-15K5-35N
**Date of Loss:** 01-11-2021
**Policy Number:** 36-B3-L971-9
**Named Insured:** COLLINS SR, GEORGE LARRY

## REPORTING INFORMATION

**Function/Area/Environment**
**Determined By:** Rules Engine
**FAE:** HCCS Property Ownership

**Recorded By**
**Name:** Internet Customer (LRKV)
**Phone:**
**User Type:** Internet Customer

**Reporting Agent**
**Name:**
**Agent Code:**
**Phone:**

**Reporting Method**
**System:** iPhone PocketAgent
**Workflow:** Regular

## FACTS OF LOSS

**Date of Loss:** 01-11-2021
**Time of Loss:** 12:48 PM
**Date Reported:** 01-12-2021
**Date/Time Recorded:** 01-11-2021 - 10:26 PM CST
**Facts of Loss:** Final: Fire started upstairs either in theater room or attic
**Probable Cause:** Fire
**Stolen Property:**
**Severity:** 1 : Uninhabitable

**Claim Group**
**Claim Group:**

**Location of Loss**
**Location Description:**
**Street(s):** 1312 W 60th St N
**City:** Muskogee
**County:**
**State/Prov:** Oklahoma
**Zip/Postal:** 74403
**Country:** United States

## CLAIM DETAILS

**Product Line:** Fire
**Fatality Exists:**
**Liability:**
**Policy Type:** Homeowners
**Record Only:**
**AMR/ISO:** Yes
**Claim File Type:** Regular
**SIU:** Yes
**TIPP:**
**Confidential:** Standard
**Reinsurance:**
**Vehicle:**
**Facility Code:** 8 - Proximity
**Large Loss:** Yes
**ARNR:**

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**EXHIBIT 2**

FIRE                              **Claim Number: 36-15K5-35N**                         RBZ000I5

---

**File Note:** Authority-Expense
**Participant:**                                          **COL / Line (Participant):**
**Category:** Authority                                   **Sub Category:**

This is an authority for Expense payments after receipt of final hotel invoice from ALE Solutions
$506.60 - Armstrong Forensics
$2389.60 - Integrity (O&C)
$3008.40 -Electrical Mechanical
$176.60 - Armstrong Forensics
$352.40 - Emergency board up
$1398.11 - Berryman Enterprises
$1400.00- Valor engineering
$7382.**80** - Berryman site visit
$1225.00 ALE Solutions fees
$1585.00 ALE Solutions fees
$70.00 ALE Solutions fees
TOTAL: $19,494.51

12-30-2021 - 7:19 AM CST          **Performer:** Stanley, Heather          **Office:** PROX
   **File Note:** C
   **Participant:**                                       **COL / Line (Participant):** 69 / 001(Named Insured(s))
   **Category:** Loss of Use                              **Sub Category:**
issued payment to ALE Solutions for final hotel 11/23-11/30

12-23-2021 - 8:53 AM CST          **Performer:** Stanley, Heather          **Office:** PROX
   **File Note:** A
   **Participant:**                                       **COL / Line (Participant):**
   **Category:** Fire Estimatics                          **Sub Category:**
sent email to PA and insures re: suits against us policy language.

12-22-2021 - 7:40 AM CST          **Performer:** Richwine, Carmen          **Office:** PROX
   **File Note:** Review
   **Participant:**                                       **COL / Line (Participant):** 33 / 001(Named Insured(s))
   **Category:** Management                               **Sub Category:**
Reviewed email from Mr. Rupert for request to extend the suit limitation.

Heather, we are not able to extend the suits language outlined in the policy. Let's draft a letter noting this and forward to me for review.
Thank you.

12-22-2021 - 7:12 AM CST          **Performer:** Stanley, Heather          **Office:** PROX
   **File Note:** PA request
   **Participant:**                                       **COL / Line (Participant):**
   **Category:** Contact                                  **Sub Category:**
TM Richwine: please see request from PA for extension of suit limitation

12-01-2021 - 2:51 PM CST          **Performer:** Stanley, Heather          **Office:** PROX
   **File Note:** B
   **Participant:**                                       **COL / Line (Participant):** 34 / 001(Named Insured(s))
   **Category:** Personal Property                        **Sub Category:**
rec'd copy of email sent from SP to PA with status- George went to SP and asked them to clean bedroom furniture and to contact him to
inspect when done.

12-01-2021 - 9:01 AM CST          **Performer:** Stanley, Heather          **Office:** PROX
   **File Note:** A
   **Participant:**                                       **COL / Line (Participant):** 33 / 001(Named Insured(s))
   **Category:** Fire Estimatics                          **Sub Category:**

---

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0023

| FIRE | Claim Number: 36-15K5-35N | RBZ000I5 |
|---|---|---|

sent email to insured & PA and attached current SOL

ALE Solutions forwarded to us the email you sent them November 26 regarding a rental home you had found.  As we discussed November 2nd, you indicated that you are planning to rebuild the home and are still searching for temporary housing.  If you enter into a contract to rebuild the home and a lease for temporary housing, please contact us for reconsideration of additional living expense past the current end date of November 30, 2021.

As we have not received the above, we have not been able to review and consider any extension. Therefore, we are not able to authorize ALE Solutions to assist in your acquisition of a rental home.  Once you have a rebuild contract and lease, please send them for consideration.

    *

 also sent ALE solutions email that we do not need them to reopen housing search and to send final hotel invoice.

| 11-30-2021 - 4:15 PM CST | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Authority

**Participant:**      **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))

**Category:** Management      **Sub Category:**

Expense authority updated to $19,424.51.

| 11-30-2021 - 3:28 PM CST | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

**File Note:** Authority-Expense

**Participant:**      **COL / Line (Participant):**

**Category:** Authority      **Sub Category:**

This is an authority for Expense payments after receipt of supplemental hotel invoice from ALE Solutions
$506.60 - Armstrong Forensics
$2389.60 - Integrity (O&C)
$3008.40 -Electrical Mechanical
$176.60 - Armstrong Forensics
$352.40 - Emergency board up
$1398.11 - Berryman Enterprises
$1400.00- Valor engineering
$7382.80 - Berryman site visit
$1225.00 ALE Solutions fees
$1585.00 ALE Solutions fees
TOTAL: $19,424.51

| 11-30-2021 - 7:25 AM CST | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Review

**Participant:**      **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))

**Category:** Management      **Sub Category:**

Reviewed Coverage C (file note of 11/29) with CS Stanley. We are not in a position to extend ALE beyond today. The insured has not moved forward with signing a contract or moving forward with any repairs.

Our initial ACV payment was issued on 2/17/21 and a supplemental payment was issued on 10/12/21.

The insured has not confirmed any plans to rebuild and at one time they were considering relocation.

If the insured would like to submit any lease agreement and/or contract for rebuild, we can review further to see if any additional ALE benefits would be payable.

| 11-30-2021 - 7:13 AM CST | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

**File Note:** B

**Participant:**      **COL / Line (Participant):** 34 / 001(Named Insured(s))

**Category:** Personal Property      **Sub Category:**

TM Richwine: please see "PA accusation and demand to ServPro" in file documents and contact me to discuss

| 11-29-2021 - 3:54 PM CST | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

**File Note:** B

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0024

FIRE                          Claim Number: 36-15K5-35N                          RBZ000I5

---

**Participant:**                                           **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Personal Property                            **Sub Category:**

Chastity from SP called. advised of payment status and that they'll need to invoice us for the storage after 10/31 as well as pack back.

11-29-2021 - 2:25 PM CST          **Performer:** Stanley, Heather          **Office:**PROX
**File Note:** A
**Participant:**                                           **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Fire Estimatics                              **Sub Category:**

rec'd email from ALE Solutions asking if we want them to reopen housing search.
insured sent them the following email on 11/26 "I have a rental that's suppose to be ready Monday 510 N 21st St Muskogee, Oklahoma it's only a 2 bedroom but anything will be better then hotel at this point"
*
TM Richwine: please review and contact me to discuss

11-29-2021 - 12:37 PM CST         **Performer:** Stanley, Heather          **Office:**PROX
**File Note:** B
**Participant:**                                           **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Personal Property                            **Sub Category:**

rec'd email from george: "That's fine, the payment can include them, I can not be responsible for storage after the deadline of 11/30 if payment hasn't been issued for my items to be paid for. Servpro is waiting for me to have their payment in hand. Thank you"
*
Mailed draft
emailed XC payment tracker.
payment includes storage through October. SP to submit final storage and pack-back invoices

11-29-2021 - 8:24 AM CST          **Performer:** Stanley, Heather          **Office:**PROX
**File Note:** B
**Participant:**                                           **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Personal Property                            **Sub Category:**

sent email to insurd and PA- are they still represented? if so, PA will need to be included on draft for contents cleaning.

11-24-2021 - 10:17 AM CST         **Performer:** Richwine, Carmen          **Office:**PROX
**File Note:** Authority
**Participant:**                                           **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s))
**Category:** Management                                   **Sub Category:**

Submitted supplemental authority to SM Arnold.

11-19-2021 - 3:01 PM CST          **Performer:** Stanley, Heather          **Office:**PROX
**File Note:** Pending
**Participant:**                                           **COL / Line (Participant):**
**Category:** Pending                                      **Sub Category:**

*****************STATUS REPORT*****************************************
COVERAGE:   ADPL fire- no coverage issues
COVERAGE A: ACV Payment has been made. RCBs available if incurred.
COVERAGE B: ACV payment has been made.  Expecting addtl month storage from SP.
COVERAGE C: Insureds in hotel through 11/30.
O&C: No evidence found to suggest the Insd or someone else set this fire. All samples taken by OC came back negative for ignitable liquids. OC opined all competent ignition sources could not be eliminated and a factual cause not be established. EMI (electrical expert) opined in his report an electrical short in the attic adj to the electric furnace was the cause of the fire and mostly likely due to mice nesting.

11-17-2021 - 3:26 PM CST          **Performer:** Stanley, Heather          **Office:**PROX
**File Note:** B
**Participant:**                                           **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Personal Property                            **Sub Category:**

---

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0025

FIRE                                        Claim Number: 36-15K5-35N                              RBZ000I5

returned call to Chastity at SP-she said Mr. Collins gave them the OK today to clean the contents and she said if they rush they may be able to do it by the end of the month. Advised if they are actively cleaning and it takes into December, we can pay that storage time but if they are not moving forward with cleaning, the insured needs to pay. She agreed. She said they asked him for half up front before they start cleaning and he said they had not been paid. Advised they had been paid in October and the check has been cashed. She will contact insured.

| 11-03-2021 - 8:31 AM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

discussed with TM and sent email to insured

This is a follow up to our phone conversation of November 2, 2021.  You indicated that you are planning to rebuild the home and are still searching for temporary housing.  If you enter a contract to rebuild the home and a lease for temporary housing, please contact us for reconsideration of additional living expense past the current end date of November 30, 2021.

To date, we have paid you for Additional Living Expenses since January 12, 2021 and the initial payment on the structure was issued on February 17, 2021.

Please also advise us if you are no longer represented by Ians Enterprise.

| 11-03-2021 - 7:33 AM CDT | Performer: Richwine, Carmen | Office:PROX |
|---|---|---|
| **File Note:** Review | | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) | |
| **Category:** Management | **Sub Category:** | |

Reviewed with CS Stanley - conversation with the insured, Mr. Collins. Drafted letter to Mr. Collins.

| 11-02-2021 - 2:47 PM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|
| **File Note:** Contact | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Contact | **Sub Category:** | |

returned call to George at 918-310-8084-He said he was wondering if they can work with us around the PA so they don't have to get a bad faith lawyer like the PA said.  Advised we don't do negoatiated settlements, we need to determine the cost of reasonable and necessary repairs and pay that. Advised we feel that we have done this with the bid from Berryman, the cleaning est from ServPro, ACV payment on contents and ALE payments for hotel.

He asked about contents cleaning. He said he did not think contents were cleanable. Advised I inspected them and conferred with SP and although I added some items to non-salv, I agree with ServPro on the rest being cleanable and we have paid the expenses for that.

He said they do plan to rebuild the house but after they hired PA in April, he told them they couldn't do anything and had to leave the house as-is. I asked him why they cancelled the insurance if they plan to rebuild. He said they cancelled it so he could write it under his own insurance company. He said he has George Collins Insurance. He said Alrika told the agent's office that.  He said they tried to get his wife's job to temporarily relocate her to Tulsa so she could get a place with a kitchen but her job said no since she would be going back to work in Muskogee once the house was finished. He said they went back to the place they had tried to rent before and got back on their wait list.

I asked who he would use for rebuild and when they would start. He said he would use Williams Construction who originally built the house and since I said the house is not being held for our inspeciton, he is going to go ahead and talk to them about getting started.

Explained we will have paid 10 1/2 months of ALE once we pay hotel through Nov and that as they have not started any work even though we issued settlement in February, I did not know that we would be able to extend ALE any further but that I would send this information to my manager for review.

| 11-02-2021 - 7:24 AM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|
| **File Note:** B, C | | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)) | |
| **Category:** Personal Property | **Sub Category:** | |

sent emails to ALE Solution and ServPro regarding 11/30 date noted to PA and insured in 10/28 email.

| 10-28-2021 - 11:40 AM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0026

FIRE                    Claim Number: 36-15K5-35N                    RBZ000I5

sent email to PA and insureds:
Thank you for your email. I have confirmed with ALE Solutions and the agent's office the information George and Alrika communicated to them about their relocation plans. We are extending the hotel until November 30, 2021 to allow for additional time for this relocation. We are unable to extend Loss of Use beyond this period. Should you relocate prior to this date, please inform State Farm and ALE Solutions. The portion of the policy pertaining to Loss of Use is quoted below.

We also will pay Serv Pro up to an additional month for contents storage. State Farm is unable to reimburse for any storage charges after November 30, 2021.

| | | |
|---|---|---|
| 10-28-2021 - 10:38 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

Spoke to Brianna and Kayla at agent's office.
George was the one who brought the receipts in on Oct 11. They have not come back to pick them up yet.
Alrika called Kayla Oct 19 and said they wanted to cancel their policy effective today. Kayla asked: Do you intend on purchasing another house or are you going to be fixing this one? She said they do not plan on purchasing a replacment home and do not plan to fix the house and don't know what we are going to do at this time. She requested updated mailing address for her, George and George Jr to her mom and dad's house.
After my email yesterday, Alrika called and told Kayla that she was upset that SF was not paying their hotel anymore. She asked if it was because they cancelled the HO policy and that they weren't planning to rebuild or purchase another home. Kayla told her to contact claims as they did not have any information other than seeing the payments that had been made.

| | | |
|---|---|---|
| 10-28-2021 - 9:54 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

phoned Marissa at ALE Solutions- They got a call yesterday afternoon about 2:30 from George saying that ALE told SF that they were not going to rebuild. She told him ALE Sol had not told SF that. (I explained to Marissa that information was from the agent)
Yesterday, George said they are still waiting to hear back about her job and would let ALE solutions know.
Mr. Collins has been the one communicating with them. They first heard Oct 4 from him in email that "we are currently working on getting my wife relocated to the tulsa area" and to put the search on hold.
They have spoken with him about once per week since then.
She said she is not sure if they were initiating the relo to Tulsa or if Alrika's job was initiating it. He never explicitly said.
Search area was expanded to Broken Arrow, not Tulsa. Everything they heard about Tulsa was from insured, not SF.

| | | |
|---|---|---|
| 10-28-2021 - 7:14 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

rec'd PA response to hotel email: "You are mistaken. My office is advised that the insured never indicated a desire to permanently relocate to anyone. It's possible the confusion is caused by a conversation wherein the insured was instructed to consider Tulsa, Oklahoma for temporary accommodations to widen the search. Your insureds intend at this time to rebuild. However, as you know, there is a large discrepancy in the dwelling replacement cost. The insured may secure their own housing, but have not done so yet. As such, State Farm should extend Loss of Use, ALE Solutions and their current hotel, for at least one more month while the insured decides and or searches for temporary housing."

| | | |
|---|---|---|
| 10-27-2021 - 1:59 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

sent email to PA and insureds "In our October 11th letter, we asked that you let us know your relocation status as soon as possible as you asked ALE Solutions to cease their search for a rental home. You have informed the agent's office that you do not intend to rebuild and informed ALE Solutions that you intend to relocate to Tulsa. Without further information from you to indicate why an extension is necessary, we have asked ALE Solutions to cease billing State Farm for the hotel as of October 31, 2021. "

| | | |
|---|---|---|
| 10-21-2021 - 11:06 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0027

FIRE                    Claim Number: 36-15K5-35N                              RBZ000I5

| Participant: | COL / Line (Participant): 69 / 001(Named Insured(s)) |
|---|---|
| Category: Loss of Use | Sub Category: |

Issued payment for increased meal expense $70.23 + increased laundry: $19.80 2/5/21 =$90.03
Mailed draft to PA
 emailed SOL, COV B receipts and payment tracker and requested they match receipts to XC line items and resubmit.

10-21-2021 - 8:57 AM CDT          **Performer:** Stanley, Heather          **Office:**PROX
   **File Note:** A

| Participant: | COL / Line (Participant): |
|---|---|
| Category: Fire Estimatics | Sub Category: |

rec'd IM from agent's staff
Hi Heather, claim 3615K535N Collins. I wanted to let you know the insured cancelled their homeowners policy a couple days ago. His wife stated that they were not rebuilding/fixing the house and they updated their mailing address to her mother and father's address. Just FYI

10-19-2021 - 12:58 PM CDT          **Performer:** Stanley, Heather          **Office:**PROX
   **File Note:** C

| Participant: | COL / Line (Participant): 69 / 001(Named Insured(s)) |
|---|---|
| Category: Loss of Use | Sub Category: |

Reviewed meal receipts.  Feb 1- Oct 3. Normal meal expense is $200/week.
Feb 1-7  $144.58
Feb 8-14 $193.48
Feb 15-21 $117.86
Feb 22-28 $198.34
Mar 1-7 $205.45  Increase $5.45
Mar 8-14 $203.15 Increase $3.15
Mar 15-21 $261.62 Increase $61.62
Mar 22-28 $191.63
Mar 29-Apr 4 $188.05
Apr 5-11 $176.81
Apr 12-18 $206.72
Apr 19-25 $87.48
Apr 26-May 2 $86.05
May 3-9 $93.51
Mar 10-16 $58.74
May 17-23 $112.52
May 24-30 $32.99
May 31- June 6 $114.51
Jun 7-13 $46.04
Jun 14-20 $0
Jun 21-27 $60.17
Jun 28- July 4 $0
July 5-11 $32.97
July 12-18 $143.66
July 19-25 $87.05
July 26-Aug 1 $24.04
Aug 2-8 $67.78
Aug 9-15 $107.41
Aug 16-22 $15.79
Aug 23-29 $110.11
Aug 30-Sept 5 $21.86
Sept 6-12 $46.23
Sept 13-19 $133.78
Sept 20-26 $6.10
Sept 27-Oct 3 $114.56
 **TOTAL Increase: $70.23**

Date: 01-26-2022                                                      Page 7

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0028

**FIRE**                        Claim Number: **36-15K5-35N**                        RBZ000I5

---

10-19-2021 - 12:52 PM CDT                    **Performer:** Richwine, Carmen                    **Office:**PROX

   **File Note:** Authority

   **Participant:**                                                    **COL / Line (Participant):** 33 / 001(Named Insured(s))

   **Category:** Management                              **Sub Category:**

Adjusted authority.

10-19-2021 - 12:43 PM CDT                    **Performer:** Stanley, Heather                    **Office:**PROX

   **File Note:** G Authority

   **Participant:**                                                    **COL / Line (Participant):**

   **Category:** Authority                                    **Sub Category:**

This is an authority for Expense payments
$506.60 - Armstrong Forensics
$2389.60 - Integrity (O&C)
$3008.40 -Electrical Mechanical
$176.60 - Armstrong Forensics
$352.40 - Emergency board up
$1398.11 - Berryman Enterprises
$1400.00- Valor engineering
$7382.80 - Berryman site visit
$1225.00 ALE Solutions fees
TOTAL: $17,839.51

TM Richwine:  I had entered a wrong # on the last invoice. Will you increase authority up 20 cents?

10-19-2021 - 9:51 AM CDT                    **Performer:** Richwine, Carmen                    **Office:**PROX

   **File Note:** G Expense Authority

   **Participant:**                                                    **COL / Line (Participant):** 33 / 001(Named Insured(s))

   **Category:** Management                              **Sub Category:**

Updated "g" expense authority to $17,839.31

10-19-2021 - 8:57 AM CDT                    **Performer:** Stanley, Heather                    **Office:**PROX

   **File Note:** Authority

   **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):**

   **Category:** Authority                                    **Sub Category:**

This is an authority for Expense payments
$506.60 - Armstrong Forensics
$2389.60 - Integrity (O&C)
$3008.40 -Electrical Mechanical
$176.60 - Armstrong Forensics
$352.40 - Emergency board up
$1398.11 - Berryman Enterprises
$1400.00- Valor engineering
$7382.60 - Berryman site visit
$1225.00 ALE Solutions fees
TOTAL: $17,839.31

10-19-2021 - 8:53 AM CDT                    **Performer:** Stanley, Heather                    **Office:**PROX

   **File Note:** A

   **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 33 / 001(Named Insured(s))

   **Category:** Fire Estimatics                          **Sub Category:**

sent email to PA and insureds

Please see the attached letter from June 28 where we had previously responded to these requests.  As noted in that letter, underwriting
reports have no relevance to the claim handling or settlement.

I have attached the estimate Berryman Enterprises provided to State Farm and the contents cleaning estimate by ServPro.

The updated settlement documents were all emailed on October 11.·

You have sent invoices for several subcontractors/experts. State Farm did not request these inspections but we are reimbursing for the Valor
Engineering invoice of $1400 that report provided Berryman with information that assisted in their evaluation of the damages.  That
payment will be mailed to the Ians Enterprise.

10-19-2021 - 8:52 AM CDT                    **Performer:** Stanley, Heather                    **Office:**PROX

   **File Note:** Authority

---

Date: 01-26-2022

Page 8

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

FIRE                    Claim Number: 36-15K5-35N                    RBZ000I5

| Participant: | COL / Line (Participant): |
| --- | --- |
| Category: Authority | Sub Category: |

This is an authority for Expense payments
$506.60 - Armstrong Forensics
$2389.60 - Integrity (O&C)
$3008.40 -Electrical Mechanical
$176.60 - Armstrong Forensics
$352.40 - Emergency board up
$1398.11 - Berryman Enterprises
$1400.00- Valor engineering
$1225.00 ALE Solutions fees
TOTAL: $10,456.71

| 10-18-2021 - 3:26 PM CDT | Performer: Stanley, Heather | Office:PROX |
| --- | --- | --- |
| File Note: A | | |
| Participant: | COL / Line (Participant): 33 / 001(Named Insured(s)) | |
| Category: Fire Estimatics | Sub Category: | |

Phoned Derek at Berryman and discussed expert reports. He said he reviewed and considered what the hygenist and safety protocol reports said but feels they did not contribute to his evaluation of the damages. He feels his review of the engineer report did contribute more to his evaluation. He does think he would have seen all the damages the engineer report pointed out with or without the report.
*
discussed with TM Richwine. We will reimburse the insured for the Valor Eng invoice but not the others.

| 10-14-2021 - 7:32 PM CDT | Performer: Richwine, Carmen | Office:PROX |
| --- | --- | --- |
| File Note: MOAR | | |
| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) | |
| Category: Management | Sub Category: | |

MOAR - Reviewed. Heather, we responded to the same request for documents in our letter of 6/28/21. Let's advise him again that we have responded to this request previously and forward him the letter of 6/28 and if there have been any updates, let's provide that information. On item #8 on the UR documents - I would also add, that the UR documents will not be provided..

| 10-14-2021 - 2:06 PM CDT | Performer: Stanley, Heather | Office:PROX |
| --- | --- | --- |
| File Note: C | | |
| Participant: | COL / Line (Participant): 69 / 001(Named Insured(s)) | |
| Category: Loss of Use | Sub Category: | |

rec'd email from ALE solutions. they checked with insured who said they still have not heard if relocating to Tulsa

| 10-12-2021 - 7:11 AM CDT | Performer: Stanley, Heather | Office:PROX |
| --- | --- | --- |
| File Note: A | | |
| Participant: | COL / Line (Participant): 33 / 001(Named Insured(s)) | |
| Category: Fire Estimatics | Sub Category: | |

rec'd mortgage release from PA
stop paid draft and reissued
sent draft info to PA w/cc to insured
*
rec'd letter from PA demanding file documents again. forwarded to TM Richwine for review.

| 10-11-2021 - 1:19 PM CDT | Performer: Stanley, Heather | Office:PROX |
| --- | --- | --- |
| File Note: A< B | | |
| Participant: | COL / Line (Participant): 33 / 001(Named Insured(s)) | |
| Category: Fire Estimatics | Sub Category: | |

mailed COV A and COV B drafts to PA
emailed letter, sf estimate and payment tracker to both insureds and PA

| 10-06-2021 - 3:55 PM CDT | Performer: Stanley, Heather | Office:PROX |
| --- | --- | --- |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0030

FIRE                          Claim Number: 36-15K5-35N                                    RBZ000I5

**File Note:** B
**Participant:**                                    COL / Line (Participant): 34 / 001(Named Insured(s))
**Category:** Personal Property                     Sub Category:
rec'd IM from Brianna at agent's office asking status. Advised waiting on RR. She said George brought the receipts into their office Friday but it took them until today to get them scanned in.
sent chat history to file via email.

10-06-2021 - 3:27 PM CDT          **Performer:** Stanley, Heather                    **Office:** PROX
**File Note:** B, C
**Participant:**                                    COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s))
**Category:** Loss of Use                           Sub Category:
rec'd apprx 70 pages of meal and contents receipts. Will go forward with current RR as it will take some time to process all the receipts.

10-06-2021 - 11:39 AM CDT         **Performer:** Richwine, Carmen                   **Office:** PROX
**File Note:** Authority
**Participant:**                                    COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
**Category:** Management                            Sub Category:
Submitted authority to SM Arnold.

10-05-2021 - 1:55 PM CDT          **Performer:** Stanley, Heather                   **Office:** PROX
**File Note:** A
**Participant:**                                    COL / Line (Participant): 33 / 001(Named Insured(s))
**Category:** Fire Estimatics                       Sub Category:
reviewed with TM Richwine: marked 164 irrigation parts as "need more info". Are these constrution materials? Why were they in the hallway?
Also changed brown office chair to replace from clean as PA photos show a tear of the upholstery on the arm that would make it difficult to get smoke smell out.
*
Will project ALE in hotel until end of year- note from ALE Solutions that insured may relocate to Tulsa.

10-05-2021 - 11:53 AM CDT         **Performer:** Stanley, Heather                   **Office:** PROX
**File Note:** C
**Participant:**                                    COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Loss of Use                           Sub Category:
rec'd email from ALE Solutions. The insured asked them to put housing search on hold as his wife may be relocated to Tulsa soon.

10-05-2021 - 8:49 AM CDT          **Performer:** Stanley, Heather                   **Office:** PROX
**File Note:** A
**Participant:**                                    COL / Line (Participant): 33 / 001(Named Insured(s))
**Category:** Fire Estimatics                       Sub Category:
I added the Vivant security system from XC to Berryman repair bid.
Uploaded XC and X1 (claim # is 36-15k535NA) for TM Review prior to submitting RR.
Also need to review PA invoices submitted for expert reports he hired.

10-02-2021 - 8:55 AM CDT          **Performer:** Stanley, Heather                   **Office:** PROX
**File Note:** B
**Participant:**                                    COL / Line (Participant): 34 / 001(Named Insured(s))
**Category:** Personal Property                     Sub Category:
Completed XC. updated cat/sel and pricing. marked duplicate items. Added Serv Pro contents pack out/cleaning/storage through october.
Put nov-Jan storage and pack-in on inventory as "when incurred"
There were many duplicates to inventory previously submitted by insured.  I scanned in my notes rather than list all the items here.

10-02-2021 - 8:51 AM CDT          **Performer:** Stanley, Heather                   **Office:** PROX
**File Note:** A
**Participant:** GEORGE LARRY COLLINS SR            COL / Line (Participant): 33 / 001(Named Insured(s))
**Category:** Fire Estimatics                       Sub Category:
I repriced Berryman's bid from January to September.

Date: 01-26-2022                                                                              Page 10

COLLINS CL 36-15K5-35N 0031

**FIRE**                             Claim Number: **36-15K5-35N**                             **RBZ000I5**

| 10-01-2021 - 1:32 PM CDT | Performer: Brown, Karla | Office:CCTCONT |
|---|---|---|

**File Note:** CCT Pending File Note

**Participant:**                             COL / Line (Participant): 34 / 001(Named Insured(s))

**Category:** Pending                             Sub Category:

Pending

cat/sel 153
price 5
reassign to CO for review and settlement.

| 10-01-2021 - 1:31 PM CDT | Performer: Brown, Karla | Office:CCTCONT |
|---|---|---|

**File Note:** CCT File Note

**Participant:**                             COL / Line (Participant): 34 / 001(Named Insured(s))

**Category:** Claim Note                             Sub Category:

CA Brown

cat/sel 150 items

| 10-01-2021 - 1:15 PM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|

**File Note:** Pending

**Participant:**                             COL / Line (Participant):

**Category:** Pending                             Sub Category:

sent status letter to PA via email
Dwelling:  We are in receipt of Berryman Enterprises' bid for rebuild and are reviewing it.
Personal Property:  We are processing the contents list you provided.
Loss of Use:  We instructed ALE Solutions to expand their search area based on our conversation of September 8, 2021.  We continue to pay for their temporary housing in the hotel and ALE Solutions is continuing their search for other temporary housing.  If you or the Collins family finds a housing option you would like us to consider, please send the specifics such as address, property details, lease terms and deposit information for our consideration.

| 09-30-2021 - 7:29 AM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|

**File Note:** A

**Participant:**                             COL / Line (Participant): 33 / 001(Named Insured(s))

**Category:** Fire Estimatics                             Sub Category:

reviewed SSPOL for PA expense invoices included:
$660.08- 3D video
$1400- Valor Engineering
$1000- Safety Review
 $1000- Mold Consultant

| 09-30-2021 - 7:10 AM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|

**File Note:** C

**Participant:**                             COL / Line (Participant): 69 / 001(Named Insured(s))

**Category:** Loss of Use                             Sub Category:

exchanged email with Derek from Berryman- he estimates 6 months for repairs.

| 09-29-2021 - 3:56 PM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|

**File Note:** C

**Participant:**                             COL / Line (Participant): 69 / 001(Named Insured(s))

**Category:** Loss of Use                             Sub Category:

rec'd email from ALE Solutions with housing option and advised OK to present. I asked them whether insured is interested in a 1 br/1 ba
 though.

| 09-29-2021 - 3:33 PM CDT | Performer: Stanley, Heather | Office:PROX |
|---|---|---|

**File Note:** A

**Participant:**                             COL / Line (Participant): 33 / 001(Named Insured(s))

**Category:** Fire Estimatics                             Sub Category:

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0032

rev'd Berryman estimate and called Derek to discuss.

He advised he did not feel as much drywall needed to be replaced as I had estimated. He brought pre-wet cleaning rags with him and test cleaned tile, countertops, toilet, radiant cooktop, etc. He estimated to replace the floor tile in kitchen/living/office as it is continuous plank to the laundry room that was damaged.

He reviewed the engineer report and discussed with engineer at inspection. He agreed with all except a couple items. one is that engineer felt kitchen cabinets couldn't be matched. Damage is only to a maple plywood fridge side panel and that can be repaired. He also felt the attic had very little smoke and that the reflective sheathing did not need replaced on the 2 story section. He has to replace all the insulation and seal attic for odor. Engineer pointed out a place where the radiant barrier material had come loose but Derek did not feel that was fire related. The masonry needs replaced around OH doors due to heading and wall sheathing damage. The electric panels in single car garage did not have direct fire damage. He estimated to replace the home runs with J boxes to the main part of the house and rewire the bonus rooms.

He reviewed the OSHA report and said he has never seen OSHA charges to the degree in the report. He said each sub is responsible for being safe on the job and the superintendent is part of the contractor's overhead.  Temp fencing and signage is not needed on private property.  He added the safety items he felt were needed like the roof harness.

Discussed a few revisions to the estimate and sent him the revised to review

"Removed temp board up- actual paid to ServPro

Garage: changed windows to replace only- removal included in demo room

Laundry: changed dryer vent to replace only= removal included in demo laundry room

Kitchen: changed range hood and wall oven and microwave to remove/replace due to electronic components. Changed dishwasher to rem/repl due to insulation cleanability.

Added removal of pad and carpet in master bedroom, safe room, master closet.

Changed windows to replace only in bonus room 1 and 2.

Roof: removed tarp (board up already paid)"

| | | |
|---|---|---|
| 09-29-2021 - 11:12 AM CDT | Performer: Stanley, Heather | Office:PROX |

**File Note:** B

**Participant:**      COL / Line (Participant): 34 / 001(Named Insured(s))

**Category:** Personal Property      Sub Category:

went to servpro today with TM Richwine and Annie showed us the stored items.  After viewing items, we felt the 4 pub table bar stools, kiddie wooden chair, ironing board, faux house plants, twin mattress and electronic trash can had soot or rust to warrant replacement.  The other items appeared cleanable and Annie agreed to revise her estimate to reflect these changes. The soot on most items was quite light and there was not an odor of smoke.  Even up close, the leather on the headboard smelled like leather and the wicker decorative item in a box smelled like wicker.

I gave her a copy of the notes I made and then sent her an email as well.

"I didn't circle the items on page 20 but I think they were all cleanable also.  Items 397-402. The other items we discussed as cleanable are 403-406, 407, 413-417, 421.  I don't know about the tent as I did not see it. (419). And then there are the items the PA also thought were cleanable (items 434-462).  Of course, use your own judgment on heavy clean, high density and the correct cleaning code for the item type. "

| | | |
|---|---|---|
| 09-29-2021 - 10:45 AM CDT | Performer: Stanley, Heather | Office:PROX |

**File Note:** C

**Participant:**      COL / Line (Participant): 69 / 001(Named Insured(s))

**Category:** Loss of Use      Sub Category:

checked Zillow and found rental option in east BA. sent email to Marissa at ALE Solutions to see if it was a viable option.

| | | |
|---|---|---|
| 09-28-2021 - 7:24 AM CDT | Performer: Stanley, Heather | Office:PROX |

**File Note:** Investigation

**Participant:**      COL / Line (Participant):

**Category:** Investigation      Sub Category:

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0033

FIRE                                      Claim Number: 36-15K5-35N                            RBZ000I5

Rec'd letter from PA quoting Duties under Unfair Claim Settlement Practices Act.
He quotes 7/16/21 as date SF rec'd SSPOL via email and 7/21 via mail.
He alleges "no supplemental funds, revised settlement documents or certified policy copies have been provided despite repeated requests.
Further Heather Stanley falsified depreciation on claim records to preclude supplemental payment"
PA's letter demands SF comply to his demand of payment of $500,584.69 within 5 days.
*
We reviewed 792 page SSPOL and sent Acceptance Letter on 8/2 and numerous emails as well as in-person meeting have occurred since then.
Pending:
COV A: Competitive bid from Berryman Enterprises (inspection per PA's schedule was done on 9/10/21)
COV B: Completion of XC processing by CCT (sent to them 9/7) and inspection of cleanable contents at Serv Pro (scheduled for 9/29)
COV C: Insureds are in hotel and ALE solutions expanded search area after discussion with PA on 9/10 but have been not yet found a rental home for them.
*
 Will review with TM Richwine and send response to PA

| | | |
|---|---|---|
| 09-27-2021 - 2:49 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |
| **Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s)) | |
| **Category:** Loss of Use | **Sub Category:** | |

rec'd  email from ALE Solutions. They are continuing their rental home search

| | | |
|---|---|---|
| 09-21-2021 - 10:16 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** B | | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) | |
| **Category:** Personal Property | **Sub Category:** | |

sent follow up email to Chasity at SP to see if she has gone through list of "off site" items yet.

| | | |
|---|---|---|
| 09-20-2021 - 7:37 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** B | | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) | |
| **Category:** Personal Property | **Sub Category:** | |

Rec'd 2 estimates from SP
$8823.33  This includes pack-out done and storage incurred as well as projected charges for contents storage and disposal.
$16,767.47  This includes pack out done and storage incurred as well as contents cleaning, storage and pack-in.
The cleaning includes boxed items except for night stand, bath accessory, dresser, dresser mirror, twin matress or box spring, headboard, footboard, dining table, 6 dining chairs, 2 chairs and 60 hours to clean "misc unboxed items"
*
 I will follow up with Christy regarding the list I sent of items being claims as "offsite" by PA.

| | | |
|---|---|---|
| 09-13-2021 - 2:41 PM CDT | **Performer:** Richwine, Carmen | **Office:**PROX |
| **File Note:** MOAR | | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) | |
| **Category:** Management | **Sub Category:** | |

MOAR - Reviewed with CS Staniey. We have sent additional f/u to the PA with our previous letter explaining the ACV payment (letter of August 6th). The contents are still at ServPro and we have requested an invoice for the pack-out and storage costs. Additionally, we have requested they provide us with a cleaning bid. CCT is processing the list of contents. We have instructed ALE Solutions to expand the search for housing as outlined.

Derek (Berryman) has completed a site inspection and we are pending their comparison estimate.

Reserves reviewed and appropriate.

 Recal 3 weeks.

| | | |
|---|---|---|
| 09-09-2021 - 2:56 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** C | | |

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0034

FIRE                                   Claim Number: 36-15K5-35N                                RBZ000I5

| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
|---|---|

**Category:** Loss of Use                                        **Sub Category:**

Met PA and Derek from Berryman at risk yesterday.  engineer Chad was also there.
Chad, PA and Derek inspected structure so Derek could write his estimate.  I took some photos of the remaining contents in the home but every time I exited my vehicle, the PA became confrontational and kept asking me the same question over and over after I had already answered to the point that I had to get back in my vehicle to stop the conversation. He would just keep saying I was non-responsive or refusing to answer when I would tell him the same answer again or tell him I had already answered. He asked about temp housing and I told him ALE Solutions was still searching for options. He said he gave us an Air BNB option on 8/18 that we needed to approve. I told him I was not aware he had given us a specific location. He said it did not have an address but he sent us the link to it and it was a comparable house in Broken Arrow but does not accept pets. I told him we were unaware they were willing to extend their search to BA but will now let ALE Solutions know to expand the search area. Advised without an address and specific pricing, we are unable to determine if an option is suitable but if they have a specific home they want us to consider, we can do so.
I asked him about the ATV and mower location and he said he did not know but there were mowers in the back yard. When I went out to view them, (2 cub cadet riding mowers), he kept asking me about producing our photos which I told him were work product. He said I was non responsive so he started video taping me while I was inspecting the mowers.  I asked him if he saw any smoke or fire damage to the mowers because I did not see any and he said he would not answer my question because I had not answered his.
At the end of the inspection, he came up to my vehicle and asked if I was going to issue a supplemental ACV payment after repricing the estimate. Advised ACV is based on damages on the date of loss so no additional is due based on just the repricing. He asked that we submit that to him in writing. He said the scope of my estimate was the same as his but there were repair philosophies we disagree on.  (I assume he is talking about the OSHA items he has put in his bid). Advised I will get back to him after I have reviewed the Berryman estimate)

09-08-2021 - 2:30 PM CDT          **Performer:** Brown, Karla                      **Office:**CCTCONT
    **File Note:** CCT Pending File Note

| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)) |
|---|---|

    **Category:** Pending                                     **Sub Category:**
Pending

cat/sel 183
price 5
reassign to CO for review and settlement

09-08-2021 - 2:29 PM CDT          **Performer:** Brown, Karla                      **Office:**CCTCONT
    **File Note:** CCT File Note

| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)) |
|---|---|

    **Category:** Claim Note                                  **Sub Category:**
CA Brown-Reassignment

Process additional inventory

cat/sel 20 until end of shift

09-08-2021 - 12:56 PM CDT         **Performer:** Stanley, Heather                   **Office:**PROX
    **File Note:** A

| Participant: | COL / Line (Participant): 33 / 001(Named Insured(s)) |
|---|---|

    **Category:** Fire Estimatics                             **Sub Category:**
issued payment for Berryman initial file review

09-07-2021 - 3:16 PM CDT          **Performer:** Stanley, Heather                   **Office:**PROX
    **File Note:** CCT Assignment

| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)) |
|---|---|

    **Category:** Personal Property                           **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0036

FIRE                          **Claim Number: 36-15K5-35N**                          **RBZ000I5**

CCT Assignment

Type of Assignment (choose one):
   ( ) COL Assignment
   (X ) Specialty Task (Public Adjuster, Attorney, SIU, or Casualty)
Who is the primary contact on the claim? No not contact
Date Inventory received and ECS document description: Please process items 93-396 with pricing and cat/sel codes.
If XactContents macros, Contents Collaboration, or import template was not utilized, indicate why:
Do the inventory items match the scope and documentation by the claim handler during their investigation/inspection? Pending additional review by CO
Identify items in the inventory as 'not covered': pending
   Has the denial/partial denial been reviewed with the policyholder? N/A
Identify the specific special limits of liability which apply to the inventory: N/A
Was the deductible taken? Where was it applied? N/A
Does policy provide Replacement Cost coverage for personal property?
Identify items to be cleaned/repaired or need diagnostics: N/A
Has the Summary of Loss been updated? yes
Amount of contents advance payment(s) made: N/A
If needed was the EFT Authorization Form sent and received: N/a
Additional details/instructions:
   Please process inventory for Items 93-396 and return to CS Stanley for review.  I have marked duplicate and COV A items.

| 09-07-2021 - 3:11 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

    **File Note:** B
    **Participant:**          **COL / Line (Participant):** 34 / 001(Named Insured(s))
    **Category:** Personal Property       **Sub Category:**
went through XC and marked duplicate items (processed when insured submitted- duplicated by PA)
 There do not appear to be any duplicates to electronics cleaned by CRDN.

| 08-31-2021 - 11:53 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

    **File Note:** A
    **Participant:**          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics       **Sub Category:**
Issued G payment to ServPro for emergency board up

| 08-30-2021 - 6:59 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

    **File Note:** a
    **Participant:**          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics       **Sub Category:**
rec'd copies of emails between PA and Derek. Appears inspection will be 9/8 at 10am

| 08-27-2021 - 2:19 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

    **File Note:** A
    **Participant:**          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics       **Sub Category:**
rec'd copy of email to Derek from PA requesting appt on 9/1.  This was not one of the dates that workef for Derek nor a date we provided PA on 8/23.
 sent email to Derek with my availability through 9/10

| 08-27-2021 - 12:33 PM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

    **File Note:** A, C
    **Participant:**          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics       **Sub Category:**
rec'd certified letter from PA dated 8/18 again requesting constructive total on structure and cash out on ALE.
 also board up invoice from SP

| 08-27-2021 - 8:43 AM CDT | **Performer:** Grover, Michael | **Office:**PROX |
|---|---|---|

    **File Note:** I recd VM from SP. I called them back. They were c
                               **COL / Line (Participant):**

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0037

**FIRE**                                   **Claim Number: 36-15K5-35N**                                   **RBZ000I5**

- SPEC TASK - PA CLAIM
- note from CO - in QFC - just enter / add items from excel to X1 and send back to CO
- CA completed this task
- sending back to CO
- CCT Spec Task completed. If further assistance is needed, create a new specialty task to be assigned to the next CA on rotation

08-19-2021 - 9:28 AM CDT                **Performer:** Penisten-Wilbur, C                          **Office:**PROX
    **File Note:** COV B
    **Participant:**                                          **COL / Line (Participant):** 34 / 001(Named Insured(s))
    **Category:** Personal Property                           **Sub Category:**
 A copy of the spreadsheet has been forwarded to you by email. Thank you!

08-19-2021 - 9:14 AM CDT                **Performer:** Penisten-Wilbur, C                          **Office:**PROX
    **File Note:** CCT Assignment
    **Participant:**                                          **COL / Line (Participant):** 34 / 001(Named Insured(s))
    **Category:** Personal Property                           **Sub Category:**
CCT Assignment

Type of Assignment (choose one):
    ( ) COL Assignment
    (X ) Specialty Task (Public Adjuster, Attorney, SIU, or Casualty)
Who is the primary contact on the claim? No not contact
Date Inventory received and ECS document description: 8/18/2021 EXCEL template being emailed to  CA
If XactContents macros, Contents Collaboration, or import template was not utilized, indicate why:  EXCEL Document being
Do the inventory items match the scope and documentation by the claim handler during their investigation/inspection? Penidng additional review by CO
Identify items in the inventory as 'not covered':  pending
    Has the denial/partial denial been reviewed with the policyholder? N/A
Identify the specific special limits of liability which apply to the inventory: N/A
Was the deductible taken? Where was it applied? N/A
Does policy provide Replacement Cost coverage for personal property?
Identify items to be cleaned/repaired or need diagnostics: N/A
Has the Summary of Loss been updated? yes
Amount of contents advance payment(s) made: N/A
If needed was the EFT Authorization Form sent and received: N/a
Additional details/instructions: at this time I am just requesting import of the EXCEL spread sheet
 the contents items start at 448/447 through 819/818

08-19-2021 - 7:07 AM CDT                **Performer:** Stanley, Heather                           **Office:**PROX
    **File Note:** A
    **Participant:**                                          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics                             **Sub Category:**
 sent email to Derek with my availability for inspection the next two weeks so he can reschedule with PA.

08-18-2021 - 5:24 PM CDT                **Performer:** Penisten-Wilbur, C                          **Office:**PROX
    **File Note:** contact
    **Participant:** IANS ENTERPRISE LLC                      **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Contact                                     **Sub Category:**
 Email from PA Ian Rupert - inspection scheduled for 8/20 needs to be rescheduled.  Sent to CS Stanley.

08-18-2021 - 2:44 PM CDT                **Performer:** Penisten-Wilbur, C                          **Office:**PROX
    **File Note:** COV C
    **Participant:** ALE SOLUTIONS                            **COL / Line (Participant):** 69 / 001(Named Insured(s))
    **Category:** Contact                                     **Sub Category:**
Received email from ALE Solutions that insured ha decided to move to rental but furniture cannot be delivered until 8/23 - rental starts 8/20.
**

Spoke with CS Stanley, she is acting fro TM Richwine absence, she stated to give the okay for them to rent house on 8/20 and stay in hotel to 8/23.

08-18-2021 - 1:17 PM CDT                **Performer:** Penisten-Wilbur, C                          **Office:**PROX

Date: 01-26-2022                                                                                               Page 18

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**FIRE**                    **Claim Number: 36-15K5-35N**                    **RBZ000I5**

---

**File Note:** cov c
**Participant:** ALE SOLUTIONS                    **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Contact                    **Sub Category:**
Email ALE Solutions asking to stay in hotel 8/23 rental will be ready 8/20  have 2 rentals for 3 days this was rceived before the email that insurd wants to stay in hotel. (prior file note)

**08-18-2021 - 1:13 PM CDT**                **Performer:** Penisten-Wilbur, C                    **Office:**PROX
**File Note:** COV C
**Participant:** IANS ENTERPRISE LLC, ALE                    **COL / Line (Participant):** 69 / 001(Named Insured(s))
SOLUTIONS, ALRIKA B COLLINS,
GEORGE LARRY COLLINS SR
**Category:** Contact                    **Sub Category:**
Received email  from ALE Solutions:

Cheryl,

The insured just reached back out asking that we cancel their move in as they would prefer to remain in the hotel for the duration of repairs and discuss a possible cash out with State Farm. Please let me know how you would like to proceed once you speak with the Collins family.

Thank you,

REPLIED:  CC the 2 named insured and the PA

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the Declarations for Coverage C – Loss of Use. 1. Additional Living Expense. When a loss insured causes the residence premises to become uninhabitable, we will pay the reasonable and necessary increase in cost incurred by an insured to maintain their normal standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of:

**08-16-2021 - 2:39 PM CDT**                **Performer:** Penisten-Wilbur, C                    **Office:**PROX
**File Note:** CONTENTS
**Participant:** SERVPRO                    **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Personal Property                    **Sub Category:**
CONTENTS: Servpro has everything that was downstirs they have,  the Insured told them not to clean anything, they PA came out and listed everything they have stored.  All items they have stored are cleanable.  They did not remove anyting from the garage or the upstairs..

**08-16-2021 - 1:55 PM CDT**                **Performer:** Penisten-Wilbur, C                    **Office:**PROX
**File Note:** contact
**Participant:** IANS ENTERPRISE LLC, SERVPRO,                    **COL / Line (Participant):** 34 / 001(Named Insured(s))
ALRIKA B COLLINS, GEORGE LARRY
COLLINS SR
**Category:** Personal Property                    **Sub Category:**
COV B: Called ServPro they stated they completed emergency board up, they did a partial pack out January 27 and brought some items back, she will have estimator review and get back with me.  She stated they were only able to access a portion of the home.
***
Sent email to named insureds, CC PA:

Mr. and Mrs. Collins,

We are in receipt of your contents listing provided by your public adjuster.  However, we cannot process it in its current format.  Please resubmit the items in the Contents Collaboration link in which you previously submitted inventories in January, February, March and April. It appears there may be some duplication of items already submitted.  Please verify that there are no duplicates when you submit your inventory.  If you need us to resend the link, please let us know.

**08-16-2021 - 1:39 PM CDT**                **Performer:** Penisten-Wilbur, C                    **Office:**PROX
**File Note:** Reply from ALE
**Participant:** ALE SOLUTIONS                    **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Contact                    **Sub Category:**

---

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0040

FIRE | Claim Number: 36-15K5-35N | RBZ000I5

Reply from ALE  property is managed Cedar Creek Condos, address 3312 Baltimore Ave. Muskogee, OK.

| 08-13-2021 - 4:22 PM CDT | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Review
**Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Management | **Sub Category:**

Cheryl, can you f/u with the PA and inquire if he has a listing of the contents (beginning on page #376 of the document through #413) that is just a listing and doesn't have all the price verification etc.? We need to get the listing and get this inputted in XC. Also, can you f/u with ServPro - did they do any pack-out or cleaning?

| 08-13-2021 - 3:41 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:**PROX |
|---|---|---|

**File Note:** COV C
**Participant:** ALE SOLUTIONS | **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Evaluation | **Sub Category:**

ALE SOLUTIONS sent document 12 monhts lease - sent to TM for review

| 08-11-2021 - 2:20 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:**PROX |
|---|---|---|

**File Note:** contact
**Participant:** ALE SOLUTIONS | **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Contact | **Sub Category:**

I called ALE Solutions they stated they ave the insured 8 options and none choosen, for different reason house not up to standard, no fitness room etc. I asked if they would try searh again or I could contact antoher vendor - she stated they will search again and forward what they find.

| 08-11-2021 - 1:42 PM CDT | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Coverage C
**Participant:** | **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Management | **Sub Category:**

Cheryl, OK to proceed with additional authority under Coverage C for an additional 6 months due to the ongoing reconciliation.

| 08-11-2021 - 11:31 AM CDT | **Performer:** Penisten-Wilbur, C | **Office:**PROX |
|---|---|---|

**File Note:** contact
**Participant:** BERRYMAN ENTERPRISES INC | **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Contact | **Sub Category:**

Received Email  Derek  w/Berryman to PA :- Inspection 8/20 at 11:00 AM

| 08-11-2021 - 11:11 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

**File Note:** A
**Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Fire Estimatics | **Sub Category:**

Derek of Berryman to inspect 8/20 at 11am.  I will be present at PA's request

| 08-11-2021 - 10:31 AM CDT | **Performer:** Penisten-Wilbur, C | **Office:**PROX |
|---|---|---|

**File Note:** COV C
**Participant:** TEMPORARY ACCOMMODATIONS, INC | **COL / Line (Participant):**
**Category:** Evaluation | **Sub Category:**

Message to TM - please review  POR: was established at August 31st, 2021.  Should I extend?

| 08-09-2021 - 12:31 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:**PROX |
|---|---|---|

**File Note:** contact
**Participant:** BERRYMAN ENTERPRISES INC | **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Contact | **Sub Category:**

Received copy of email from Berryman to PA - cannot make appointment  can make Aug. 17 or 18, forwarded to CS Stanley and M Richwine.

| 08-09-2021 - 11:03 AM CDT | **Performer:** Stanley, Heather | **Office:**PROX |
|---|---|---|

**File Note:** A
**Participant:** GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Fire Estimatics | **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0041

**FIRE**                                    Claim Number: **36-15K5-35N**                                    **RBZ000I5**

sent letter to PA in response to his email and cc to both insureds.
Sent email to Derek. Ok to try to find inspection date acceptable to PA and advise me of date/time so I can also be present at PA's request.

08-06-2021 - 1:17 PM CDT            **Performer:** Richwine, Carmen            **Office:**PROX
    **File Note:** Review
    **Participant:**                              **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named
                                                    Insured(s)), 33 / 001(Named Insured(s))
    **Category:** Management                        **Sub Category:**
Reviewed email from Ian Rupert on tentative "joint inspection" and access to the property, Loss of Use and the ACV settlement.

Drafting response letter with CS Stanley - Derek at Berryman will follow up with additional dates for the inspection.

Recal 2 weeks.

08-06-2021 - 7:42 AM CDT            **Performer:** Penisten-Wilbur, C            **Office:**PROX
    **File Note:** EMAIL FROM PA
    **Participant:**                              **COL / Line (Participant):** 69 / 001(Named Insured(s)), 33 / 001(Named
                                                    Insured(s))
    **Category:** Contact                           **Sub Category:**
EMAIL FROM PA:

Unfortunately, August 9th is too short notice and conflicts with other obligations. However, I have made arrangements to provide you access to the Premises on: Thursday, August 12, 2021 at 1PM However, before access can be granted, please confirm: 1) Do you have an Oklahoma adjuster license? If so, license number? 2) Will anyone accompany you? If so, we need their name and role in the claim? Also, please confirm that you have taken note that: 3) We request a licensed State Farm adjuster accompany you and to reinspect, one with sufficient financial authority to approve the claim. 4) The insured has been forced to remain in hotel up to now; we request State Farm immediately remit Loss of Use pursuant to the Proof of Loss or at the minimum, approve comparable housing. Comparable housing means a house that is similar in size and quality and nearby the Premises. There is no reason to withhold approval for Loss of Use awaiting your report, coverage for which the insured has paid a premium. 5) State Farm repriced their estimate and increased the RCV, but instead of issuing payment for the undisputed ACV, State Farm withheld the entire sum as 'depreciation'. This cannot stand and may violate 36 O.S. § 1250.5 multiple ways. State Farm should immediately remit the undisputed amounts. Please reply ALL when responding. Looking forward to meeting you.

08-02-2021 - 7:43 AM CDT            **Performer:** Stanley, Heather            **Office:**PROX
    **File Note:** A
    **Participant:**                              **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics                   **Sub Category:**
Discussed with Derek at Berryman. He is agreeable to writing a bid.  He has opening on 8/9. Sent letter to insured via PA acknowledging SSPOL and advising Derek will be contacting PA about access to the home.
Sent PA docs and my SF estimate to Derek via email.

07-30-2021 - 4:12 PM CDT            **Performer:** Richwine, Carmen            **Office:**PROX
    **File Note:** MOAR
    **Participant:**                              **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named
                                                    Insured(s)), 33 / 001(Named Insured(s))
    **Category:** Management                        **Sub Category:**
Reviewed with CS Stanley. We will hire Berryman Enterprises to review our estimate and confirm the scope of work needed given the damages and to address the charges for safety protocols. Let's proceed with acknowledging the receipts of the SSPOL, but that we are no in agreement as to the amount. We have previously established the amount of loss per our SFE.

F/U with Berryman on the assignment. I will calendar for next week to review the contents (pages 376-413) and we will need to address any ALE extension and will plan to confirm the time to repair with Berryman.

Recal 7 days.

07-28-2021 - 7:38 AM CDT            **Performer:** Stanley, Heather            **Office:**PROX
    **File Note:** A
    **Participant:**                              **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Fire Estimatics                   **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0042

FIRE                                Claim Number: 36-15K5-35N                                RBZ000I5

rev'd PA docs.
Engineer report starts on page 74 and appears to have been inspected 5/4/21
There is also a spreadsheet of safety protocols that totals $166,236 and includes $47,500 in safety monitor labor and $15,000 in sanitation stations.
Page 277 starts the mold report
The PA's structure estimate is pages 333-376 with the total on page 415 of $500,584.69
There is also a total for "other structures" for $4792.07. I have to review further to see what these items are.
Contents are pages 376-413
492-794 pages are photographs apparently taken by the PA 4/30/21
There is also a request for Loss of Use for $61,616 on page 413 based on 8 months of an AirBNB and pet boarding with family priced at cost of The Clinic in Muskogee ($4320)

| 07-27-2021 - 2:22 PM CDT | **Performer:** Richwine, Carmen | **Office:** PROX |
|---|---|---|

**File Note:** Review
**Participant:**                          **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Management                  **Sub Category:**
Reviewed initial documents from PA. Heather, let's review when you have a minute.

| 07-27-2021 - 1:39 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:** PROX |
|---|---|---|

**File Note:** evaluation
**Participant:**                          **COL / Line (Participant):**
**Category:** Evaluation                  **Sub Category:**
Received proof of loss from PA.  Forwarding file note TM for review.

| 07-20-2021 - 4:19 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:** PROX |
|---|---|---|

**File Note:** contact
**Participant:** IANS ENTERPRISE LLC       **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Contact                     **Sub Category:**
Received email - 792 page proof of loss from PA- system will not allow access, completed form requesting access.  Sent email to PA to notify document would not open.

| 07-15-2021 - 11:31 AM CDT | **Performer:** Richwine, Carmen | **Office:** PROX |
|---|---|---|

**File Note:** MOAR
**Participant:**                          **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
**Category:** Management                   **Sub Category:**
MOAR - Reviewed. Pending file note outlined in 6/28 summary.

Our last correspondence to the PA was on 6/28/21 with the updated SFE with current price list and our request for a status on estimates/ repairs to the home. ALE has been extended through August 31, 2021 and we outlined that it would not be extended further unless further information was provided to explain what has transpired since the ACV payment was issued and the current status on obtaining estimates etc.

Recal 2 weeks for PA response.

| 07-07-2021 - 4:27 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:** PROX |
|---|---|---|

**File Note:** contact
**Participant:** IANS ENTERPRISE LLC       **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
**Category:** Contact                     **Sub Category:**
Received request for documents from PA.  Emailed copy of letter sent 6/28/2021 advised letter and requested documents mailed 6/28/2021.

| 07-01-2021 - 2:24 PM CDT | **Performer:** Penisten-Wilbur, C | **Office:** PROX |
|---|---|---|

**File Note:** COV C
**Participant:** TEMPORARY ACCOMMODATIONS, INC       **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Evaluation                  **Sub Category:**

Date: 01-26-2022                                                                    Page 22

COLLINS CL 36-15K5-35N 0043

**FIRE**                              Claim Number: **36-15K5-35N**                              **RBZ000I5**

Received email from Temporary Accommodations, Inc. They have found

Rental Address: Near S 182nd E Ave and E 3rd St, Tulsa, OK 3 bedroom 1.5 bathroom , furnished, no utilities, with a 60 Night lease , and month to month extensions **month to month fees may apply**: This property has a 14 day Notice to Vacate Projected Costs $122.23/night = $3,667.00/per month Total One Time Non-Refundable Fees: $500.00 """ Total Projected Cost for 60 nights: $7,834.00.

06-28-2021 - 3:09 PM CDT                    Performer: Richwine, Carmen                    Office:PROX
    File Note: Reassigned
    Participant:                                      COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named
                                                    Insured(s)), 33 / 001(Named Insured(s))
    Category: Management                                              Sub Category:
Reassigned LL to CS Penisten-Wilbur to handle to conclusion.

06-28-2021 - 1:37 PM CDT                    Performer: Tillberg, Karla Ka                    Office:PROX
    File Note: Pending
    Participant: GEORGE LARRY COLLINS SR                COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named
                                                    Insured(s)), 33 / 001(Named Insured(s))
    Category: Pending                                              Sub Category:
Pending

Coverage A:  CS Stanley is handling; estimate was re-priced but no additional is due as ACV is calculated on the DOL.

Coverage B:  All inventories received to date as well as RCB's have been reviewed and paid.  Serv-Pro is doing the contents pack-out and cleaning, no billing has been received to date from them.

Coverage C:  The insured's are in a hotel and we have been reviewing options for housing as they come, but the insured has not provided proof of the re-build of the home and they also have not accepted any of the original potential housing options found by ALE Solutions.  We also have Temporary Accommodations look for potential houses as well.  The hotel billing that was received was paid to vendor.  Additional meals will pend along with additional hotel expenses.  We may need to consider abatements for utilities from the food expenses since they have been in a hotel since 1-11-2021.  I am unclear if there are any continuing utilities at the damaged location.  PA on the file was wanting a cash out settlement for ALE and I have explained that per the policy ALE is an incurred expense.   TTRB was established at August 31st, 2021.
  Other Pertinent Information:  The insured's have hired PA Ian Rupert of Ians Enterprise LLC to handle their claim.

06-28-2021 - 1:30 PM CDT                    Performer: Tillberg, Karla Ka                    Office:PROX
    File Note: Follow-up with PA
    Participant: IANS ENTERPRISE LLC, ALRIKA B                COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named
              COLLINS, GEORGE LARRY COLLINS        Insured(s)), 33 / 001(Named Insured(s))
              SR
    Category: Contact                                              Sub Category:
Email to PA and cc to insured with requested documents.

06-28-2021 - 10:57 AM CDT                    Performer: Tillberg, Karla Ka                    Office:PROX
    File Note: New Contact Info/ALE Solutions
    Participant: ALE SOLUTIONS                                COL / Line (Participant): 69 / 001(Named Insured(s))
    Category: Loss of Use                                              Sub Category:
Email from ALE Solutions, Marissa Fitzgerald will be the new contact person at ALE Solutions.

06-25-2021 - 7:25 AM CDT                    Performer: Richwine, Carmen                    Office:PROX
    File Note: Authority
    Participant:                                      COL / Line (Participant): 33 / 001(Named Insured(s))
    Category: Management                                              Sub Category:
Supplemental authority granted as requested.

Karla, we will need to enclose a copy of the updated SFE and update the letter to note that we have updated the price list and advise outline the revised RCV. No additional ACV payment is owed at this time as we owe the ACV on the date of loss.

06-24-2021 - 4:17 PM CDT                    Performer: Richwine, Carmen                    Office:PROX
    File Note: Authority

Date: 01-26-2022                                                                                         Page 23

COLLINS CL 36-15K5-35N 0044

**FIRE**                              Claim Number: **36-15K5-35N**                              **RBZ000I5**

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

Submitted supplemental authority to SM Clippinger.

06-24-2021 - 10:51 AM CDT          **Performer:** Richwine, Carmen          **Office:**PROX

**File Note:** Review

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

Estimate updated to reflect June price list. To date, repairs are pending. The updated estimate totals $276,513.57.

Heather, let's proceed with authority for this updated amount under Coverage A. I would like to include the updated estimate with the letter that CS Tillberg has drafted.

Karla, let's include with the letter this updated estimate/supplemental payment once authority is granted.

Heather - can you proceed with the supplemental authority request under Coverage A - Thank you.

06-24-2021 - 8:38 AM CDT          **Performer:** Stanley, Heather          **Office:**PROX

**File Note:** A

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s)) |
| **Category:** Fire Estimatics | **Sub Category:** |

updated est to June pricelist and sent back up to cloud

06-23-2021 - 5:09 PM CDT          **Performer:** Richwine, Carmen          **Office:**PROX

**File Note:** Review

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

Drafted letter with CS Tillberg in response to letter from PA.

Heather, would you update the current estimate to the June price list and let me know once you have completed. Thank you.

06-22-2021 - 7:34 AM CDT          **Performer:** Tillberg, Karla Ka          **Office:**PROX

**File Note:** Email from PA Ian Rupert

| | |
|---|---|
| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Contact | **Sub Category:** |

Email from PA Ian Rupert advising that his packet of information is forthcoming and that it should be received by 6-28-2021.

06-16-2021 - 4:11 PM CDT          **Performer:** Barthelme, Brett          **Office:**PROX

**File Note:** Karla, I reviewed your note regarding the ale belo

| | |
|---|---|
| **Participant:** GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

Karla, I reviewed your note regarding the ale below.  I do not think we would want to present a 6 month lease without additional information. Our TTRB, as outlined in our letter dated 2/17 is set to run on 8/31.  Do we know where they are at in this process?  It appears the PA was going to send some additional information, but we have yet to receive?  If they have not begun repairs, 5 months after the DOL, have they settled elsewhere at this point?  I think we need to obtain some answers regarding this prior to presenting any lease terms, unless they are month to month.  Thanks.

06-16-2021 - 11:46 AM CDT          **Performer:** Tillberg, Karla Ka          **Office:**PROX

**File Note:** Coverage C-Housing Option Review- ALE Solutions

| | |
|---|---|
| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
| **Category:** Loss of Use | **Sub Category:** |

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0045

FIRE                    Claim Number: 36-15K5-35N                    RBZ000I5

Received housing option from ALE Solutions, sending to TM/SM for review.  The insured is still currently in a hotel.   We have not received any information from the PA.  He indicated in our prior conversation he was sending a packet for our review which included demands for both the structure and contents.  Also, per TM's Richwines last review, I have made a housing assignment to Temp Accommodations, but they have not presented us with any options to date.

"Hi Karla, We have located a new rental option for the Collins family, and while it is quoted to you as unfurnished the property does require we rent a refrigerator and washer and dryer.

Those items are included in the quote below. May we present this option to the insured?
Property #8
4 bed, 3 bath Unfurnished House – Rental Refrigerator and Washer/Dryer Required 3,400 square feet

Located 30 miles from the damaged residence $123.00/day, $3,690.00/month

$3,800.00 Refundable Security Deposit
$125.00 Landlord Application Fee
Insured responsible for Utilities
Available for move-in on or after 6/21
6 month lease to start
30 Day Notice to Vacate Required Option to extend monthly

 Thank you! Emily Giammanco ALE Solutions "
06-14-2021 - 11:06 AM CDT          Performer: Tillberg, Karla Ka          Office:PROX
     File Note: Email back from ALE Solutions
     Participant: ALE SOLUTIONS, ALRIKA B COLLINS,          COL / Line (Participant): 69 / 001(Named Insured(s))
          GEORGE LARRY COLLINS SR
     Category: Loss of Use, Contact          Sub Category:
Email back from ALE Solutions:

"Hi Karla,

We will continue searching for rental options and let you know of any other properties that may become available.

Thank you!

Emily Giammanco
ALE Solutions"

06-14-2021 - 10:42 AM CDT          Performer: Tillberg, Karla Ka          Office:PROX
     File Note: Follow-up with Abby @ ALE Solutions
     Participant: GEORGE LARRY COLLINS SR          COL / Line (Participant): 69 / 001(Named Insured(s))
     Category: Loss of Use          Sub Category:
Email to Abby at ALE Solutions requesting additional housing search:

"Abby-  I am following up with you on the Collins file.  State Farm would like you keep searching for a property on this file and is it possible for your company to put it on a very short calendar and search every week for housing?  We still would like to find a viable option for them other than the hotel.

Thank you so much for all of your assistance.  Please contact me with any questions."

06-14-2021 - 8:58 AM CDT          Performer: Tillberg, Karla Ka          Office:PROX
     File Note: Temporary Accommodations
     Participant: IANS ENTERPRISE LLC          COL / Line (Participant): 69 / 001(Named Insured(s))

Date: 01-26-2022                                                                                                      Page 25
STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0046

FIRE　　　　　　　　　　　　Claim Number: 36-15K5-35N　　　　　　　　**RBZ000I5**

| | | |
|---|---|---|
| **Category:** Loss of Use | | **Sub Category:** |

Called for Temporary Accommodations and made assignment for them to start searching for housing options for our insured. Provided PA information and advised for them to send us options for review prior to reviewing or presenting to the PA and/or the insured.

06-11-2021 - 9:52 AM CDT　　　　**Performer:** Richwine, Carmen　　　　**Office:**PROX
　　**File Note:** Review
　　**Participant:**　　　　　　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　**Category:** Management　　　　　　**Sub Category:**

Karla, we will need to have them continue to seek housing. This may be a situation where they continue to search for properties on a weekly basis. Is this something they can "calendar" for f/u weekly? Would there be any benefit to involving another housing vendor to assist?

06-11-2021 - 8:25 AM CDT　　　　**Performer:** Tillberg, Karla Ka　　　　**Office:**PROX
　　**File Note:** ALE status from ALE Solutions
　　**Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　　　　　GEORGE LARRY COLLINS SR
　　**Category:** Assignment Claim Handling, Loss of　　　　**Sub Category:**
　　　　　　Use, Contact

Received ALE status from ALE Solutions with a housing status. They are still unable to find housing for our insured and sending to TM to review.

06-07-2021 - 7:20 AM CDT　　　　**Performer:** Lawson, Julie P　　　　**Office:**PROX
　　**File Note:** RESERVES
　　**Participant:** ALRIKA B COLLINS, GEORGE LARRY　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　　　　　COLLINS SR
　　**Category:** Payments, Management, Loss of Use　　　**Sub Category:**

Karla - reserves need to be set for 69 COL as payments exceed $25K.

06-04-2021 - 7:49 AM CDT　　　　**Performer:** Tillberg, Karla Ka　　　　**Office:**PROX
　　**File Note:** Coverage C Payment
　　**Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　　　　　GEORGE LARRY COLLINS SR
　　**Category:** Payments, Loss of Use　　　　　**Sub Category:**

Issued payment to ALE Solutions to the Hotel Expenses to date per the authority request.

06-03-2021 - 11:23 AM CDT　　　　**Performer:** Richwine, Carmen　　　　**Office:**PROX
　　**File Note:** Authority
　　**Participant:**　　　　　　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　**Category:** Management　　　　　　**Sub Category:**

Submitted authority to SM Arnold.

06-02-2021 - 3:01 PM CDT　　　　**Performer:** Tillberg, Karla Ka　　　　**Office:**PROX
　　**File Note:** Hotel billing from ALE Solutions
　　**Participant:** ALRIKA B COLLINS, GEORGE LARRY　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　　　　　COLLINS SR
　　**Category:** Loss of Use　　　　　　**Sub Category:**

Received hotel billing from ALE Solutions; will complete RR.

06-02-2021 - 10:55 AM CDT　　　　**Performer:** Tillberg, Karla Ka　　　　**Office:**PROX
　　**File Note:** Status from ALE Solutions
　　**Participant:** IANS ENTERPRISE LLC, ALRIKA B　　**COL / Line (Participant):** 69 / 001(Named Insured(s))
　　　　　　COLLINS, GEORGE LARRY COLLINS
　　　　　　SR
　　**Category:** Contact　　　　　　　**Sub Category:**

Received notice from ALE Solutions that they have attempted to contact the PA on the file with no response. Email back to Abby @ ALE Solutions asking them to keep contacting and to also continue to look for properties.

05-27-2021 - 2:28 PM CDT　　　　**Performer:** Richwine, Carmen　　　　**Office:**PROX
　　**File Note:** MOAR
　　**Participant:**　　　　　　　**COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named
　　　　　　　　　　　　　　　　　　Insured(s)), 33 / 001(Named Insured(s))
　　**Category:** Management　　　　　　**Sub Category:**

Date: 01-26-2022　　　　　　　　　　　　　　　　　　　　　　　　Page 26

COLLINS CL 36-15K5-35N 0047

**FIRE** | Claim Number: **36-15K5-35N** | **RBZ000I5**

MOAR - Reviewed status. Karla, let's f/u again the week of 6/7 with the PA (via letter or email) on the status of the engineer's report. I would also like to address/inquire as to the name of the engineer and when the engineer inspected the property. We will recal for 1 month and then send a follow up letter outlining the claim status, duties etc.

ALE Solutions will present the property in file note of 5/26 to them. The property is 30 miles from the residence and is smaller in square footage.

Recal 30 days.

**05-26-2021 - 3:55 PM CDT** | Performer: **Tillberg, Karla Ka** | Office:**PROX**
**File Note:** Rental Option
**Participant:** ALE SOLUTIONS | COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Loss of Use | Sub Category:

Received rental option from ALE Solutions, reviewing with TM.  Option is as follows:

Hi Karla, We just located another potential option on the Collins file. Should we try presenting this to the family? Property #6 3 bed, 1.5 bath Unfurnished House 1,103 square feet Located 30 miles from the damaged residence $72.00/day, $2,160.00/month $2,150.00 Refundable Security Deposit $90.00 Landlord Application Fee Insured responsible for utilities Available for move-in on or after 6/1 6 month lease to start 30 Day Notice to Vacate Required Option to extend monthly

**05-19-2021 - 10:42 AM CDT** | Performer: **Tillberg, Karla Ka** | Office:**PROX**
**File Note:** Follow-up with ALE Solutions
**Participant:** IANS ENTERPRISE LLC, ALRIKA B | COL / Line (Participant): 69 / 001(Named Insured(s))
COLLINS, GEORGE LARRY COLLINS
SR
**Category:** Contact | Sub Category:

Called for Abby at ALE Solutions, she advised they are still searching, explained to expand the search and if there is a viable option to contact us before presenting to insured and/or PA.  She will work on this and get back with us as soon as possible.

**05-13-2021 - 10:53 AM CDT** | Performer: **Tillberg, Karla Ka** | Office:**PROX**
**File Note:** Housing status from ALE Solutions
**Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, | COL / Line (Participant): 69 / 001(Named Insured(s))
GEORGE LARRY COLLINS SR
**Category:** Loss of Use | Sub Category:

Housing status from ALE Solutions:

"Hi Karla,

Despite three attempts to reach the landlord of the suggested rental property, the landlord did not get back to us until today. He advised he rented it out to other applicants that he received, so it is no longer available. We are searching for other options and will keep you posted.

Thank you,"

**05-12-2021 - 4:04 PM CDT** | Performer: **Barthelme, Brett** | Office:**PROX**
**File Note:** Thanks for the update Karla. Continue to handle on
**Participant:** | COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Management | Sub Category:

Thanks for the update Karla. Continue to handle on merits.  Thanks.

**05-12-2021 - 2:04 PM CDT** | Performer: **Tillberg, Karla Ka** | Office:**PROX**
**File Note:** Follow-up with PA Ian
**Participant:** IANS ENTERPRISE LLC | COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s))
**Category:** Personal Property, Loss of Use, Contact | Sub Category:

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0048

**FIRE**                    **Claim Number: 36-15K5-35N**                    **RBZ000I5**

Called for PA Ian to discuss the status of the claim.  He advised he has received my email correspondence but did not see a need to respond.  Asked for the status of the re-build, he advised he had an engineer out and will be submitting a report.  He has also re-evaluated the contents as well and will be submitting something on that.

Discussed housing, explained that we had a possible house for them and that ALE Solutions was reaching out with that option.  The PA is arguing and demanding that it must be the same SF as the original home, explained that we don't the exact as the damaged property and that the hotel was no where near the same as the original home.  He is demanding a cash out settlement or that we bring out a mobile home to the site and furniture etc.  Explained if he has a housing option to present to us for review to do so.  He advised to go ahead and issue payment for textiles and electronic direct to CRDN as this was completed prior to his involvement, agreed and advised I would forward him a copy of the Summary Of Loss.

Email to ALE Solutions for a status on housing search.

| 05-06-2021 - 11:39 AM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Follow-up with ALE Solutions & Agent

| **Participant:** IANS ENTERPRISE LLC | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
|---|---|

**Category:** Loss of Use                    **Sub Category:**

Called for housing company and left VM with Emily advising that maybe we should also look for a different hotel option with a kitchen and explained PA on file and provided info and explained that we would like long term housing options presented to us as soon as possible.

Called for SF agent DJ Witty, spoke with Mr. Witty to see if he could assist in any way with any long term housing options.   He provided me with a possible rental in his area.  Sent all information to ALE Solutions for review.

| 05-06-2021 - 7:42 AM CDT | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Review

| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
|---|---|

**Category:** Management                    **Sub Category:**

Karla, let's continue to have ALE Solutions search for housing as well as any options of a hotel with kitchen facilities. Have ALE Solutions follow up with you directly when/if they locate a property versus following up with the Collins.

| 05-05-2021 - 5:00 PM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Rental Search Status

| **Participant:** ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
|---|---|

**Category:** Loss of Use, Contact                    **Sub Category:**

Email from ALE Solutions:

"Hi Karla, The Collins family has become unresponsive to our many attempts to contact them about the housing search. They are still in the Home 2 Suites in Muskogee, OK in 2 rooms totaling $239.90/night, and neither room offers a full kitchen. Is our assistance still needed for housing? Should we set a hotel check out date? Thanks! Emily Giammanco ALE Solutions"

| 04-27-2021 - 4:13 PM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Contents- XC Updates

| **Participant:** ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
|---|---|

**Category:** Personal Property                    **Sub Category:**

Reviewed receipts, removed RCB's for refrigerator as no actual receipt was received for the replacement refrigerator.  Updated the price within the line item for the refrigerator to match the current LKQ replacement.

| 04-27-2021 - 10:50 AM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Housing search status/ALE Solutions

| **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
|---|---|

**Category:** Loss of Use, Contact                    **Sub Category:**

Housing search status from ALE Solutions:

"Hi Karla, We are diligently searching for housing options in the Collins's preferred area that allows for a 6 month lease. I will let you know as soon as we find a property that may meet their needs. Please let me know if you need anything. Thank you,"

| 04-26-2021 - 10:37 AM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0049

FIRE                                  Claim Number: 36-15K5-35N                                 RBZ000I5

| | |
|---|---|
| **File Note:** Email to PA for a status | |
| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)) |
| **Category:** Contact | **Sub Category:** |

Email to PA for a status:

"Mr. Rupert- Good Morning. I am following up with you on the Collins fire loss. I emailed you last week regarding the outstanding CRDN billings and did not get a response as to if these billing are authorized for payment and how you would like them to be paid.

Also, I am needing additional information on the steps to move forward with long term housing. Can you advise as to a status on this?

I am in receipt of the additional contents information sent in by Mr. & Mrs. Collins, I will be reviewing and I will follow-up with you with any questions on the submission.

Thank you and I look forward to hearing from you regarding the CRDN billings and the long term housing status.

Sincerely-"

04-23-2021 - 2:37 PM CDT            **Performer:** Richwine, Carmen                  **Office:** PROX

| | |
|---|---|
| **File Note:** MOAR | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

MOAR - Reviewed. Karla, let's plan to f/u weekly on the status of housing.

Recal 2 weeks.

04-22-2021 - 1:05 PM CDT            **Performer:** Tillberg, Karla Ka                  **Office:** PROX

| | |
|---|---|
| **File Note:** Housing Status | |
| **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
| **Category:** Loss of Use | **Sub Category:** |

Received status from ALE Solutions:

"Hi Karla, We are diligently searching for housing options in the Collins's preferred area that allows for a 6 month lease. I will let you know as soon as we find a property that may meet their needs. Please let me know if you need anything. Thank you,"

04-21-2021 - 9:34 AM CDT            **Performer:** Tillberg, Karla Ka                  **Office:** PROX

| | |
|---|---|
| **File Note:** Follow-up on Textile/Electronics Billings | |
| **Participant:** CRDN OF OKLAHOMA CITY, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Personal Property, Contact | **Sub Category:** |

Email to PA regarding pending textile/electronics billing from CRDN. Received email form CRDN stating insured said it was OK to pay.

04-12-2021 - 3:03 PM CDT            **Performer:** Tillberg, Karla Ka                  **Office:** PROX

| | |
|---|---|
| **File Note:** PMT for RCB's on washer/dryer and textiles | |
| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Personal Property, Payments | **Sub Category:** |

Issued payment for RCB's on washer/dryer and textile cleaning cash-out. Emailed documents to public adjuster and sent draft via mail to PA as well.

04-12-2021 - 8:01 AM CDT            **Performer:** Richwine, Carmen                  **Office:** PROX

| | |
|---|---|
| **File Note:** MOAR | |
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

FIRE                    Claim Number: 36-15K5-35N                    RBZ000I5

| | |
|---|---|
| **Category:** Management | **Sub Category:** |

MOAR - Coverage A, ACV payment issued. Supplemental payment issued under Coverage B per XC. Letter sent to PA to summarize coverages and to address longer term ALE housing. Letter requested status repair bids and ALE by 4/16.

Recal 2 weeks.

| 04-08-2021 - 2:15 PM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Sent letter & requested information to PA

| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
|---|---|

| **Category:** Contact | **Sub Category:** |
|---|---|

Sent letter and requested information to PA Ian Rupert.

| 04-08-2021 - 12:45 PM CDT | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|

**File Note:** Authority

| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
|---|---|

| **Category:** Management | **Sub Category:** |
|---|---|

Sent supplemental authority to SM Arnold.

| 04-08-2021 - 12:35 PM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Follow-up with PA

| **Participant:** IANS ENTERPRISE LLC | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)) |
|---|---|

| **Category:** Personal Property, Loss of Use, Contact | **Sub Category:** |
|---|---|

Called for PA, discussed pending Coverage B settlement, he advised payment should be made to insured's and PA, agreed. He advised on the other contents, they have asked Serv-Pro to stop cleaning as the PA want to evaluate.

Discussed Coverage C, he advised of a cash out option based on comparable housing or an RV, explained that it was an incurred expenses and that if he has housing that he would like us to consider to submit for review. PA advised of comp housing, explained that again it has to be an incurred expenses and that we would not sign on for a year lease and that we would need documentation that the insured is moving forward with the repairs.

Explained to PA that I would be emailing documents, he understood.

| 04-05-2021 - 1:05 PM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** Status from ALE Solutions

| **Participant:** ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
|---|---|

| **Category:** Loss of Use, Contact | **Sub Category:** |
|---|---|

Status from ALE Solutions:

"Hello,

We are still searching for 6 month rental options for the Collins family. We will keep at it and will let you know once we have something else for them to view.

Have a great day,"

| 04-05-2021 - 9:48 AM CDT | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
|---|---|---|

**File Note:** VM for PA

| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
|---|---|

| **Category:** Contact | **Sub Category:** |
|---|---|

Called for PA, left VM regarding RCB's and pending documents.

| 04-05-2021 - 9:37 AM CDT | **Performer:** Brown, Karla | **Office:**CCTCONT |
|---|---|---|

**File Note:** CCT Pending File Note

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0051

FIRE                         Claim Number: 36-15K5-35N                         RBZ000I5

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Pending | **Sub Category:** |

CCT Handling is complete.

PTW summary is below for CO review.

Summary For Coverage B - Personal Property - 34 Fire, Lightning, &
Removal
Estimate Total $29,457.11
Less Replacement Cost Benefits Available -$5,320.30
Subtotal $24,136.81
Less Deductible -$4,041.00
Less Previous Payment(s) -$19,336.37
Amount Due Customer $759.44

04-05-2021 - 9:35 AM CDT          **Performer:** Brown, Karla          **Office:**CCTCONT
   **File Note:** CCT Pending File Note

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Pending | **Sub Category:** |

Pending

Reassign to CO for review and settlement.

04-05-2021 - 9:34 AM CDT          **Performer:** Brown, Karla          **Office:**CCTCONT
   **File Note:** CCT File Note

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Claim Note | **Sub Category:** |

CA Brown-File Note-Mail

Process rcbs

Reviewed mail for rcbs

processed 2 rcbs for Washer & Dryer

04-02-2021 - 2:03 PM CDT          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Washer/Dryer- RC

| | |
|---|---|
| **Participant:** GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| **Category:** Personal Property | **Sub Category:** |

CCT- Please process RCB's on washer/dryer and please include incurred RC plus delivery charges.   Do not pay as additional file authority
will need to be requested.

03-29-2021 - 12:32 PM CDT          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Follow-up letter to PA & policy request

| | |
|---|---|
| **Participant:** IANS ENTERPRISE LLC, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Contact | **Sub Category:** |

Sent letter to insured advising of the receipt of his PA information.  Requested copy of policy for PA.

03-29-2021 - 9:15 AM CDT          **Performer:** Richwine, Carmen          **Office:**PROX
   **File Note:** Review/MOAR

| | |
|---|---|
| **Participant:** | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) |
| **Category:** Management | **Sub Category:** |

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0052

FIRE                        **Claim Number: 36-15K5-35N**                    RBZ000I5

---

MOAR - Reviewed. The insured has retained Ian's Enterprise (PA). Karla, you can forward the following documents:
- copy of the policy - non-certified - request from Underwriting
- Copy of the SFE and XactContents
- All letters and correspondence to the insured's and from the insured's - including Summary of Loss
- CRDN invoices

If you have any questions on specific documents, let me know.

Recal.

•

03-29-2021 - 9:07 AM CDT          **Performer:** Tillberg, Karla Ka                **Office:**PROX
   **File Note:** Requesting TM review of file- PA
   **Participant:** IANS ENTERPRISE LLC, ALRIKA B        **COL / Line (Participant):**
           COLLINS, GEORGE LARRY COLLINS
           SR
   **Category:** Contact                                **Sub Category:**
Requesting TM review of file.  Insured's appear to have hired PA, Ian Rupert of Ian's Enterpise LLC to reprsent them in the handling of claim.  PA is requesting file documents, please advise on what should be provided to PA.

03-26-2021 - 7:49 AM CDT          **Performer:** Tillberg, Karla Ka                **Office:**PROX
   **File Note:** Coverage B Settlement
   **Participant:** ALRIKA B COLLINS                    **COL / Line (Participant):** 34 / 001(Named Insured(s))
   **Category:** Personal Property, Payments, Contact    **Sub Category:**
Issued payment to insured for contents per authority request. Issued payment via EFT and emailed contents payment letter & copy of XC.

03-24-2021 - 2:05 PM CDT          **Performer:** Tillberg, Karla Ka                **Office:**PROX
   **File Note:** Contact Attempt
   **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named
                                                        Insured(s))
   **Category:** Personal Property, Loss of Use, Contact  **Sub Category:**
Called for Mr. Collins, no answer, left VM asking him to return my call to discuss contents and additional living expenses.

03-23-2021 - 8:55 AM CDT          **Performer:** Tillberg, Karla Ka                **Office:**PROX
   **File Note:** Follow-up with ALE Solutions
   **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,     **COL / Line (Participant):** 69 / 001(Named Insured(s))
           GEORGE LARRY COLLINS SR
   **Category:** Loss of Use, Contact                   **Sub Category:**
Called for ALE Solutions to get a status on housing and to see if the insured has viewed the property.

03-22-2021 - 1:19 PM CDT          **Performer:** Stanley, Heather                  **Office:**PROX
   **File Note:** C
   **Participant:**                                     **COL / Line (Participant):** 69 / 001(Named Insured(s))
   **Category:** Loss of Use                            **Sub Category:**
rec'd email from ALE Solutions "We are still waiting for the insured to view the property option located. Once we have their feedback, we will update you."

03-19-2021 - 7:46 AM CDT          **Performer:** Richwine, Carmen                  **Office:**PROX
   **File Note:** Authority
   **Participant:**                                     **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named
                                                        Insured(s)), 33 / 001(Named Insured(s))
   **Category:** Management                             **Sub Category:**
Submitted authority to SM Arnold.

03-15-2021 - 8:22 AM CDT          **Performer:** Richwine, Carmen                  **Office:**PROX
   **File Note:** MOAR
   **Participant:**                                     **COL / Line (Participant):**
   **Category:** Management                             **Sub Category:**

---

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0053

**FIRE**                     Claim Number: **36-15K5-35N**                              **RBZ000I5**

MOAR - Reviewed. Reviewed current housing with CS Tillberg. We have requested ALE Solutions meet with Mrs. Collins in the evening or weekend to accommodate her work schedule. XC has been reviewed, pending any final revisions and authority. Policyholder has advised he is in the process of obtaining bids.

Karla, when you speak to Mr. Collins again, please confirm the name of the contractors he is obtaining bids from and when he might expect to receive these.

Reserves reviewed and appropriate.

Recal 2 weeks.

03-15-2021 - 8:08 AM CDT          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Follow-up email to Abby/ALE Solutions
   **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,          COL / Line (Participant): 69 / 001(Named Insured(s))
        GEORGE LARRY COLLINS SR
   **Category:** Loss of Use, Contact                    Sub Category:
Follow-up email to Abby regarding rental:

"Abby- Good Morning. I am following up with you on the claim for Mr. & Mrs. Collins. Can you please follow-up with them and try and see if you can arrange a flexible time to show them the current property, such as a Saturday or evening to possibly accommodate Mrs. Collins schedule? We need to move forward with getting them into a more comfortable and longer term living arrangement than the hotel."

03-11-2021 - 1:22 PM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Email from Abby at ALE Solutions
   **Participant:** ALRIKA B COLLINS, GEORGE LARRY          COL / Line (Participant): 69 / 001(Named Insured(s))
        COLLINS SR
   **Category:** Loss of Use                         Sub Category:
Received email from Abby at ALE Solutions advising that the insured would like to cash out vs.. proceeding with the rental. Called for Abby and explained that we don't every do any cash out on rental property, she will follow-up with Mr. Collins.

03-10-2021 - 3:49 PM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Return call from Mr. Collins/ B & C
   **Participant:** GEORGE LARRY COLLINS SR          COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named
                                                                        Insured(s))
   **Category:** Contact                              Sub Category:
Received call from insured, discussed housing search he indicated that they may be able to get into an apartment by May 5th, explained that he needed to move forward immediately with the rental vs. the hotel as several options had been presented and that he should return the call and follow0up with the housing vendor to resolve.

Discussed Coverage B, specifically those items on the inventory that were listed but possibly cleanable such as the floor machines and the mower, explained we would need further evaluation of both of the floor cleaners and the mower, he understood. Explained that we would need a cash out bid for the bags of clothing as they were cleanable and they were only bagged for a cash out cleaning estimate, he understood.

He advised he hasn't received any copies of the electronics billing from CRDN, explained I would send the textile and electronic billing for his review.

Emailed copies of CRDN for Mr. Collins to review. I will move forward with the RR on the contents and the textile and electronics billings.

03-10-2021 - 7:53 AM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
   **File Note:** Follow-up with Mr. Collins
   **Participant:** GEORGE LARRY COLLINS SR          COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named
                                                                        Insured(s))
   **Category:** Contact                              Sub Category:
Called for Mr. Collins, no answer, left VM regarding the status housing, contents questions and if it was ok to move forward with CRDN incurred billings.

03-08-2021 - 9:16 AM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX

Date: 01-26-2022                                                                        Page 33

COLLINS CL 36-15K5-35N 0054

**FIRE**  **Claim Number: 36-15K5-35N**  **RBZ000I5**

---

**File Note:** Email to ALE Solutions
**Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR
COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Loss of Use, Contact
Sub Category:

Email to ALE Solutions requesting a status of housing.

03-03-2021 - 9:50 AM CST    **Performer:** Tillberg, Karla Ka    **Office:**PROX
**File Note:** Contact Attempt/Housing Status
**Participant:** GEORGE LARRY COLLINS SR
COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Contact
Sub Category:

Called for Mr. Collins to obtain a status on the housing search and to see if they went and viewed the new property presented by ALE solutions. No answer, left VM advising of above.

02-25-2021 - 3:18 PM CST    **Performer:** Tillberg, Karla Ka    **Office:**PROX
**File Note:** Follow-up on Coverage B & C
**Participant:** GEORGE LARRY COLLINS SR
COL / Line (Participant): 34 / 001(Named Insured(s))
**Category:** Personal Property, Contact
Sub Category:

Called for Mr. Collins and advised that ALE solutions appears to have found another property, he advised that he is on the road for the next few weeks but his wife will view and touch base with him. Discussed personal property and the pending questions, he advised he received the list of questions and as soon as he has time and is near a computer he will work on it, agreed. Advised him I was just following up to make sure it all went through, he understood.

02-25-2021 - 3:06 PM CST    **Performer:** Tillberg, Karla Ka    **Office:**PROX
**File Note:** New Long Term Housing Option
**Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR
COL / Line (Participant): 69 / 001(Named Insured(s))
**Category:** Loss of Use, Contact
Sub Category:

Received housing option from ALE Solutions:

"We have another possible option for the Collins family and we are waiting for their feedback. I will let you know what they say. Property #5 3 bed, 2 bath Unfurnished Apartment 1,320 square feet Located 31 miles from the damaged residence $63.00/day, $1,890.00/month $200.00 Refundable Security Deposit $150.00 Landlord Application Fee $150.00 Landlord Admin Fee $300.00 Non-Refundable Pet Fee Insured responsible for utilities Available for move-in on or after 2/25 6 month lease to start 60 Day Notice to Vacate Required Rent may increase for month-to-month extensions"

02-22-2021 - 3:33 PM CST    **Performer:** Tillberg, Karla Ka    **Office:**PROX
**File Note:** Contents Follow-up
**Participant:** ALRIKA B COLLINS, GEORGE LARRY COLLINS SR
COL / Line (Participant): 34 / 001(Named Insured(s))
**Category:** Personal Property
Sub Category:

- What is item #34?   _ATV and it has already been denied for coverage.
- #35 would be Coverage A? - Possibly, I have asked for more information in the CC request.
- #41-#44 are Coverage A- Yes and they are marked as such.
- #46 will need to be itemized- This has been requested via CC request.
- #51 and #52 did not exhibit any damage at the time of the inspection. Any damages would need to be verified. We also need to determine what these machines were used for.- Asked for more information via the CC request.
- Item #53 would only have light smoke - can you confirm if SP took this item? Serv Pro advised that PH removed all items from the garage. I have requested additional information on this items via my CC request.
- Item #55 - I believe the mower was moved out and they are not claiming this item? Not claiming the riding mowers.
- #65 and #66 - Coverage A?- Yes and they are marked as such.
- #84 - These bags of clothes were not at the home at the time of the inspection. Are they able to produce photos of these bags of clothes? Obtaining more information. CRDN cleaned the textiles they wished to have cleaned and were supposed to provide a cash out estimate on any clothing that was cleanable that they didn't want to be cleaned.
- Need to confirm the sleigh king bed could not be cleaned. - Cleanable per Serv-Pro and it has been marked as such in the XC.
- #90 and #91 - there was very light soot if any in the office - the desk and file cabinet should have been taken by ServPro.- Cleanable per Serv Pro and both have been marked as such in the XC .

02-19-2021 - 6:27 PM CST    **Performer:** Richwine, Carmen    **Office:**PROX
**File Note:** Review
**Participant:**
COL / Line (Participant): 34 / 001(Named Insured(s))
**Category:** Management
Sub Category:

---

Date: 01-26-2022

Page 34

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0055

FIRE                                      Claim Number: 36-15K5-35N                                      RBZ000I5

Reviewed XC. The attic had a workout room and the items noted in this room are consistent with what was observed at the home. I agree we need additional information on the treadmill for pricing. Here's a few additional item to review:

- What is item #34?
- #35 would be Coverage A?
- #41-#44 are Coverage A
- #46 will need to be itemized
- #51 and #52 did not exhibit any damage at the time of the inspection. Any damages would need to be verified. We also need to determine what these machines were used for.
- Item #53 would only have light smoke - can you confirm if SP took this item?
- Item #55 - I believe the mower was moved out and they are not claiming this item?
- #65 and #66 - Coverage A?
- #84 - These bags of clothes were not at the home at the time of the inspection. Are they able to produce photos of these bags of clothes?
- Need to confirm the sleigh king bed could not be cleaned.
- #90 and #91 - there was very light soot if any in the office - the desk and file cabinet should have been taken by ServPro.

**02-19-2021 - 2:32 PM CST**          **Performer:** Tillberg, Karla Ka                    **Office:PROX**
  **File Note:** Settlement for additional food expenses
  **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 69 / 001(Named Insured(s))
  **Category:** Payments, Loss of Use                   **Sub Category:**
Issued settlement for additional food expenses to date.  issued payment via EFT; emailed copy of details report and of ALE Worksheet.

**02-19-2021 - 1:22 PM CST**          **Performer:** Tillberg, Karla Ka                    **Office:PROX**
  **File Note:** Requesting TM review of initial inventory
  **Participant:** ALRIKA B COLLINS, GEORGE LARRY       **COL / Line (Participant):** 34 / 001(Named Insured(s))
        COLLINS SR
  **Category:** Personal Property                       **Sub Category:**
Requesting TM review of inventory prior to the completion of the request review.  I have reviewed and applied cat/sel and completed price verification on most all items.  I feel we need more information on the treadmill to complete pricing verification.  I also need to confirm with Serv-Pro regarding the king sleigh bed as non-cleanable.  I will also need to follow-up on the bags of "clothing" listed as it was my understanding that most all of the clothing in the home was cleanable and we have received an estimate/billing from CRDN for textiles. Need to confirm 3 65" tv's in the home.   Need to know if the vivint security system is "rented" or owned.   If you have additional items you would like me to follow-up on and/or request documentation on, please advise and I will forward the insured the details via a collaboration request for additional information.

**02-18-2021 - 12:44 PM CST**         **Performer:** Rose, Dalyn                          **Office:PROX**
  **File Note:** RE:Follow-up on Food Expenses
  **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 69 / 001(Named Insured(s))
  **Category:** Loss of Use, Contact                    **Sub Category:**
Updated ALE Worksheet with normally spent expenses for both meals away from home and meals prepared at home. If additional assistance is needed with data entry on receipts, feel free to reach out to me.

**02-18-2021 - 12:32 PM CST**         **Performer:** Tillberg, Karla Ka                    **Office:PROX**
  **File Note:** Follow-up on Food Expenses
  **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 69 / 001(Named Insured(s))
  **Category:** Loss of Use, Contact                    **Sub Category:**
Called for Mr. Collins, he advised he responded that they normally spend 80.00 per week on groceries and then 120.00 a week eating out. CS Rose, can you please add this information to the ALE Worksheet.

Explained I was in the process of reviewing the contents to date and would follow-up with him with any documentation requests, he understood.

Discussed housing and he nor his wife would have additional miles if the housing search is expanded.  They will keep looking as well as ALE solutions and keep me updated accordingly.

**02-17-2021 - 1:09 PM CST**          **Performer:** Stanley, Heather                      **Office:PROX**
  **File Note:** A
  **Participant:**                                      **COL / Line (Participant):** 33 / 001(Named Insured(s))
  **Category:** Estimate                                **Sub Category:**

Date: 01-26-2022                                                                                          Page 35

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0056

FIRE | Claim Number: 36-15K5-35N | RBZ000I5

CCT Assignment

Is this a Specialty Task (Public Adjuster, Attorney, SIU, or Casualty) or an open Cause of Loss assignment (Assign to CCT Sub-Area "LL-Contents" when structure meets definition of a Large Loss)? LL
Date Inventory received and document description: 1-19; 1-25; 1-28
If customer did not utilize Contents Collaboration, indicate why:
Do the inventory items match the scope and documentation by the claim handler during their investigation/inspection?  Yes, but may need documents on some of the newer larger items.
Identify items in the inventory as 'not covered'.    4-wheeler
    Has the denial/partial denial been reviewed with the policyholder?  Yes
Does Actual Cash Value or Replacement Cost settlement apply? RC
Identify the specific special limits which apply to the inventory:  None that I saw in the first 3 submissions.
Identify items to be cleaned/repaired or need diagnostics:  Serv-Pro is on site packing/cleaning & CRDN
Has the Summary of Loss been updated?  Yes
Was the deductible taken and where was it applied?  Please apply the 4041.00 deductible to contents
Amount of contents advance payments made:  Yes, $2000.00
Who is the primary contact on the claim?  Mr. Collins
If needed was the EFT Authorization Form sent and received:  Yes
Additional details/instructions:   Please complete cat/sel on all items; using specific coding vs. generic and please price verify as well.
  Please contact Mr. Collins with any questions on inventory.

| 02-12-2021 - 2:58 PM CST | Performer: Rose, Dalyn | Office:PROX |
| File Note: Food receipts | | |
| Participant: | COL / Line (Participant): 69 / 001(Named Insured(s)) | |
| Category: Claim Note | Sub Category: | |

Completed entry of food receipts into ALE worksheet. Prepared from home receipts have deducted off amounts for items that are not related to meals, and the entry includes the sales tax added on to the subtotal.

| 02-12-2021 - 1:55 PM CST | Performer: Richwine, Carmen | Office:PROX |
| File Note: Authority | | |
| Participant: | COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s)) | |
| Category: Management | Sub Category: | |

Reviewed authority request for Coverage A, B and C per the "review request". The SFE has been reviewed and applicable updates noted in file note of 1/26. SFE is within the base limit. Coverage B advances to date total $2000. ServPro has completed the pack-out of the salvageable contents - invoice is pending. The insured's are residing in a hotel and housing has been located. Coverage C expense have been estimated and itemized on the Summary of Loss.

The deductible will be applied to Coverage B.

File authority extended as outlined - $288,459.80.

Recal 30 days.

| 02-12-2021 - 11:36 AM CST | Performer: Tillberg, Karla Ka | Office:PROX |
| File Note: Follow-up with Abby @ ALE Solutions | | |
| Participant: ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | COL / Line (Participant): 69 / 001(Named Insured(s)) | |
| Category: Loss of Use, Contact | Sub Category: | |

Email to Abby at ALE Solutions authorizing her to present this option to the insured.

| 02-12-2021 - 10:56 AM CST | Performer: Richwine, Carmen | Office:PROX |
| File Note: Housing Review | | |
| Participant: | COL / Line (Participant): 69 / 001(Named Insured(s)) | |
| Category: Management | Sub Category: | |

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0058

| FIRE | Claim Number: 36-15K5-35N | RBZ000I5 |
|---|---|---|

Reviewed housing - Karla, are you referring to the $1000 cleaning fee and the non-refundable pet fee of $500? The rent is $1650 per month and the home is within 11 miles of the residence.

Based on this, I think the fees are reasonable and you can proceed with this housing option.

**02-12-2021 - 10:49 AM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
  **File Note:** Housing option from ALE Solutions
  **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,          **COL / Line (Participant):** 69 / 001(Named Insured(s))
  GEORGE LARRY COLLINS SR
  **Category:** Loss of Use          **Sub Category:**

Received additional housing option from ALE Solutions.  Requesting TM review of option along with corresponding fees as housing company advised they are higher than normal.

**02-12-2021 - 7:43 AM CST**          **Performer:** Richwine, Carmen          **Office:**PROX
  **File Note:** Review
  **Participant:**          **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
  **Category:** Management          **Sub Category:**

Reviewed with SM Arnold. Per file note of 2/2, we will proceed with handling. Karla/Heather, if there are any additional NICB indicators, let's review further.

**02-11-2021 - 2:33 PM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
  **File Note:** Revised CRDN/Sent to Insured
  **Participant:** CRDN OF OKLAHOMA CITY, ALRIKA B          **COL / Line (Participant):** 34 / 001(Named Insured(s))
  COLLINS, GEORGE LARRY COLLINS
  SR
  **Category:** Personal Property          **Sub Category:**

Sent CRDN revised billing to insured for review via email.

**02-11-2021 - 9:34 AM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
  **File Note:** Follow-up/Patrick at CRDN
  **Participant:** ALRIKA B COLLINS, GEORGE LARRY          **COL / Line (Participant):** 34 / 001(Named Insured(s))
  COLLINS SR
  **Category:** Personal Property, Contact          **Sub Category:**

Called for Patrick at CRDN, discussed storage charges and he will revise to show storage thru the end of the month and then if it is longer, we will consider.  Also discussed line item labor and that it should be CDCLABC per xactimate, he advised there system is based on Xactimate pricing, but it is not the exact system.  He doesn't have this option.  It isn't for inventorying, it's for the time on site going thru the clothing and packing it up.
Explained when revised billing is received that I would forward to Mr. & Mrs. Collins for review and then would need management approval to pay, he understood.

**02-10-2021 - 3:25 PM CST**          **Performer:** Richwine, Carmen          **Office:**PROX
  **File Note:** DPR
  **Participant:**          **COL / Line (Participant):** 34 / 001(Named Insured(s))
  **Category:** Management          **Sub Category:**

DPR review - draft #873K - $1000 advance under 34 COL. No duplicate payment exists. Cleared DPR task.

**02-10-2021 - 3:23 PM CST**          **Performer:** Richwine, Carmen          **Office:**PROX
  **File Note:** Review
  **Participant:**          **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
  **Category:** Management          **Sub Category:**

Sent email to TM Register for review of handling.

**02-10-2021 - 11:00 AM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
  **File Note:** Housing Status
  **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,          **COL / Line (Participant):** 69 / 001(Named Insured(s))
  GEORGE LARRY COLLINS SR
  **Category:** Loss of Use, Contact          **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0059

FIRE                                    Claim Number: 36-15K5-35N                                    RBZ000I5

---

Email from ALE Solutions regarding housing search.

"Hi Karla, We are still searching for additional rental options for the Collins family that will take the dog. We will keep at it and will let you know what we find. Have a great day,"

**02-09-2021 - 3:19 PM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Email from Mr. Collins/4- wheeler & lawn mower
    **Participant:** GEORGE LARRY COLLINS SR          **COL / Line (Participant):** 34 / 001(Named Insured(s))
    **Category:** Personal Property, Contact          **Sub Category:**
Email from Mr. Collins regarding the 4-wheeler and lawn mowers.

"I have recovered the 4 wheeler and 2 zero turn mowers!! Someone had picked them up the day after the fire!! I'm sending the 4 wheeler to be serviced as it was in the part of the garage that received the most damage!! Thank you"

**02-09-2021 - 2:12 PM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Follow-up with Insured
    **Participant:** GEORGE LARRY COLLINS SR          **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s))
    **Category:** Personal Property, Loss of Use, Contact          **Sub Category:**
Called for insured, explained we have received the receipts and that I would review as soon as possible.  Explained no coverage for the 4-wheeler, he understood and advised he thinks it can be serviced.  Explained I would forward denial and it would include policy language, he understood. He advised his father in law Clyde Brown came to the home after the fire and removed the 4 wheeler and the 2 zero turn mowers from the premises.

Explained that the housing company is still searching for a property and if they find anything to keep in contact with me, he understood.

**02-09-2021 - 7:22 AM CST**          **Performer:** Stanley, Heather          **Office:**PROX
    **File Note:** A
    **Participant:**          **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Estimate          **Sub Category:**
sent email response to ServPro. They advised the pack out is complete and want to know when they can start mit/tear out.  Advised estimate has been sent up for mgmt review and I'll get back to him as soon as possible.

**02-08-2021 - 2:31 PM CST**          **Performer:** Richwine, Carmen          **Office:**PROX
    **File Note:** MOAR
    **Participant:**          **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
    **Category:** Management          **Sub Category:**
MOAR - cleared 26 day calendar. Inspected loss with CS Stanley on 1/14. Completed a scope of the contents - outlined in file note of 1/18 by CS Stanley. The estimate has been reviewed and noted updates were outlined in the file note of 1/26. An initial contents list has been submitted - during the inspection an ATV was not observed nor was the zero turn mower valued at $3000.

ServPro is handing the pack-out and cleaning.

Pends further review with SIU.

Reserves established - (33) $249,000  (34) - $75,000  (69) $5720

**02-08-2021 - 9:37 AM CST**          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Housing Update/ALE Solutions
    **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR          **COL / Line (Participant):** 69 / 001(Named Insured(s))
    **Category:** Loss of Use, Contact          **Sub Category:**

---

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0060

**FIRE**                    Claim Number: **36-15K5-35N**                    **RBZ000I5**

---

**Housing Update/ALE Solutions:**

"Hi Karla, Abby is out of the office today, but I wanted to update you that the insured decided against that property option #2. He said they will need a dedicated space or additional room for a workout\home gym. We will keep searching on this and let you know what we can find for them."

02-04-2021 - 7:30 AM CST                    **Performer:** Stanley, Heather                    **Office:**PROX

    **File Note:** A
    **Participant:**                                        **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Estimate                               **Sub Category:**

paid Armstrong lab invoice and faxed auth to dispose
*
sent email to TM Richwine requesting review of file.
*
  sent email reply to Briana in agent's office with status of A/B/C.

02-03-2021 - 9:59 AM CST                    **Performer:** Young, Ed                    **Office:**SIUPROX

    **File Note:** Updated SIU Eval tab to resolved.
    **Participant:**                                        **COL / Line (Participant):**
    **Category:** Claim Note                             **Sub Category:**

Updated SIU Eval tab to resolved.

02-03-2021 - 9:44 AM CST                    **Performer:** Young, Ed                    **Office:**SIUPROX

    **File Note:** SIU Investigation Completed. Reas'g claim back to
    **Participant:**                                        **COL / Line (Participant):**
    **Category:** Claim Note                             **Sub Category:**

SIU Investigation Completed. Reas'g claim back to prior handler for settlement.

02-02-2021 - 9:34 PM CST                    **Performer:** Register, Jim                    **Office:**SIUPROX

    **File Note:** SIU OAR
    **Participant:**                                        **COL / Line (Participant):**
    **Category:** Management                             **Sub Category:**

Ed, need to update SIU EVAL tab

02-02-2021 - 9:32 PM CST                    **Performer:** Register, Jim                    **Office:**SIUPROX

    **File Note:** SIU OAR
    **Participant:**                                        **COL / Line (Participant):** 34 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
    **Category:** SIU/MCIU Reports                       **Sub Category:**

FOL:  house fire
O&C = undetermined
Elect Engineer found signs of rodents chewing wires in area of origin

PFM Prelim / Closing on 2-2
Claim Recomm:  IIS resolved

CS:
•   Ok to refer to prior handling CS to conclude on merits
•   No external reporting at this time

02-02-2021 - 4:35 PM CST                    **Performer:** Young, Ed                    **Office:**SIUPROX

    **File Note:** PFM Preliminary/Closing Report (Part 2):
    **Participant:**                                        **COL / Line (Participant):**
    **Category:** SIU/MCIU Reports                       **Sub Category:**

---

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0061

FIRE                                    Claim Number: 36-15K5-35N                            RBZ000I5

**PFM Preliminary/Closing Report (Part 2):**

**Investigation Summary:**

Ran Accurint:
10/12/2017 Bankruptcy. Discharged on 5/11/2018
Liens/Judgments (4):
8/25/17: AECB $10,292
10/19/16: $2585 State OK tax. Released on 4/26//17
7/6/17: Small Clms Judgment Bailey Law PLC
1/30/06: Small Clams Judgment - may be medical
Criminal
Mostly traffic except the following...
2008: possession controlled substance felony
2003: possession controlled substance felony - Dismissed
2000: reckless handling of firearm - dismissed

Ran ISO Report:
1/11/21: this claim
7/2/20: WC claim - left foot
6/1/19: auto mva claim
2/6/19: Fire to home during renovation from fumes and gas heater. Fire determined to be caused by fuel vapors.
2/24/18: Fire in rental home when tenant fell asleep while cooking. Fire related to tenant cooking.
1/8/17: Fire to home. Rvwd by SF SIU due to new policy. Home was being rehabed when fire occurred.
OC ruled fire to be set fire. No suspects. Neighbor adv vagrants were handing around the property. A trash can was also set on fire to keep
people warm. Reports many people in and out of the home and diff to tell who belonged at the home. FD observed a man running from the
home when they arrived. The man was never ID by police or FD. SF settled the loss with the Insd.
4/29/17: Auto MVA. Allstate SIU rvwd.
11/3/17: RE MVA Rvwd by Allstate SIU. Clmt inj'd.
12/23/17: MVA. Rvwd by Allstate SIU.
8/22/16: liability claim with restaurant - discomfort/pain in chest
Other auto mva claims
8/15/2009: liability clm food borne illness
Additional claims HO claims for weather

As noted, this is the Insd fourth fire. Of the past three fires, all were eventually paid.

Sp to he Agent re the findings by the OC and EMI reports. Also discussed the prior fire shown in ISO.

**Investigation Plan:**

No evidence found to suggest the Insd or someone else set this fire. All samples taken by OC came back negative for ignitable liquids. OC
opined all competent ignition sources could not be eliminated and a factual cause not be established. EMI (electrical expert) opined in his
report an electrical short in the attic adj to the electric furnace was the cause of the fire and mostly likely due to mice nesting. Recommend
returning this claim to prior handler for settlement. Claim should considered in full. Do not recommend referring this claim to NICB.

| 02-02-2021 - 4:35 PM CST | **Performer:** Young, Ed | **Office:**SIUPROX |
|---|---|---|
| **File Note:** PFM Preliminary/Closing Report (Part 1): | | |
| **Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s)) | |
| **Category:** SIU/MCIU Reports | **Sub Category:** | |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0062

**FIRE**                          Claim Number: **36-15K5-35N**                          **RBZ000I5**

Ran Accurint:
10/12/2017 Bankruptcy. Discharged on 5/11/2018
Liens/Judgments (4):
8/25/17: AECB $10,292
10/19/16: $2585 State OK tax. Released on 4/26//17
7/6/17: Small Clms Judgment Bailey Law PLC
1/30/06: Small Clams Judgent - may be medical
Criminal
Mostly traffice except the following...
2008: possession controlled substance felony
2003: possession controlled substance felony - Dismissed
2000: recklace handling of firearm - dismissed

02-01-2021 - 5:52 PM CST          Performer: Young, Ed                          Office:SIUPROX
    File Note: Rvwd the EMI Electrical Report.
Participant:                                          COL / Line (Participant): 33 / 001(Named Insured(s))
    Category: Investigation                          Sub Category:
Rvwd the EMI Electrical Report. Report notes the fire started the attic. Examination of the electrical system and furnance found evidence of a electrical shorting of the electric furnance. He found the short to be outside of the furnance and noted the following:

"The elecrical circuit to the furnance shorted and the eclectric circuittry adjacent to the electric furnance clearly revealed the evidence of the fire origin." The attic found to have evidence of mice in the attic. The remains of two dead mice were found adjacent to the electric furnace in the other attic. Expert opines, "therefore... it is believed an electric short in the attic adjacent to the electric furnace was the cause of the fire and was most likely due to mice nesting." No evidence of fault or failure to the furnance was found.

01-29-2021 - 5:05 PM CST          Performer: Young, Ed                          Office:SIUPROX
    File Note: Rvwd reas claim with NICB Indicators.
Participant:                                          COL / Line (Participant):
    Category: Investigation                          Sub Category:

Page 44

Date: 01-26-2022

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0065

FIRE                              Claim Number: 36-15K5-35N                              RBZ000I5

Rvwd reas claim with NICB Indicators.

**NICB Indicators:**
- Building ad/or contents or vehicle/vessel were up for sale at the time of the loss/fire.
- History of prior claims (often of similar type losses).
- Marital and/or financial problems.

SIU SCREENER NOTE:
- *Significant prior history of fires*
- *O and C can not determine if fire is accidental in nature*

**FOL:** House fire. Area of origin was int he attic above the media/game room. No was home when fire started.

Prior handler completed QFC and noted the following:

*History of Prior Fires: 4th fire in 5 years.*
*Financial Problems:  Insured requested housing option that does not require credit check. Agent advises insured tried to claim unemployment against his agency in 2020 even though he has not worked there since 2016.*
*Home for sale:  It appears home was for sale in the spring of 2020 with a pending offer that did not go through.*
*Theft of additonal items: Insured is also claiming theft of scheduled ATV.*
*Insured has riding mower on inventory and this was not seen in the fire debris.*

*Rec'd O&C report "the fire is undetermined after a fire scene examination an examination with an engineer and multiple negative samples a factual cause determination could not be established and all competent ignition sources could not be eliminated."*
*Paid invoice.*

*Returned call to insured, he was wanting to know if we received contents list, advised yes, discussed ATV and he advised that it was stored in the garage under the air unit.  Discussed usage and he advised it was used for hunting and fishing, explained I would review, but more than likely not covered under the policy as it was not used solely to service the insured location, he understood.*

*Some of the items listed on the inventory were stolen, but he advised they were also fire damaged.  Explained I would review list against photos obtained during our inspection, he understood.*

*He will take the food receipts to date to his agent's office.  Explained to keep food separate from any Coverage B replacements, he understood.*

*Agent called. He has concerns about the insured and this claim.*
*Insured was an employee of agent. He left AT&T and came to work for agent.  was building this house at that time (2015/16) and had trouble converting loan from construction to regular due to financials.*
*He had a claim on Farm/ranch policy and reported stolen cattle (CEC Ranch)*
*RDP-fire with SIU involvement and he was not forthcoming with financials or information on purchase of the home that burned.*
*He thinks he has started several businesses in the time since he left agent's office. He is very involved in his church and ministry as well.*
*Mrs. had a good job at the VA that she quit. He is unsure what she is currently employed at.*
*1/29/20, agent got letter from unemployment agency that George was trying to collect unemployment from agent even though he quit in 2016. Agent called the state and they said they weren't paying out because it had been too long since he was employed there.*
*Advised waiting on O&C report and then will update claim with NICB indicators.*

Rvwd the OC report. Fire started in the attic space south of the game room. a heater and numerous electrical circtus are located in the area. Five samples were collected but came back negative for ignitiable liquids. All competent ignition ignition sources could not be eliminated and a factual cause of fire could not be established. Insd told OC he had rodents in the attic in the area of the fire. Rodent killer was also seen by OC in the area where the fire occurred.

Called Insd and adv his claim has been reas'd to me. Adv will send a letter to him re the reas of his claim. He is in ALE housing currently
 with nothing that that needs to be handled at this point.

01-29-2021 - 8:45 AM EST         **Performer:** Kallas, Karen Lee                    **Office:**SIU
       **File Note:** SIU SCREENER NOTE: - Significant prior history of

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0066

FIRE                          Claim Number: 36-15K5-35N                          RBZ000I5

| Participant: | COL / Line (Participant): |
| Category: Claim Note | Sub Category: |

SIU SCREENER NOTE:
- Significant prior history of fires
- O and C can not determine if fire is accidental in nature

01-29-2021 - 7:22 AM CST          **Performer:** Stanley, Heather          **Office:**PROX
    **File Note:** SIU Initial Review

| Participant: | COL / Line (Participant): |
| Category: Investigation | Sub Category: |

History of Prior Fires: 4th fire in 5 years.
Financial Problems:  Insured requested housing option that does not require credit check. Agent advises insured tried to claim unemployment against his agency in 2020 even though he has not worked there since 2016.
Home for sale:  It appears home was for sale in the spring of 2020 with a pending offer that did not go through.
Theft of additonal items: Insured is also claiming theft of scheduled ATV.
 Insured has riding mower on inventory and this was not seen in the fire debris.

01-29-2021 - 7:11 AM CST          **Performer:** Stanley, Heather          **Office:**PROX
    **File Note:** O&C

| Participant: | COL / Line (Participant): |
| Category: Investigation | Sub Category: |

Rec'd O&C report "the fire is undetermined after a fire scene examination an examination with an engineer and multiple negative samples a factual cause determination could not be established and all competent ignition sources could not be eliminated."
Paid invoice.
 Updated SIU review with NICB indicators.

01-28-2021 - 8:43 AM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Housing Option/Additional search requested

| **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
| Category: Loss of Use, Contact | Sub Category: |

Received housing option from ALE solutions that did not appear to be in line with the current rental market in this area, asked them to continue their search for housing.

01-27-2021 - 10:35 AM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Housing Status from ALE Solutions

| **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 69 / 001(Named Insured(s)) |
| Category: Loss of Use, Contact | Sub Category: |

Housing Status from ALE Solutions:

"Hi Karla, We are still working on the search for options for the Collins family that will take their dog. We will keep at it and we will let you know what we find."

01-26-2021 - 4:14 PM CST          **Performer:** Tillberg, Karla Ka          **Office:**PROX
    **File Note:** Follow-up with insured

| **Participant:** ALRIKA B COLLINS, GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)) |
| Category: Personal Property, Contact | Sub Category: |

Returned call to insured, he was wanting to know if we received contents list, advised yes, discussed ATV and he advised that it was stored in the garage under the air unit.  Discussed usage and he advised it was used for hunting and fishing, explained I would review, but more than likely not covered under the policy as it was not used solely to service the insured location, he understood.

Some of the items listed on the inventory were stolen, but he advised they were also fire damaged.  Explained I would review list against photos obtained during our inspection, he understood.

He will take the food receipts to date to his agent's office.  Explained to keep food separate from any Coverage B replacements, he understood.

COLLINS CL 36-15K5-35N 0067

| FIRE | Claim Number: 36-15K5-35N | RBZ000I5 |
|------|---------------------------|----------|

---

01-26-2021 - 7:39 AM CST    **Performer:** Stanley, Heather    **Office:**PROX

**File Note:** A

**Participant:**    **COL / Line (Participant):** 33 / 001(Named Insured(s))

**Category:** Estimate    **Sub Category:**

TM estimate observations:
- Sketch - (upstairs) - add door openings to sketch. **added**
- Review the orientation of the joists and update. **done**
- Roof - confirming you are only replacing the framing on roof #2 - you also note 1/2 of roof #1, but per the sketch, it appears only the extension into roof #1 is being replaced  **The framing from Roof 1 was manually calculated by framing in sketch, changing to half the quantities when manually entering the line items and then turning it off in sketch.**
- Kitchen - do we need to detach/install the faucet and disposal? **added**
- Safe Room - Based on the scope, is DMO room more appropriate - we are salvaging the door and hardware. If not, should the base be R/R? **R/R seemed more appropriate with no windows or doors to demo. changed base to R/R.**
- Master and master bath - should shelving #279 be R/R? **organized closet shelving does not have an r/r option. I felt the removal of drywall should be enough labor for this as well.**  Is DMO room more appropriate given what you are salvaging? **same answer as above.**
- Upstairs - Bedroom #2 and #3 - Is DMO room more appropriate given the scope - salvaging doors and windows. **same answer as above**
- Bedroom #3 - Should #546 and #549 be R/R. DMO room more appropriate? **changed 549 to R/R**
- Roof - #697 - F9 note - If we didn't have eagleview, the note should reference that auto-calculate was used to arrive at the waste factor. **I had adjusted assisted EV for the quantities but had to free-sketch it into xactimate.**

**Applied depr: 5 years on all.**
*
**Pends O&C and SIU referral.**

01-26-2021 - 7:25 AM CST    **Performer:** Stanley, Heather    **Office:**PROX

**File Note:** O&C

**Participant:** ARMSTRONG FORENSIC LABORATORY, INC    **COL / Line (Participant):**

**Category:** Investigation    **Sub Category:**

rec'd lab results from Armstrong for 1/15 samples. Negative for ignitable liquids. Paid invoice but did not send auth to dispose yet. Pends addtl samples take at joint inspection.

01-25-2021 - 2:02 PM CST    **Performer:** Richwine, Carmen    **Office:**PROX

**File Note:** Review

**Participant:**    **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))

**Category:** Management    **Sub Category:**

Reviewed scope of damage with CS Stanley and inspected on site. The upstairs bedroom share the wall in the area of origin of the fire. There was heavy soot visible in the outlets - these rooms are being gutted, including bedroom #3. There was visible soot in the soffit of the dining and office. There were also several access holes by the fire department in the dining room. Drywall is being removed due to the soot in the soffit and ceilings. The kitchen was directly below the area of origin and there was heavy soot and water.

Estimate is written as "restoration/remodel" based on the scope of damage.

Heather, I had the following observations:
- Sketch - (upstairs) - add door openings to sketch
- Review the orientation of the joists and update
- Roof - confirming you are only replacing the framing on roof #2 - you also note 1/2 of roof #1, but per the sketch, it appears only the extension into roof #1 is being replaced?
- Kitchen - do we need to detach/install the faucet and disposal?
- Safe Room - Based on the scope, is DMO room more appropriate - we are salvaging the door and hardware. If not, should the base be R/R?
- Master and master bath - should shelving #279 be R/R? Is DMO room more appropriate given what you are salvaging?
- Upstairs - Bedroom #2 and #3 - Is DMO room more appropriate given the scope - salvaging doors and windows.
- Bedroom #3 - Should #546 and #549 be R/R. DMO room more appropriate?
- Roof - #697 - F9 note - If we didn't have eagleview, the note should reference that auto-calculate was used to arrive at the waste factor.
No labor minimums applied.

01-25-2021 - 1:05 PM CST    **Performer:** Stanley, Heather    **Office:**PROX

**File Note:** A

**Participant:**    **COL / Line (Participant):** 33 / 001(Named Insured(s))

---

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0068

FIRE                          Claim Number: 36-15K5-35N                          RBZ000I5

**Category:** Estimate                                    **Sub Category:**

reviewed scope with TM Richwine.
upper bedrooms have DRY remove walls and ceilings due to heavy soot visible in outlets, above Bedroom 1 closet and soot mapping on Bedroom 3 bath vanity. Bedrooms 1&2 share wall with room of origin.  Drywall replacement WC in dining/office/powder due to soot visible in soffit of dining and front porch (walls will need to be sealed for odor). DRY WC in living and kitchen due to heavy soot visible in attic access off media. framing will need to be sealed.

01-25-2021 - 8:02 AM CST           **Performer:** Stanley, Heather                     **Office:**PROX
       **File Note:** A
       **Participant:**                              **COL / Line (Participant):** 33 / 001(Named Insured(s))
       **Category:** Estimate                                **Sub Category:**
Completed Structure estimate:
Scope: remove and replace roof 2 and 1/2 of roof 1 and all reflective decking and shingles. reframe media/exercise walls and garage ceiling joists. Replace drywall throughout and det/reset fixtures/cabinets were possible. Clean floor tile.
Labor Efficiency: Restoration/Remodel
Depreciation: will apply after estimate review
Labor minimums: none needed.
O&P added as reasonably likely it will be needed.
ITEL: FCC/PAD
Temp Electric: only 3 months should be needed before electric repairs are complete.
High Grade/Other notes:
I have the LL Macro saved on my system with changes that follow common construction in our area.
I was unable to locate the last 3 LF of drilled bottom plate on upstairs sketch to delete it from the estimate.
Final Clean: Allowed post construction clean.
Uploaded for TM Review
 Pends O&C and SIU Review

01-22-2021 - 9:35 AM CST           **Performer:** Stanley, Heather                     **Office:**PROX
       **File Note:** O&C
       **Participant:**                              **COL / Line (Participant):**
       **Category:** Investigation                              **Sub Category:**
Called O&C Mark. He advised EE Hallman eliminated the furnace in the area of origin.  They found several mouse traps in the attic.  They collected another sample from the area.  Scene/area of origin is still being held.
*
returned call to ServPro- 832-876-1037- John advised they can't get into the garage or on the 2nd floor because of the fire damage to garage ceiling and wonders if can get engineer to assess so they can shore it up. Advised no salvageable contents in those areas and need to reframe anyway so it does not appear engineer is warranted at this time. He will set up containment at entry from kitchen to laundry hall and they will stay out of those areas. Advised I will let him know once scene has been released so they can put a tarp over the area of origin if they would like. He is not sure one is needed since all will be torn out.
He thinks they will be doing the rebuild. Advised I will share my estimate with them if insured gives permission and briefly discussed scope of repairs.

01-22-2021 - 9:02 AM CST           **Performer:** Stanley, Heather                     **Office:**PROX
       **File Note:** A
       **Participant:**                              **COL / Line (Participant):** 33 / 001(Named Insured(s))
       **Category:** Estimate                                **Sub Category:**
Recieved email from agent:
"Vanessa Ellison is the person who I couldn't remember the last name of.  She had two claims on the farm/ranch policy under her name.

36-50s9-562
36-00f4-80j


I'm pretty sure she was the owner of an LLC that George purchased one of the rent houses from, which eventually caught fire."

01-22-2021 - 8:54 AM CST           **Performer:** Stanley, Heather                     **Office:**PROX
       **File Note:** Investigation
       **Participant:**                              **COL / Line (Participant):**

Date: 01-26-2022                                                                                    Page 48

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0069

**FIRE**                                  Claim Number: 36-15K5-35N                            **RBZ000I5**

**Category:** Investigation                                          **Sub Category:**

Agent called. He has concerns about the insured and this claim.

Insured was an employee of agent. He left AT&T and came to work for agent.  was building this house at that time (2015/16) and had trouble converting loan from construction to regular due to financials.

He had a claim on Farm/ranch policy and reported stolen cattle (CEC Ranch)

RDP-fire with SIU involvement and he was not forthcoming with financials or information on purchase of the home that burned.

He thinks he has started several businesses in the time since he left agent's office. He is very involved in his church and ministry as well.

Mrs. had a good job at the VA that she quit. He is unsure what she is currently employed at.

1/29/20, agent got letter from unemployment agency that George was trying to collect unemployment from agent even though he quit in 2016. Agent called the state and they said they weren't paying out because it had been too long since he was employed there.

 Advised waiting on O&C report and then will update claim with NICB indicators.

01-20-2021 - 2:39 PM CST              **Performer:** Tillberg, Karla Ka                        **Office:**PROX

  **File Note:** Initial inventory from insured

  **Participant:** ALRIKA B COLLINS, GEORGE LARRY         **COL / Line (Participant):** 34 / 001(Named Insured(s))
             COLLINS SR

  **Category:** Personal Property                                    **Sub Category:**

Received initial inventory from insured, will need to follow-up with insured on list to determine damage and used of ATV listed on inventory. Also will need to confirm fire damage vs. theft.


  Investigation of claim is not completed.

01-19-2021 - 10:02 AM CST             **Performer:** Tillberg, Karla Ka                        **Office:**PROX

  **File Note:** Follow-up with insured

  **Participant:**                                          **COL / Line (Participant):**

  **Category:** Personal Property, Loss of Use, Contact           **Sub Category:**

Received call from Serv-Pro and they advised that someone broke in and stole items from the residence.  They will start packing out on the approved areas.   Explained I would follow-up with insured.


Called for Mr. Collins, explained that for the items that were not fire damaged and stolen, a separate theft claim would need to be filed, he understood.  He did call the police and reported the theft.


Discussed ALE and they are in the hotel, explained housing search, he understood.


Discussed advance and i realized I issued the one yesterday as a paper draft vs. an electric payment.  Issued another $1,000.00 advance.

01-18-2021 - 2:09 PM CST              **Performer:** Tillberg, Karla Ka                        **Office:**PROX

  **File Note:** Coverage C

  **Participant:** ALE SOLUTIONS, ALRIKA B COLLINS,       **COL / Line (Participant):** 69 / 001(Named Insured(s))
             GEORGE LARRY COLLINS SR

  **Category:** Loss of Use, Contact                                **Sub Category:**

Email to ALE Solutions to start Long Term Housing Search.

01-18-2021 - 12:36 PM CST             **Performer:** Tillberg, Karla Ka                        **Office:**PROX

  **File Note:** Call from ALE Solutions

  **Participant:** ALE SOLUTIONS                           **COL / Line (Participant):** 69 / 001(Named Insured(s))

  **Category:** Loss of Use, Contact                                **Sub Category:**

Call from ALE Solutions, authorized a second room for the adult son.

01-18-2021 - 7:45 AM CST              **Performer:** Tillberg, Karla Ka                        **Office:**PROX

  **File Note:** EFT Authorization-Advance

  **Participant:** ALRIKA B COLLINS, GEORGE LARRY          **COL / Line (Participant):** 34 / 001(Named Insured(s))
             COLLINS SR

  **Category:** Personal Property, Contact                          **Sub Category:**

Received EFT Authorization, added Alert to file.  Issued a $1,000 advance via EFT per our prior conversation.

01-18-2021 - 7:07 AM CST              **Performer:** Stanley, Heather                          **Office:**PROX

  **File Note:** B

  **Participant:**                                          **COL / Line (Participant):** 34 / 001(Named Insured(s))

Date: 01-26-2022                                                                                    Page 49

COLLINS CL 36-15K5-35N 0070

FIRE                        **Claim Number: 36-15K5-35N**                    RBZ000I5

| | |
|---|---|
| **File Note:** Contact B & C | |
| **Participant:** GEORGE LARRY COLLINS SR | **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)) |
| **Category:** Personal Property, Loss of Use, Contact | **Sub Category:** |

Called for insured, discussed living arrangements and they would like a hotel to start and then we can discuss longer term housing.    Set up hotel thru ALE Solutions.  They will contact insured and set up suite for 2 adults and one adult child and dog (breed-Bullies).    Explained for insured to keep at food receipts.  Explained advance and called agent's office and they will follow-up with insured, approved only a $1,000.00 advance for food expenses and other emergency items.   Approved 2 weeks with ALE Solutions for the hotel.

Explained Convents and insured chose contents collaboration, sent letter and link to insured to start listing non cleanable personal property. Explained Serv-Pro will assist with determining which items will be cleanable vs. which items will require replacement.  Explained textiles cleaning vs.. cash out for those items that are cleanable but that the insured doesn't want cleaned.  Explained if cleanable we can only pay to clean, not replace, he understood.

Explained EFT and verified account and sent letter and authorization to insured.

| | | |
|---|---|---|
| 01-15-2021 - 11:51 AM CST | **Performer:** Tillberg, Karla Ka | **Office:**PROX |
| **File Note:** Returned call to John @ Serv-Pro | | |
| **Participant:** SERVPRO | **COL / Line (Participant):** 34 / 001(Named Insured(s)) | |
| **Category:** Contact | **Sub Category:** | |

Returned call to John @ Serv-Pro 832-876-1037, they will be doing the mitigation and contents removal and cleaning, CRDN will be doing the textile cleaning.  Advised that scene has not been cleared, but I would obtain additional information as to what he could and could not do and or remove.  Advised I would get back with him later today.

| | | |
|---|---|---|
| 01-15-2021 - 12:06 PM EST | **Performer:** Kallas, Karen Lee | **Office:**SIU |
| **File Note:** SIU SCREENER NOTE: - Please resubmit to SIU once O | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Claim Note | **Sub Category:** | |

SIU SCREENER NOTE:
 - Please resubmit to SIU once O and C has completed their investigation

| | | |
|---|---|---|
| 01-14-2021 - 2:20 PM CST | **Performer:** Stanley, Heather | **Office:**PROX |
| **File Note:** A | | |
| **Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s)) | |
| **Category:** Estimate | **Sub Category:** | |

Date: 01-26-2022                                                                    Page 51

COLLINS CL 36-15K5-35N 0072

FIRE                                    Claim Number: 36-15K5-35N                                    RBZ000I5

INSPECTION: I inspected the loss today and took the photos and uploaded them. TM Richwine was present
*************************************************

DESCRIPTION OF PROPERTY: The insured property is a 2 story single family dwelling built in 2016. The home is a framed dwelling built on a concrete slab. The exterior of the home is covered with brick and rock veneer and wood composite siding. The home was built with 2x4 studs on 16" centers. The roof framing consists of reflective sheathing over 2x6 rafters (24" oc). The gable roof surface has RFG 300 with shingle mold on what appeared to be a 12/12 pitch. There were double pane, single hung vinyl windows and no storm windows. Roof overhangs varied from 8" to 12" and have wood soffits and fascia. There was 4" guttering. There are 2 55 gal electric water heaters. Regarding climate control, there was ductwork in the home's ceilings, 3 outside condensers and electric furnaces in the attic.
*************************************************

INTERIOR DESCRIPTION: The Main level interior consists of a formal dining, office, living, dining/kitchen/pantry, 1 full bathroom, 1 powder bathroom,  master bedroom with safe room and large closet, laundry hall and laundry room, 2 staircases and 3 car garage. There are two upstairs areas. Over the garage is an exercise room, media room and powder bath.  Above the office/dining/kitchen are 3 bedrooms and 2 full baths.
*************************************************

FEATURES OF THE HOME: Flooring includes carpet and pad flooring in bedrooms, exercise and media room and ceramic tile in all other areas. Each room featured painted drywall walls and  ceilings. There was no crown. The painted baseboards were 2 1/4". The insulation in the attic was blown in and the exterior walls was batt. The light and plumbing fixtures were average to high quality. The kitchen included cabinets with pulls. The cabinets were melamine with full extension drawers and the upper cabs were 42". There was a double sink with granite countertops, an electric smooth cook top, a large vent hood, a dishwasher and a wall oven and a disposer.
*************************************************

DWELLING EXTENSIONS: None
*************************************************

TREES/SHRUBS: no damage
*************************************************

DAMAGES: The framing damage is to the roof over the media/exercise area, ceiling joists of the garage and walls of the media/exercise/ powder bath as well as back staircase. All the roof decking will need to be replaced due to soot on reflective sheathing can't be sealed.  It appears the brick can be cleaned but stone on front will need replaced due to reframing of that gable end. The interior will be gutted to the studs. Most windows/cabs/fixtures are cleanable on the first floor as well as bedrooms/baths upstairs. The slab appears undamaged. The estimate will be written utilizing the Restoration/Remodel Labor Efficiency.
*************************************************

DISCUSSION W/PH: Advised CS Tillberg would be assigned to B/C and would follow up with him regarding cleaning companies for textiles and contents. They will continue to leave upstairs media/exercise undisturbed and Mrs. will unlock home next thursday morning for O&C. Advised of scope and apprx 2 weeks for estimate completion. SFPSP not offered as O&C has not released scene at this time. I will write estimate and we can reevaluate if insured wants assistance with finding a contractor.
*************************************************

TIME NECESSARY TO COMPLETE REPAIRS: The time required to complete the repair to the home is estimated at 6-8 months from the date of settlement depending on contractor availability. This estimated time frame will be confirmed with our policyholders' contractor of choice.
*************************************************

 AGES: Home was built 2016 by Floyd Williams. They have not had to change or add anything since then.

01-14-2021 - 2:03 PM CST          Performer: Stanley, Heather          Office:PROX
   File Note: O&C
   Participant:                                          COL / Line (Participant):
   Category: Investigation                                         Sub Category:
O&C Milstead called and advised he has sent samples to the lab and would like ok to use EE to inspect HVC and ELE.  TM Richwine gave OK. Milstead advised he and Dave Hallman can come back next Thursday at 9:30am. Advised I would ask insured to give them access
*

01-14-2021 - 1:55 PM CST          Performer: Richwine, Carmen          Office:PROX
   File Note: Review
   Participant:                                          COL / Line (Participant): 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
   Category: Management                                          Sub Category:

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0073

FIRE                          Claim Number: 36-15K5-35N                          RBZ000I5

Updated SIU indicators - History of prior claims (often of similar type losses).

Reassigned claim ownership to CS Tillberg.


01-13-2021 - 9:07 AM CST              **Performer:** Grover, Michael              **Office:** PROX
    **File Note:** Reviewed AMR claim history. PH has suffered three
  **Participant:**                              **COL / Line (Participant):**
    **Category:** Claim Note                              **Sub Category:**
Reviewed AMR claim history. PH has suffered three fire losses at other properties.

RDP at 1308 Monta Ave in Muskogee
  3605848P2  DOL 1/8/17 - total loss, paid $103k under covg A

RDP at 564 N 8th St in Muskogee
  3600Z488N  DOL 2/24/18 - kitchen fire, paid $26k under covg A
  3601S717W  DOL 2/6/19 - fire to vacant home under renovation, paid $79k under covg A

01-13-2021 - 8:55 AM CST              **Performer:** Grover, Michael              **Office:** PROX
    **File Note:** I recd call from John @ SP of Muskogee 832-876-103
  **Participant:**                              **COL / Line (Participant):**
    **Category:** Claim Note                              **Sub Category:**
I recd call from John @ SP of Muskogee 832-876-1037. Mr PH called them and asked them to address board-up and mitigation. I advised
necessary board-up is ok but not to begin any mitigation and to leave interior undisturbed pending O&C investigation and CS Stanley's
inspection. He u/s, they will do board-up today but leave the rest. He will contact CS Stanley after she does her investigation to review scope.

01-12-2021 - 3:37 PM CST              **Performer:** Stanley, Heather              **Office:** PROX
    **File Note:** A
  **Participant:**                              **COL / Line (Participant):** 33 / 001(Named Insured(s))
    **Category:** Estimate                              **Sub Category:**
phoned insured- He will have home unlocked for me Thursday at 9am. He understands due to Covid 19, unable to meet with him but will call
him after to discuss.

01-12-2021 - 2:27 PM CST              **Performer:** Grover, Michael              **Office:** PROX
    **File Note:** I used O&C selector tool and called Mark Milstead
  **Participant:**                              **COL / Line (Participant):**
    **Category:** Investigation                              **Sub Category:**
I used O&C selector tool and called Mark Milstead with Integrity Fire Investigations. They accepted assignment and will contact insured to
inspect this week. Sent assignment letter via email and drop filed copy.

01-12-2021 - 2:26 PM CST              **Performer:** Grover, Michael              **Office:** PROX
    **File Note:** Fire Property QFC (Non-Water)  I called Mr PH and
  **Participant:** GEORGE LARRY COLLINS SR              **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))
    **Category:** Quality First Contact                              **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0074

FIRE                          Claim Number: 36-15K5-35N                              RBZ000I5

Fire Property QFC (Non-Water)
  I called Mr PH and completed QFC

Prior loss history review:
  One prior unrelated weather loss in 2016

Contact (who):
  Mr Collins 918-310-8084

FOL as provided by contact:
  Yesterday evening, no one was home at the time the fire started. Mrs PH arrived home about 6:30 p.m. and saw some smoke in the house but wasn't sure where it was coming from. She called Mr PH who came home, he started looking around, didn't see any fire anywhere initially, just smoke, then went upstairs and discovered fire in the theater room. They then all got out and called 911. Fire dept arrived about 10-15 minutes later, Porter Volunteer FD. Fire dmg in upstairs rooms (theater room, exercise room) and in attic and to roof structure. Smoke and water throughout rest of the home.
  Residents are Mr and Mrs Ni and their 18-yr-old son. They stayed last night at their daughter's apartment in Muskogee. Mr PH is a truck driver and he is on the road today down to Texas but will be taking time off to deal with the fire. Mrs PH and their son are still at their daughter's. They may check into a hotel for temporary housing. Mr PH said they might look into getting a 5th wheel travel trailer to park at the property to stay in during repairs.
  I explained O&C will be hired to investigate and not to disturb the area. I expld CS Stanley will also contact to schedule inspection.

Origin of Loss and how confirmed:  TBD
  If product/part  is involved, age, make/model/serial number/retain all products/parts:

Cause of Loss and how confirmed:  TBD
  Any recent repairs/service to the item?
Coverage Analysis:

Rooms/materials affected:  entire house, see FOL

Contents:  pending inspection

Loss of use:  yes, home is uninhabitable

Contractor of Choice:  TBD

Mortgagee (Dollar One Y/N):  PNC Bank is not on the $1 list

Subrogation (Y/N and why or why not):  pending O&C
  If yes, was process explained

Subrogation opened in ECS (Y/N):  not yet
  Evidence secured/collected, and location:

  Property damage and/or injury to others:  n/a

| 01-12-2021 - 10:50 AM CST | **Performer:** Richwine, Carmen | **Office:**PROX |
|---|---|---|
| **File Note:** Origin/Cause | | |
| **Participant:** | **COL / Line (Participant):** 33 / 001(Named Insured(s)) | |
| **Category:** Management | **Sub Category:** | |

Origin/cause expert approved.

**File History - File Note System Generated**

| 12-31-2021 - 7:06 AM CST | **Performer:** System - Claim File | **Office:** CORPSYS |
|---|---|---|
| **System Generated File Note:** TEXT-CLAIM_FIRE_PAYMENT_MADE | | |
| **Participant:** GEORGE L COLLINS SR | **COL / Line (Participant):** GEORGE L COLLINS SR | |
| **Category:** Correspondence | | |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

COLLINS CL 36-15K5-35N 0075



*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

February 17, 2021

George Larry Collins Sr
1615 Pickens St
Muskogee OK  74401-4134

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:   Claim Number:      36-15K5-35N
      Date of Loss:      January 11, 2021
      Our Insured:       George Larry Collins Sr
      Policy Number:     36B3L9719

Dear George Larry Collins Sr:

This letter will serve as a recap and current pendings to the above-referenced claim.
Information listed below is sorted by coverage to facilitate the claim.

COVERAGE A – DWELLING

The estimate to remove the fire damage and repair/rebuild your home totals $249,269.80.  The
Actual Cash Value settlement is $217,170.90.  The estimate outlines the Actual Cash Value
settlement and available benefits for the structure.  If you obtain an estimate that exceeds the
estimate provided, please contact me prior to beginning or authorizing repairs.

One of the most beneficial provisions of your insurance policy is Replacement Cost Coverage.
This coverage provides for payment of the actual, necessary cost of making repairs to your
home without any deduction for depreciation.  However, your policy requires that repairs be
completed before replacement benefits may be claimed.

We have paid your claim based on the cost of repairs with a deduction for depreciation.  After
repairs are completed, you are entitled to make a supplemental claim for an additional
$32,098.90 or the actual cost to repair, whichever is less.  Based on the Loss Settlement
Provisions of your Homeowners Policy, to receive any additional payments on a replacement
cost basis, you must complete the actual repair or replacement of the damaged part of the
property within two years after the date of loss, and notify us within 30 days after the work has
been completed.

Without waiving the above requirements, we will consider paying replacement cost benefits prior
to actual repair or replacement if we determine repair or replacement costs will be incurred
because repairs are substantially under way or you present a signed contract acceptable to us.

The claim payment included your mortgage company as a payee.  By the terms of your policy,
any loss payable under Coverage A shall be made to the mortgagee and you.  Since each

COLLINS CL 36-15K5-35N 0799

36-15K5-35N
Page 2
February 17, 2021

mortgage company has different procedures for endorsing such payment, we suggest you contact the office to which you make your house payment and ask them what they require. The check mail time from Atlanta is usually two weeks.

If you need assistance with structure, please call me at 918-935-5450.

COVERAGE B - PERSONAL PROPERTY

$2,000.00 has been issued under this coverage of your policy and we have sent you the Contents Collaboration link to list your non-cleanable personal property. Your $4,041 deductible will be applied to this coverage.

If you need assistance with contents, please call Claim Specialist Karla Tillberg at 785-826-7686.

COVERAGE C – LOSS OF USE

This portion of the policy provides coverage to maintain your standard of living when a loss insured causes the residence premises to become uninhabitable. You are currently searching for temporary housing options. We have estimated the period of restoration to be August 31, 2021. If you have any information to suggest the period of restoration would be longer, please notify us as soon as possible so that we may consider that additional information. Absent any additional information we will assume repair of covered damage will be complete within that time.

If the completion of the repairs is delayed due to additional work outside the scope of the estimated repairs, or due to delays on your contractor's part, any additional loss of income expenses you incur beyond August 31, 2021 may be you or your contractor's responsibility.

Please note that coverage is limited to the shortest of the three options contained in the Additional Living Expense policy provision below.

SECTION I – COVERAGES

COVERAGE C - LOSS OF USE

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the Declarations for Coverage C – Loss of Use.

1. Additional Living Expense. When a loss insured causes the residence premises to become uninhabitable, we will pay the reasonable and necessary increase in cost incurred by an insured to maintain their normal standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for your household to settle elsewhere; or

c. 24 months.

36-15K5-35N
Page 3
February 17, 2021

This period of time is not limited by the expiration of this policy.

We will not pay more than the limit of liability shown in the Declarations for Coverage C – Loss of Use. Any normal expenses that are reduced or discontinued due to a loss insured will be subtracted from any amount owed.

Should you have any other additional living expenses to claim, submit the information with corresponding documentation.

If you have any questions or need additional assistance with living expense, please call Claim Specialist Karla Tillberg at 785-826-7686.

Sincerely,

Heather Stanley
Claim Specialist
(844) 458-4300 Ext. 3099944173
Fax: (844) 236-3646

State Farm Fire and Casualty Company



Providing Insurance and Financial Services
Home Office, Bloomington, IL

February 19, 2021

George Larry Collins Sr.
Alrika B Collins
1615 Pickens St
Muskogee OK 74401-4134

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:   Our Claim Number:   36-15K5-35N
       Policy Number:       36B3L9719
       Date of Loss:        January 11, 2021

Dear Mr. & Mrs. Collins:

Thank you for the opportunity to review your claim. Our payment in the amount of $389.99 in settlement of your Loss of Use claim has been sent to you electronically.

The attached document outlines the basis for this payment.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 3099944165.

36-15K5-35N
Page 2
February 19, 2021

Sincerely,

Karla Tillberg
Claim Specialist
(844) 458-4300 Ext. 3099944165
Fax: (844) 236-3646
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 3099944165 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):

Additional Living Expense Worksheet

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.



*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

March 26, 2021

George Larry Collins Sr
Alrika B Collins
1615 Pickens St
Muskogee OK 74401-4134

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Claim Number:     36-15K5-35N
     Policy Number:    36B3L9719
     Date of Loss:     January 11, 2021

Dear Mr. & Mrs. Collins:

Thank you for the opportunity to review your claim. Our payment in the amount of $17,336.37 in settlement of your Personal Property claim has been sent to you electronically.

Please refer to the attached Contents Payment Worksheet which outlines the basis for this payment. As discussed, this payment represents the actual cash value of your lost or damaged personal property.

Your policy provides replacement cost for personal property items, however, actual cash value will be paid until items are actually replaced. Since you have replacement cost coverage for your personal property, you are eligible to receive an additional amount for items you actually replace. You may collect only if you actually replace the item(s) and the cost to replace is more than the actual cash value settlement already paid to you. The total payment for any item will not exceed the amount shown in the enclosed Contents Payment worksheet.

The total of all payments for the item shall not exceed the smaller of the following:
1. Our cost to replace the personal property item at the time of loss,
2. The full cost of repair,
3. Any Special limit of liability described in the policy,
4. Any applicable Coverage B limit of liability

Based on the Loss Settlement Provisions of your policy, if property is not repaired or replaced within two years after the date of loss, we will pay only the cost to repair or replace less depreciation. The Contents Payment worksheet sent with your payment provides additional details.

In order to properly evaluate your benefit under the replacement cost provision, please forward replacement receipts for those items which have been replaced. Be sure to write the item number on each receipt that corresponds to the item listed on the inventory form.

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



April 8, 2021

Ians Enterprise LLC
C/O Ian Rupert
9450 SW Gemini Dr # 39525
Beaverton OR 97008-7105

State Farm Claims
PO Box 106169
Atlanta GA 30348-6169

RE:    Claim Number:     36-15K5-35N
        Date of Loss:      January 11, 2021
        Our Insured:       George Larry Collins Sr
        Policy Number:    36B3L9719

Dear Mr. Rupert:

Thank you for the notice received on March 29th, 2021 that you have been retained by Mr. & Mrs. Collins.

Pursuant to your request, I have included the following documents:

Coverage A/Building: Copy of the damage estimate prepared by State Farm. Please provide State Farm with the name of the contractor that Mr. & Mrs. Collins are working with to repair their home and present us any applicable estimates that need review.

Coverage B/Personal Property: The settlement copy of the contents settlement to date, the copy of the CRDN billing for the textile cleaning and electronics cleaning. The actual cash value contents settlement for Mr. & Mrs. Collins has been paid. The CRDN billings are pending as Mr. & Mrs. Collins have not had the opportunity to inspect and or view any of their items. We have received replacement receipts for the new washer and dryer and are currently working on processing those applicable replacement cost benefits. Can you confirm if the address they are being delivered to is the new temporary rental?

Coverage C/Additional Living Expenses: A copy of the ALE Worksheet showing the additional food expenses to date.

Per my last conversation, Mr. & Mrs. Collins are currently staying in a hotel which is being direct billed to State Farm. Our housing vendor ALE Solutions has presented them will several long term options, but none have been selected. We have conveyed to your clients the need for long term housing and have advised we would review any options found by them. Please provide State Farm a status of their plans by no later than April 16, 2021 so we can review whether the hotel accommodations will be extended beyond this time frame.

Also, included per your request is a copy of the declarations page and policy.

36-15K5-35N
Page 2
April 8, 2021


We look forward to working with you. If you have any questions, please contact me.


Sincerely,



Karla Tillberg
Claim Specialist
(844) 458-4300 Ext. 3099944165
Fax: (844) 236-3646


State Farm Fire and Casualty Company

Enclosure(s):   Coverage A Estimate; Payment Tracker Worksheet; Pending CRDN Billings; Policy &
                Declarations Page

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



April 12, 2021

George Larry Collins Sr
Alrika B. Collins
C/O Ian Rupert
1615 Pickens St
Muskogee OK 74401-4134

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:   Claim Number:     36-15K5-35N
      Policy Number:    36B3L9719
      Date of Loss:     January 11, 2021

Dear Mr. & Mrs. Collins:

Thank you for the opportunity to review your claim. A payment will be mailed to you in the amount of $4,280.34.

Please refer to the attached Contents Payment Worksheet which outlines the basis for this payment. As discussed, this payment represents the actual cash value of your lost or damaged personal property.

Your policy provides replacement cost for personal property items, however, actual cash value will be paid until items are actually replaced. Since you have replacement cost coverage for your personal property, you are eligible to receive an additional amount for items you actually replace. You may collect only if you actually replace the item(s) and the cost to replace is more than the actual cash value settlement already paid to you. The total payment for any item will not exceed the amount shown in the enclosed Contents Payment worksheet.

The total of all payments for the item shall not exceed the smaller of the following:
1. Our cost to replace the personal property item at the time of loss,
2. The full cost of repair,
3. Any Special limit of liability described in the policy,
4. Any applicable Coverage B limit of liability

Based on the Loss Settlement Provisions of your policy, if property is not repaired or replaced within two years after the date of loss, we will pay only the cost to repair or replace less depreciation. The Contents Payment worksheet sent with your payment provides additional details.

In order to properly evaluate your benefit under the replacement cost provision, please forward replacement receipts for those items which have been replaced. Be sure to write the item number on each receipt that corresponds to the item listed on the inventory form.

COLLINS CL 36-15K5-35N 0860

36-15K5-35N
Page 2
April 12, 2021

Under the terms of your policy **SECTION I- CONDITIONS** it states:

6. **Suit Against Us**. No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage. However, if the cause of loss or damage is burglary, theft, larceny, robbery, forgery, fraud, vandalism, malicious mischief, confiscation, wrongful conversion, disposal or concealment, the action must be started within two years from the time the cause of action accrues.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 3099944165.

Sincerely,

Karla Tillberg
Claim Specialist
(844) 458-4300 Ext. 3099944165
Fax:    (844) 236-3646
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 3099944165 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):
        Summary of Loss
        Contents Payment Worksheet

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update direct deposit account information for claim payments and many other insurance and banking services.

**From:** "Karla Tillberg" <karla.tillberg.c71s@statefarm.com>
**Sent:** Mon, 26 Apr 2021 15:37:31 +0000
**To:** "Ian@IansEnterprise.com" <Ian@IansEnterprise.com>
**Subject:** 3615K535n

Mr. Rupert- Good Morning.  I am following up with you on the Collins fire loss.  I emailed you last week regarding the outstanding CRDN billings and did not get a response as to if these billing are authorized for payment and how you would like them to be paid.

Also, I am needing additional information on the steps to move forward with long term housing.  Can you advise as to a status on this?

I am in receipt of the additional contents information sent in by Mr. & Mrs. Collins, I will be reviewing and I will follow-up with you with any questions on the submission.

Thank you and I look forward to hearing from you regarding the CRDN billings and the long term housing status.

Sincerely-
_____

**Karla Tillberg**
Claim Specialist
Kansas Proximity
Mobile- 785-826-7686
Email: statefarmfireclaims@statefarm.com
Fax- 844-236-3646

 

Be rewarded with Drive Safe and Save™ Discounts! To learn more about Drive Safe and Save™, contact a State Farm® agent or visit sf.com/drivesafeandsave .



State Farm Fire and Casualty Company

June 28, 2021

IANS ENTERPRISE LLC
9450 SW GEMINI DR. #39525
BEAVERTON, OR 97008-7105

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

RE:   Claim Number:   36-15K5-35N
      Our Insured:     Collins, George
      Date of Loss:    January 11, 2021

Dear Mr. Rupert & Mr. & Mrs. Collins:

This letter is to specifically address each one of the documentation requests as outlined in Mr. Rupert's letter of June 19th, 2021.

1.  **All Estimates by State Farm, Adjusters and Contractors**- Original estimate provided in our correspondence on April 8th, 2021.

We have updated the estimate with the current price list. The estimate to remove the fire damage and repair/rebuild your home totals $276,513.57. The Actual Cash Value settlement is $217,170.90. The estimate outlines the Actual Cash Value settlement and available benefits for the structure. If you obtain an estimate that exceeds the estimate provided, please contact me prior to beginning or authorizing repairs.

One of the most beneficial provisions of your insurance policy is Replacement Cost Coverage. This coverage provides for payment of the actual, necessary cost of making repairs to your home without any deduction for depreciation. However, your policy requires that repairs be completed before replacement benefits may be claimed.

We have paid your claim based on the cost of repairs with a deduction for depreciation. After repairs are completed, you are entitled to make a supplemental claim for an additional $59,342.67 or the actual cost to repair, whichever is less. Based on the Loss Settlement Provisions of your Homeowners Policy, to receive any additional payments on a replacement cost basis, you must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify us within 30 days after the work has been completed.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

COLLINS CL 36-15K5-35N 0915

IANS ENTERPRISE LLC
36-15K5-35N
Page 2
June 23, 2021

The claim payment included your mortgage company as a payee. By the terms of your policy, any loss payable under Coverage A shall be made to the mortgagee and you. Since each mortgage company has different procedures for endorsing such payment, we suggest you contact the office to which you make your house payment and ask them what they require.

2. **All Contracts of Contractors**; Copies of the CRDN Billings were provided to you, if you need another copy, please advise and I will forward both the textile cleaning detailed estimate and the electronics as well.

3. **All Correspondence (and Attachments) to and from State Farm, Adjusters and Contractors**; There has been no correspondence from State Farm to any contractor.

4. **Front and Back Copies of all Loss Drafts to and from State Farm, Adjusters and Contractors**; a list of all payments to Mr. & Mrs. Collins and Vendors is attached.

5. **Claims Summary showing all amounts payable and paid, with sufficient detail as to clearly indicate all amounts involved in this claim for all lines of coverage**; a current Summary of Loss is attached.

6. **All Photos to and from State Farm, Adjusters and Contractors**; Photos are work product and cannot be provided without a subpoena.

7. **All Diagrams to and from State Farm, Adjusters and Contractors**; Diagram is attached to the State Farm Building Estimate.

8. **All Underwriting Inspection Reports since before policy inception**; Underwriting reports have no relevance to the claim handling or settlement.

9. **All Expert Reports, whether by an Engineer, Technician, Building Inspector or other Expert**; No experts have been retained by State Farm to assist in the adjustment of the claim.

10. **Within 30 days of receipt thereof, all the above information received over the next 180 days**.

*Exception: Do not provide copies of any information our office submitted to State Farm.

**Expansion: Include records for all claims at the Premises, especially all prior losses;** There have been no other claims reported to State Farm for this policy.

At this time, we are requesting a detailed status of what Mr. and Mrs. Collins are planning to do, or have done regarding acquiring estimates for the repairs to their home. We have requested this information from you in our letters/emails dated April 26th, 2021, our phone conversation dated May 12th, 2021 and June 18th, 2021.

State Farm issued the actual cash value payment for the dwelling repairs on February 17, 2021 totaling $217,170.90. This draft payment was in a paid status as of April 20, 2021. We initially estimated the rebuild at six and a half months and outlined in our letter of February 17th, 2021 ALE benefits would be extended through August 31, 2021 based on the time to repair the home.

COLLINS CL 36-15K5-35N 0916

IANS ENTERPRISE LLC
36-15K5-35N
Page 3
June 23, 2021

To date, you have not provided State Farm with any estimates to rebuild the home, the engineer's report you claimed to have received or any other information pertaining to whether they plan to rebuild. As outlined, Mr. and Mrs. Collins ALE benefits will conclude on August 31, 2021. In order to consider extending any additional living expense benefits beyond this time, we are requesting a detailed time line of what has transpired since the actual cash value payment was issued, including any and all estimates obtained to repair the home.

To date, State Farm has paid 4 months of additional living expense benefits totaling $26,183.31.

Please note that Additional Living Expense benefits are limited to the shortest of the three options contained in the Additional Living Expense policy provision below. For additional clarification, please refer to the Homeowners Policy, HW 2136 as follows:

**COVERAGE C – LOSS OF USE**

The most **we** will pay for the sum of all losses combined under **Additional Living Expense, Fair Rental Value**, and **Prohibited Use** is the limit of liability shown in the **Declarations** for **Coverage C – Loss of Use**.

1. **Additional Living Expense.** When a **loss insured** causes the **residence premises** to become uninhabitable, **we** will pay the reasonable and necessary increase in cost incurred by an **insured** to maintain their normal standard of living for up to 24 months. **Our** payment is limited to incurred costs for the shortest of:

    a. the time required **to repair or replace** the premises;

    b. the time required for **your** household to settle elsewhere; or

    c. 24 months.

    This period of time is not limited by the expiration of this policy.

    **We** will not pay more than the limit of liability shown in the **Declarations** for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a **loss insured** will be subtracted from any amount owed.

Mr. and Mrs. Collins have a contractual duty to cooperate with State Farm; specifically, the State Farm policy provides the following:

**SECTION I – CONDITIONS**

2. **Your Duties After Loss.** After a loss to which this insurance may apply, **you** must cooperate with **us** in the investigation of the claim and also see that the following duties are performed:

    a. give immediate notice to **us** or **our** agent and also notify:

        (1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

        (2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

    b. protect the property from further damage or loss and also:

IANS ENTERPRISE LLC
36-15K5-35N
Page 4
June 23, 2021

     (1) make reasonable and necessary temporary repairs required to protect the property; and

     (2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen personal property:

     (1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

     (2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as *we* reasonably require:

     (1) exhibit the damaged property;

     (2) provide *us* with any requested records and documents and allow *us* to make copies;

     (3) while not in the presence of any other *insured*:

          (a) give statements; and

          (b) submit to examinations under oath; and

     (4) produce employees, members of the *insured's* household, or others for examination under oath to the extent it is within the *insured's* power to do so; and

e. submit to *us*, within 60 days after the loss, *your* signed, sworn proof of loss that sets forth, to the best of *your* knowledge and belief:

     (1) the time and cause of loss;

     (2) interest of the *insured* and all others in the property involved and all encumbrances on the property;

     (3) other insurance that may cover the loss;

     (4) changes in title or occupancy of the property during the term of this policy;

     (5) specifications of any damaged structure and detailed estimates for repair of the damage;

     (6) an inventory of damaged or stolen personal property described in 2.c.;

     (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

     (8) evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

Please be aware that State Farm's adjustment of Mr. & Mrs. Collins claim is pursuant to the terms and conditions of the applicable insurance policy; State Farm does not waive its rights under the policy and reserves its right to enforce its terms and conditions.

If you should have any questions regarding our request, please contact us.

Sincerely,

COLLINS CL 36-15K5-35N 0918

IANS ENTERPRISE LLC
36-15K5-35N
Page 5
June 23, 2021


Karla Tillberg
Claim Specialist
State Farm Insurance
844-458-4300 Ext. 3099944165

COLLINS CL 36-15K5-35N 0919



State Farm Fire and Casualty Company

August 6, 2021

                                                State Farm Insurance Companies
                                                Fire Claims
                                                PO BOX 106169
IANS ENTERPRISES LLC                            Atlanta, GA  30348-6169
9450 SW GEMINI DR #39525                        Fax 844 236 3646
BEAVERTON, OK  97008


RE:     Claim Number:       36-15K5-35N
        Insured:            George Larry Collins & Alrika Collins
        Date of Loss:       January 11, 2021
        Policy Number:      36-B3-L971-9
        Insured Property:   1312 W 60th St N, Muskogee, OK
        Type of Policy:     Homeowners, HW-2136


Mr. Rupert,

As noted in our letter of 8/2/21, the proof of loss package has been received.  Please see part of that letter quoted below:

"Thank you for your Sworn Statement in Proof of Loss. We are accepting your Proof of Loss as to form, but not necessarily the amount. We are in the process of reviewing the documents you have submitted and will respond accordingly. In regards to the structure damage estimate you have submitted, we are obtaining a competitive bid from Berryman Enterprises."

As we've communicated with you previously, ALE Solutions has been searching for rental properties and have presented Mr. and Mrs. Collins with a few options that were not acceptable. You, nor the Collin's have presented any housing options to State Farm for review or consideration. We have explained to you in our previous correspondence that Coverage C – Loss of Use covers the increase in costs incurred by an insured to maintain their normal standard of living. State Farm has paid all the incurred costs for the additional living expenses submitted to date. Based on the policy language, these costs must be *incurred* and cannot be merely negotiated as requested in your letter.

Please refer to the following policy language:


**SECTION I – PROPERTY COVERAGES**

COLLINS CL 36-15K5-35N 0929

IANS ENTERPRISES LLC
36-15K5-35N
Page 2
August 6, 2021

## COVERAGE C – LOSS OF USE

The most *we* will pay for the sum of all losses combined under **Additional Living Expense**, **Fair Rental Value**, and **Prohibited Use** is the limit of liability shown in the *Declarations* for **Coverage C – Loss of Use**.

1. **Additional Living Expense.** When a *loss insured* causes the *residence premises* to become uninhabitable, *we* will pay the reasonable and necessary increase in cost incurred by an *insured* to maintain their normal standard of living for up to 24 months. *Our* payment is limited to incurred costs for the shortest of:

   a. the time required to repair or replace the premises;

   b. the time required for *your* household to settle elsewhere; or

   c. 24 months.

   This period of time is not limited by the expiration of this policy.

   *We* will not pay more than the limit of liability shown in the *Declarations* for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a *loss insured* will be subtracted from any amount owed.

Also, as you noted in your letter, State Farm updated the price list on our estimate and provided you with a revised estimate. Per the Loss Settlement provisions, the actual cash value is the value of the damaged property at the time of loss. Based on this, no further actual cash value payment is owed at this time. Please refer to the following policy provisions:

### SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the *Declarations* apply. *We* will settle covered property losses according to the following. However, the valuation of any covered property losses does not include, and *we* will not pay, any amount for *diminution in value*.

## COVERAGE A – DWELLING

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

   a. *We* will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE A – DWELLING**, except for wood fences, subject to the following:

      (1) until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property;

      (2) when the repair or replacement is actually completed, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

COLLINS CL 36-15K5-35N 0930

IANS ENTERPRISES LLC
36-15K5-35N
Page 3
August 6, 2021

(3) to receive any additional payments on a replacement cost basis, **you** must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify **us** within 30 days after the work has been completed; and

(4) **we** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a **building structure** or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

b. Wood Fences: **We** will pay the **actual cash value** for loss or damage to wood fences, not to exceed the limit of liability shown in the **Declarations** for **COVERAGE A – Other Structures**

## DEFINITIONS

**We** define the following words and phrases for use throughout this policy.  These definitions apply to the singular, plural, and possessive forms of these words and phrases.  Defined words and phrases are printed in bold italics.

1. **"actual cash value"** means the value of the damaged part of the property at the time of loss, calculated as the estimated cost to repair or replace such property, less a deduction to account for pre-loss depreciation.  For this calculation, all components of this estimated cost including, but not limited to:

   a. materials, including any tax;

   b. labor, including any tax; and

   c. overhead and profit;

   are subject to depreciation.

   The depreciation deduction may include such considerations as:

   a. age;

   b. condition;

   c. reduction in useful life;

   d. obsolescence; and

   e. any pre-loss damage including wear, tear, or deterioration;

   of the damaged part of the property.

If you have any questions, please advise.

Sincerely,

IANS ENTERPRISES LLC
36-15K5-35N
Page 4
August 6, 2021


Cheryl Penisten-Wilbur
Claim Specialist
309 994-4131
State Farm Insurance

C.C.   George and Alrika Collins

COLLINS CL 36-15K5-35N 0932

**From:** "HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Sent:** Fri, 1 Oct 2021 18:15:10 +0000
**To:** "IAN@IANSENTERPRISE.COM" <IAN@IANSENTERPRISE.COM>
**Cc:** "ALRIKACOLLINS@YAHOO.COM" <ALRIKACOLLINS@YAHOO.COM>;"gcgfiles021@gmail.com"
<gcgfiles021@gmail.com>
**Subject:** 36-15K5-35N

Thank you for your letter of September 27, 2021.  The following is the status
broken down by coverage.

Dwelling:  We are in receipt of Berryman Enterprises' bid for rebuild and are
reviewing it.
Personal Property:  We are processing the contents list you provided.
Loss of Use:  We instructed ALE Solutions to expand their search area based on
our conversation of September 8, 2021.  We continue to pay for their temporary
housing in the hotel and ALE Solutions is continuing their search for other
temporary housing.  If you or the Collins family finds a housing option you would
like us to consider, please send the specifics such as address, property details,
lease terms and deposit information for our consideration.


Thank you!

_____
**Heather Stanley**
Claim Specialist
Property Complex
w: 918-935-5450

Providing Insurance and Financial Services
Home Office, Bloomington, IL



October 11, 2021

George Larry Collins Sr and Alrika Collins
via email
1615 Pickens St
Muskogee OK  74401-4134

State Farm Claims
PO Box 106169
Atlanta GA 30348-6169

RE:   Claim Number:      36-15K5-35N
      Date of Loss:       January 11, 2021
      Our Insured:        George Larry Collins Sr and Alrkia Collins
      Policy Number:      36B3L9719

Dear George Larry Collins Sr and Alrika Collins:

This letter will serve as a recap and current pendings to the above-referenced claim.
Information listed below is sorted by coverage to facilitate the claim.

COVERAGE A – DWELLING

State Farm elected to hire Berryman Enterprises to confirm the scope of damage to the home
and prepare a bid for the repairs. We were unable to reconcile the scope and estimate prepared
by Mr. Rupert. Attached is the estimate prepared by Berryman Enterprises. The total is
$322,065.42.  The Actual Cash Value settlement is $286,343.09 which results in a supplemental
actual cash value payment of $69,172.19.  The estimate outlines the Actual Cash Value
settlement and available benefits for the structure.

One of the most beneficial provisions of your insurance policy is Replacement Cost Coverage.
This coverage provides for payment of the actual, necessary cost of making repairs to your
home without any deduction for depreciation.  However, your policy requires that repairs be
completed before replacement benefits may be claimed.

We have paid your claim based on the cost of repairs with a deduction for depreciation.  After
repairs are completed, you are entitled to make a supplemental claim for an additional
$35,722.33 or the actual cost to repair, whichever is less.  Based on the Loss Settlement
Provisions of your Homeowners Policy, to receive any additional payments on a replacement
cost basis, you must complete the actual repair or replacement of the damaged part of the
property within two years after the date of loss, and notify us within 30 days after the work has
been completed.

Without waiving the above requirements, we will consider paying replacement cost benefits prior
to actual repair or replacement if we determine repair or replacement costs will be incurred
because repairs are substantially under way or you present a signed contract acceptable to us.

COLLINS CL 36-15K5-35N 1001

36-15K5-35N
Page 2
October 11, 2021

The claim payment included your mortgage company as a payee. By the terms of your policy, any loss payable under Coverage A shall be made to the mortgagee and you. Since each mortgage company has different procedures for endorsing such payment, we suggest you contact the office to which you make your house payment and ask them what they require.

COVERAGE B - PERSONAL PROPERTY

Attached is the updated Contents Payment Tracker. A payment of $20,241.05 has been issued. There are several items marked as duplicate and others marked as Coverage A- Dwelling. The open items are #s 33,164,264 and 280. Please provide the following additional information.

33: 4K TV. Need more information/documentation as we did not see this item during our inspection.
164: Irrigation Parts. Need more information/documentation.
264: Dog toy. Need price
280 Caulking gun. Need price

We received several pages of receipts last week and are reviewing them and will let you know if additional information is needed.

COVERAGE C – LOSS OF USE

This portion of the policy provides coverage to maintain your standard of living when a loss insured causes the residence premises to become uninhabitable. You are currently staying in a hotel which is being direct billed to State Farm. Berryman has estimated the period of restoration to be April 30, 2022. If you have any information to suggest the period of restoration would be longer, please notify us as soon as possible so that we may consider that additional information. Absent any additional information we will assume repair of covered damage will be completed within that time.

If the completion of the repairs is delayed due to additional work outside the scope of the estimated repairs, or due to delays on your contractor's part, any additional loss of income expenses you incur beyond April 30, 2022 may be you or your contractor's responsibility.

You have been working with ALE Solutions to find other housing options. However, you advised ALE Solutions to suspend the search as you may be relocating to Tulsa. Please let us know as soon as possible what your relocation status is. We will continue to pay the hotel only through October 31, 2021 unless we have additional information from you to support the need for the hotel past that date.

We received several pages of receipts last week and are reviewing them and will let you know if additional information is needed.

Please note that coverage is limited to the shortest of the three options contained in the Additional Living Expense policy provision below.

SECTION I – COVERAGES

COVERAGE C - LOSS OF USE

36-15K5-35N
Page 3
October 11, 2021

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the Declarations for Coverage C – Loss of Use.

1. Additional Living Expense. When a loss insured causes the residence premises to become uninhabitable, we will pay the reasonable and necessary increase in cost incurred by an insured to maintain their normal standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for your household to settle elsewhere; or

c. 24 months.

This period of time is not limited by the expiration of this policy.

We will not pay more than the limit of liability shown in the Declarations for Coverage C – Loss of Use. Any normal expenses that are reduced or discontinued due to a loss insured will be subtracted from any amount owed.

Should you have any other additional living expenses to claim, submit the information with corresponding documentation.

If you have any questions or need additional assistance with living expense, please call

Sincerely,

Heather Stanley
Claim Specialist
(844) 458-4300 Ext. 3099944173
Fax: (844) 236-3646

State Farm Fire and Casualty Company

**From:**"HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Sent:**Tue, 19 Oct 2021 13:53:39 +0000
**To:**"IAN@IANSENTERPRISE.COM" <IAN@IANSENTERPRISE.COM>;"ALRIKACOLLINS@YAHOO.COM"
<ALRIKACOLLINS@YAHOO.COM>;"GCGFILES021@GMAIL.COM" <GCGFILES021@GMAIL.COM>
**Subject:**36-15K5-35N
**Attachments:**21-08-02E-COLLINSESX_FINAL_DRAFT_CON.PDF, George Collins - Projected Content
Cleaning Estimate - Revised 10.01.202....pdf

Thank you for your email of October 11, 2021.
Please see the attached letter from June 28 where we had previously responded
to these requests.  As noted in that letter, underwriting reports have no relevance
to the claim handling or settlement.
I have attached the estimate Berryman Enterprises provided to State Farm and
the contents cleaning estimate by ServPro.
The updated settlement documents were all emailed on October 11.
You have sent invoices for several subcontractors/experts. State Farm did not
request these inspections but we are reimbursing for the Valor Engineering
invoice of $1400 as that report provided Berryman with information that assisted
in their evaluation of the damages.  That payment will be mailed to the Ians
Enterprise.

Thank you!

**Heather Stanley**
Claim Specialist
Property Complex
w: 918-935-5450

COLLINS CL 36-15K5-35N 1025

**From:**"HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Sent:**Wed, 27 Oct 2021 18:59:00 +0000
**To:**"ALRIKACOLLINS@YAHOO.COM" <ALRIKACOLLINS@YAHOO.COM>;"GCGFILES021@GMAIL.COM"
<GCGFILES021@GMAIL.COM>;"IAN@IANSENTERPRISE.COM" <IAN@IANSENTERPRISE.COM>
**Subject:**36-15K5-35N

In our October 11th letter, we asked that you let us know your relocation status as soon as possible as you asked ALE Solutions to cease their search for a rental home.  You have informed the agent's office that you do not intend to rebuild and informed ALE Solutions that you intend to relocate to Tulsa.  Without further information from you to indicate why an extension is necessary, we have asked ALE Solutions to cease billing State Farm for the hotel as of October 31, 2021.

Thank you!

**Heather Stanley**
Claim Specialist
Property Complex
w: 918-935-5450

**From:**"HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Sent:**Thu, 28 Oct 2021 16:40:20 +0000
**To:**"IAN@IANSENTERPRISE.COM" <IAN@IANSENTERPRISE.COM>;"ALRIKACOLLINS@YAHOO.COM" <ALRIKACOLLINS@YAHOO.COM>;"GCGFILES021@GMAIL.COM" <GCGFILES021@GMAIL.COM>
**Subject:**36-15K5-35N

Thank you for your email.  I have confirmed with ALE Solutions and the agent's office the information George and Alrika communicated to them about their relocation plans.  We are extending the hotel until November 30, 2021 to allow for additional time for this relocation.  We are unable to extend Loss of Use beyond this period.  Should you relocate prior to this date, please inform State Farm and ALE Solutions.  The portion of the policy pertaining to Loss of Use is quoted below.

We also will pay Serv Pro up to an additional month for contents storage.  State Farm is unable to reimburse for any storage charges after November 30, 2021.

Please note that coverage is limited to the shortest of the three options contained in the Additional Living Expense policy provision below.

### SECTION I – COVERAGES

COVERAGE C - LOSS OF USE

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the Declarations for Coverage C – Loss of Use.

1. Additional Living Expense. When a loss insured causes the residence premises to become uninhabitable, we will pay the reasonable and necessary increase in cost incurred by an insured to maintain their normal standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for your household to settle elsewhere; or

c. 24 months.

This period of time is not limited by the expiration of this policy.

We will not pay more than the limit of liability shown in the Declarations for Coverage C – Loss of Use. Any normal expenses that are reduced or discontinued due to a loss insured will be subtracted from any amount owed.

Thank you!

**Heather Stanley**
Claim Specialist
Property Complex
w: 918-935-5450

COLLINS CL 36-15K5-35N 1028

**From:** "HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Sent:** Thu, 23 Dec 2021 14:54:04 +0000
**To:** "IAN@IANSENTERPRISE.COM" <IAN@IANSENTERPRISE.COM>
**Cc:** "ALRIKACOLLINS@YAHOO.COM" <ALRIKACOLLINS@YAHOO.COM>;"gcgfiles021@gmail.com"
<gcgfiles021@gmail.com>
**Subject:** 36-15K5-35N

Thank you for your email dated December 22, 2021 in which you requested an extension of Suit
Limitation.  Unfortunately, we are unable to extend the time period to file suit.  Please refer to your
policy, Form HW-2136 quoted in part as follows:

**SECTION I – CONDITIONS**

**6. Suit Against Us.**  No action shall be brought against us unless there has been compliance with all of
the policy provisions.  Any action by any party must be started within one year after the date of loss or
damage.  However, if the cause of loss or damage is burglary, theft, larceny, robbery, forgery, fraud,
vandalism, malicious mischief, confiscation, wrongful conversion, disposal or concealment, the action
must be started within two years from the time the cause of action accrues.
If you have any questions or additional information for consideration, please contact me.


Thank you!

_____
**Heather Stanley**
Claim Specialist
Property Complex
w: 918-935-5450

**Claims Department**
9450 SW Gemini Dr. #39525
Beaverton, OR 97008-7105


Headquarters in Midwest City, Oklahoma

04/01/2021

Monday, March 29, 2021

State Farm Fire and Casualty Company
PO Box 106169
Atlanta, GA 30348-6169

Subject:     Contact Letter
Claim# 3615K535N, Policy# 36-B3-L971-9
Loss Location: 1312 W 60th St N, Muskogee, OK 74403
Date of Loss: 01/11/2021, Adjusted: 02/17/2021

Dear Heather Stanley, Karla Tillberg, Ed Young and State Farm Fire and Casualty Company ("State Farm"), and To Whom It May Concern:

We are writing with information for the above-referenced claim.

Please be advised that your insured, George Collins and Alrika Collins, retained our office to represent their interest in a severe Fire loss, which we understand occurred on or about 01/11/2021, and for a claim of benefits under State Farm Policy# 36-B3-L971-9.

The insured has authorized mitigation.

State Farm shall immediately provide us with a Certified Policy Copy and direct further inquiry through our office:

Claims Department                          Claims Department
9450 SW Gemini Dr. #39525      or      c/o Ian's Enterprise, LLC
Beaverton, OR 97008                        9450 SW Gemini Dr. #39525
                                                          Beaverton, OR 97008

Once the Certified Policy Copy is received, we understand State Farm may seek to conduct a field inspection. In the meantime, we may submit a Proof of Loss for consideration by State Farm.

Feel free to call or write with questions or for assistance.

Sincerely,

Ian Rupert
Ian's Enterprise, LLC
(405) 622-8721
Ian@IansEnterprise.com

For Insured George Collins and Alrika Collins

Nothing in this letter is intended to be, nor should be construed by you, an estoppel or waiver of any rights, terms, conditions, or defenses to any contract.

***** CONFIDENTIAL: You are hereby notified that any use, disclosure, copying, or distribution of the contents of this information is strictly prohibited and may result in legal action against you. This correspondence and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended recipient/addressee, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. *****

DocuSign Envelope ID: C0EE5057-A2B6-4295-8395-1A319EEA069F

**04/01/2021**

## NOTICE OF LOSS, NOTICE OF REPRESENTATION, AND LOSS DRAFTS ADDENDUM

v18 t1

**Insured:** George Collins and Alrika Collins

**Adjuster:** Ian Rupert dba Ian's Enterprise, LLC

**NOTICE OF LOSS.**   To: State Farm                                      Claim Type: Non-Emergency Claim

**Insured** engages **Adjuster** to provide services consisting of

Insurance Claims Adjusting on behalf of Named Insured George Collins and Alrika Collins

under Policy# 36-B3-L971-9  issued by State Farm  for a Fire  loss

sustained at 1312 W 60th St N, Muskogee, OK 74403  , (hereinafter referred to as the "**Services Scope**");

**NOTICE OF REPRESENTATION.**

To: State Farm

As insurer for the above-mentioned loss, you are directed to immediately open claim(s) and promptly provide **Adjuster** with a certified copy of the applicable insurance policy(ies). **Insured** hereby retains **Adjuster** to represent **Insured's** interests in the adjustment of said claim(s). **Insured** hereby directs insurer and their representatives communicate directly with **Adjuster**, and  __X__  (if marked) immediately cease further direct contact with **Insured**. **Insured** also hereby directs insurer to simultaneously copy **Adjuster** on all correspondence addressed to **Insured**. **Insured** also hereby directs insurer to honor, and **Insured** irrevocably consents to, including **Adjuster** Ian's Enterprise, LLC on all loss drafts insurer issues in the above-mentioned loss, and mailing said drafts and correspondence to **Adjuster** as follows:

Claims Department
9450 SW Gemini Dr. #39525
Beaverton, OR 97008-7105
Phone:     (405) 622-8679
Fax:        (405) 622-8677
E-Mail:    Support@IansEnterprise.com

**LOSS DRAFTS. Insured** and **Adjuster** agree insurer shall, pursuant to the above-mentioned loss, immediately open claim(s) and promptly provide **Adjuster** with a certified copy of the applicable insurance policy(ies). **Insured** hereby retains **Adjuster** to represent **Insured's** interests in the adjustment of said claim(s). **Insured** irrevocably assigns to **Adjuster** insurer proceeds to the extent compensation is promised by **Insured** for Services Scope related performance, the amount of which is secured by insurer proceeds and the loss location entitling **Adjuster** to a lien, in addition to any other rights and remedies available hereunder this **Agreement**, in equity, or by law. **Insured** hereby authorizes **Adjuster** to endorse **Insured's** name onto any drafts issued in the above-mentioned loss, and to deposit said loss drafts for the benefit of the **Insured** into **Adjuster's** non-interest bearing escrow account, offsetting said loss drafts by any amount due to **Adjuster** by **Insured**. In the event a mortgagee encumbers the loss location and/or becomes named on any loss draft, **Insured** authorizes **Adjuster** to coordinate directly with said mortgagee for the purpose of effectuating prompt release of repair funds; in the event a mortgagee requires repairs be completed prior to their endorsement of any loss draft, **Insured** authorizes **Adjuster** to coordinate directly with said mortgagee for the purpose of obtaining a release for at least the amount owed by **Insured** to **Adjuster**, hereby authorizing and directing said mortgagee to issue payment to **Adjuster** for the amount owed by **Insured**. **Insured** and **Adjuster** agree insurer and insurer's representatives shall: 1) communicate directly with **Adjuster**, and  __X__  (if marked) immediately cease further direct contact with **Insured**, 2) simultaneously copy **Adjuster** on all correspondence addressed to **Insured**, and 3) honor, and **Insured** irrevocably consents to, including **Adjuster** Ian's Enterprise, LLC on all loss drafts insurer issues in the above-mentioned loss, and mailing said drafts and correspondence to **Adjuster**. LOSS DRAFTS provision and obligations will survive indefinitely upon termination of this **Agreement**.

This is an Addendum executed by **Insured** and **Adjuster** for the Services Scope listed above. By signing, the parties agree and consent to amend said **Agreement** to include all of the provisions contained herein.

**Insured** Signature(s): A _____  B Alrika Collins _____  C _____  D _____

**Adjuster** Signature: E _____  Date Signed by **Adjuster**: 2/21/2021  Date Signed by **Insured**: 2/21/2021
Ian's Enterprise, LLC

**From:**"Ian Rupert" <ian@iansenterprise.com>
**Sent:**Wed, 27 Oct 2021 23:00:22 -0500
**To:**"HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>
**Cc:**"ALRIKACOLLINS@YAHOO.COM" <ALRIKACOLLINS@yahoo.com>;"GCGFILES021@GMAIL.COM"
<GCGFILES021@gmail.com>
**Subject:**[EXTERNAL] Re: 36-15K5-35N

20211027_Email Response to State Farm Loss of Use Inquiry - Claim# 3615K535N - 1312 W 60th
St N - Collins

Heather Stanley,

You are mistaken. My office is advised that the insured never indicated a desire to permanently
relocate to anyone. It's possible the confusion is caused by a conversation wherein the insured was
instructed to consider Tulsa, Oklahoma for temporary accommodations to widen the search.

Your insureds intend at this time to rebuild. However, as you know, there is a large discrepancy in
the dwelling replacement cost.

The insured may secure their own housing, but have not done so yet. As such, State Farm should
extend Loss of Use, ALE Solutions and their current hotel, for at least one more month while the
insured decides and or searches for temporary housing.

Sincerely,

Ian Rupert
Mobile: (405) 622-8721
Email: Ian@IansEnterprise.com

Ian's Enterprise, LLC
Headquarters in Midwest City, Oklahoma

National Support Center
9450 SW Gemini Dr #39525
Beaverton, OR 97008-7105
Main: (405) 622-8679 | Fax: (405) 622-8677
Email: Support@IansEnterprise.com
Website: http://IansEnterprise.com

Nothing in this letter is intended to be, nor should be construed by you, an estoppel or waiver of
any rights, terms, conditions, or defenses to any contract.

***** CONFIDENTIAL: You are hereby notified that any use, disclosure, copying, or distribution
of the contents of this information is strictly prohibited and may result in legal action against you.
This E-Mail/telefax message and any documents accompanying this transmission may contain
privileged and/or confidential information and is intended solely for the addressee(s) named above.

**From:** "Ian Rupert" <ian@iansenterprise.com>
**Sent:** Wed, 22 Dec 2021 02:12:23 -0600
**To:** "HOME CLMS-FIRECLAIMS" <statefarmfireclaims@statefarm.com>;"Karla Tillberg" <karla.tillberg.c71s@statefarm.com>;"Cheryl Penisten-Wilbur" <cheryl.penisten-wilbur.lyd4@statefarm.com>;Heather.Stanley.HLHU@statefarm.com
**Cc:** "George Collins" <gcgfiles021@gmail.com>;"ALRIKACOLLINS@YAHOO.COM" <alrikacollins@yahoo.com>
**Subject:** [EXTERNAL] 20211222_Request for Extension of Suit Limitation - Claim# 3615K535N - 1312 W 60th St N - Collins

State Farm,

We are writing with our Request for Extension of Suit Limitation.

As you may know, ServPro has not yet returned all contents items from test cleaning. Before issuing additional correspondence on the claim, we prefer to address the contents cleaning issues. Also, due to the complexity of this claim, it is necessary for additional time to respond and or address any differences between our dwelling scope and that of your chosen expert.

Records indicate this claim has a 1-year deadline to file suit, or 01/11/2022. We request the suit limitation deadline be extended to until 3/31/2022 to allow State Farm and my office to make further attempts at bringing about an amicable resolution to the claim.

Please respond by 5pm on 12/29/2021.

Sincerely,

Ian Rupert
Mobile: (405) 622-8721
Email: Ian@IansEnterprise.com

Ian's Enterprise, LLC
Headquarters in Midwest City, Oklahoma

National Support Center
9450 SW Gemini Dr #39525
Beaverton, OR 97008-7105
Main: (405) 622-8679 | Fax: (405) 622-8677
Email: Support@IansEnterprise.com
Website: http://IansEnterprise.com

Nothing in this letter is intended to be, nor should be construed by you, an estoppel or waiver of any rights, terms, conditions, or defenses to any contract.

***** CONFIDENTIAL: You are hereby notified that any use, disclosure, copying, or distribution of the contents of this information is strictly prohibited and may result in legal action against you.

This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended recipient/addressee, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. *****

COLLINS CL 36-15K5-35N 1180