**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-cv-00318-JAR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

**ENTRY OF APPEARANCE**

COMES NOW Andrew G. Wakeman, of the law firm of Atkinson, Brittingham, Gladd, Fiasco & Edmonds, Tulsa, Oklahoma, and hereby enters his appearance as additional counsel for Defendant, State Farm Fire and Casualty Company.

Respectfully submitted,

**ATKINSON, BRITTINGHAM,**
**GLADD, FIASCO & EDMONDS**
A Professional Corporation

 /s/ Andrew G. Wakeman
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
Andrew G. Wakeman, OBA #21393
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:   (918) 585-8096
Email:  dbrown@abg-oklaw.com
*Attorney for Defendant SFF&CC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of February, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
Email:  say@fylaw.com
Email:  tmm@fylaw.com
*Attorneys for the Plaintiffs*

                                                                          / s/ Andrew G. Wakeman

R:\416\416\EOA-agw.docx