| FIRE | Claim Number: 36-15K5-35N | RBZ000I5 |

**Category:** Claim Note  **Sub Category:**
I recd VM from SP. I called them back. They were checking on payment for I think temporary board-up. I reviewed SOL, not listed. I tried to locate invoice/est in docs but couldn't see it. I asked them to re-send est/invoice for review, they will do so.

| 08-24-2021 - 3:38 PM CDT | **Performer:** Stanley, Heather | **Office:** PROX |

**File Note:** A, B, C
**Participant:**   **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))

**Category:** Fire Estimatics  **Sub Category:**
sent email to PA regarding ALE housing, work product items and date for Berryman to inspect
cc to insured

| 08-24-2021 - 2:36 PM CDT | **Performer:** Stanley, Heather | **Office:** PROX |

**File Note:** C
**Participant:**   **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Loss of Use  **Sub Category:**

Marissa from ALE Solutions called. Insureds are currently in Home 2 Suites-2 rooms apprx $220/night together.
microwave/fridge/wet bar
Insured found the last option themselves and it was all arranged and then their PA told them to refuse it.
They do not currently have a move out date set with the hotel.

| 08-24-2021 - 2:25 PM CDT | **Performer:** Richwine, Carmen | **Office:** PROX |

**File Note:** MOAR
**Participant:**   **COL / Line (Participant):** 34 / 001(Named Insured(s)), 69 / 001(Named Insured(s)), 33 / 001(Named Insured(s))

**Category:** Management  **Sub Category:**
MOAR - Reviewed. Worked with CS Stanley to draft a letter regarding Coverage C. We will continue to pay hotel costs and ALE Solutions will continue to look for available properties. CCT has added the items presented under the contents - pends review to ensure there is no duplication in XC.

We will need to submit a request for additional Coverage C authority.

Inspection with D. Van Dorn is pending.

Recal 2 weeks.

Reserves reviewed and appropriate.

Reassigned claim to CS Stanley.

| 08-24-2021 - 1:36 PM CDT | **Performer:** Stanley, Heather | **Office:** PROX |

**File Note:** C
**Participant:**   **COL / Line (Participant):** 69 / 001(Named Insured(s))
**Category:** Loss of Use  **Sub Category:**
Phoned ALE Solutions- lmovm for Marissa.

| 08-24-2021 - 7:17 AM CDT | **Performer:** Stanley, Heather | **Office:** PROX |

**File Note:** A
**Participant:**   **COL / Line (Participant):** 33 / 001(Named Insured(s))
**Category:** Fire Estimatics  **Sub Category:**
spoke to Derek yesterday. He has not heard from PA about rescheduling. He gave me his availabilty the next couple weeks so I could try to keep the same dates open.

| 08-19-2021 - 8:51 PM CDT | **Performer:** Blendu, Christy | **Office:** CCTCONT |

**File Note:** CCT - NOTE
**Participant:**   **COL / Line (Participant):** 34 / 001(Named Insured(s))
**Category:** Claim Note  **Sub Category:**