# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> *Defendant*. | Case No. 6:22-cv-00318-RAW-JAR |

## ORDER GRANTING PLAINTIFFS' MOTION TO RESET THE
## HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered Plaintiffs' Unopposed Motion to Reset the Hearing for Defendant's Motion for Summary Judgment. Having considered the unopposed motion and arguments of counsel, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Reset the Hearing for Defendant's Motion for Summary Judgment is **GRANTED** and the hearing is reset to _____ day, of _____, 2024.

SIGNED on this _____ day of _____, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**