IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEForeRGE COLLINS and <br> (2) ALRIKA COLLINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> (1) STATE FARM FIRE AND <br> CASUALTY COMPANY, <br><br> *Defendant.* | Case No. 6:22-cv-00318-RAW-JAR |

**PLAINTIFFS' NOTICE OF EXCHANGE OF**
**TRIAL EXHIBITS AND REQUESTED JURY INSTRUCTIONS**

COMES NOW Plaintiffs George Collins & Alrika Collins ("Plaintiffs") and hereby file this Notice to the Court that Plaintiffs have exchanged all Trial Exhibits and Requested Jury Instructions with opposing counsel pursuant to the Court's Second Amended Scheduling Order. *See* ECF 50 at 2 ("**06/07/24** Exchange All **Trial Exhibits** including Demonstrative Exhibits and **Requested Jury Instructions**").

Plaintiffs reserve the right to amend Trial Exhibits and Requested Jury Instructions as Plaintiffs discuss such matters with Defendant's counsel in preparing for additional deadlines set forth in the Court's Second Amended Scheduling Order.

Respectfully submitted,

*/s/Preston J. Dugas III*
Preston J. Dugas III
*Admitted Pro Hac Vice*
pdugas@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

**-AND-**

Terry M. McKeever
OBA#21751
tmm@fylaw.com

**FOSHEE & YAFFE LAW FIRM**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:   (405) 378-3033

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024 a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

*via email*
J. Andrew Brown, OBA #22504
dbrown@abg-oklaw.com

**ATKINSON, BRITTINGHAM,
GLADD, FIASCO & EDMONDS**
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:   (918) 585-8096

**ATTORNEY FOR DEFENDANT SFF&CC**

　　　　　　　　　　　　　　　　　　　　　　　*/s/Preston J. Dugas III*
　　　　　　　　　　　　　　　　　　　　　　　Preston J. Dugas III