## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) GEORGE COLLINS and<br>(2) ALRIKA COLLINS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-00318-JAR |
| | ) | |
| (1) STATE FARM FIRE AND<br>CASUALTY COMPANY, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through their attorneys of record, S. Alex Yaffe and

Terry M. McKeever, and Defendant's counsel, John S. Gladd, J. Andrew Brown, and Andrew G.

Wakeman, and would show the Court that this matter has been compromised and settled and,

therefore, moves the Court for an Order of Dismissal With Prejudice.

Respectfully submitted,

/s/ Terry M. McKeever
S. Alex Yaffe
Terry M. McKeever
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73170
*Attorneys for the Plaintiffs*

/s/ J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorney for Defendant SFF&CC*

R:\416\416\Stipulated DWP-mcw.docx