**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

```
GEORGE COLLINS and          )
ALRIKA COLLINS,             )
                            )
          Plaintiff,        )
                            )
v.                          )   Case No. CIV-22-318-JAR
                            )
STATE FARM FIRE AND         )
CASUALTY COMPANY,           )
                            )
          Defendant.        )
```

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court on the Stipulation for Order of Dismissal With Prejudice (Docket Entry #79). The parties jointly request that this Court enter an Order of Dismissal With Prejudice as they have settled this case. Having shown good cause, the dismissal will be granted as requested.

IT IS THEEREFORE ORDERED that this action is hereby **DISMISSED WITH PREJUDICE** to refiling based upon the representation of the parties that the case is resolved.

IT IS SO ORDERED this __20__ day of June, 2024.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE